CLINTON MIKEL (SBN 251319)
E-mail: cmikel@thehlp.com
THE HEALTH LAW PARTNERS, P.C.
32000 Northwestern Hwy., Suite 240
Farmington Hills, MI 48334
Phone (248) 996-8510
Fax (248) 996-8525

Attorneys for Defendant
San Bernardino Mountains Community Hospital District

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION - RIVERSIDE

UNITED STATES OF AMERICA, *ex rel.*, FRANK ADOMITIS,

Plaintiff,

vs.

SAN BERNARDINO MOUNTAINS COMMUNITY HOSPITAL DISTRICT; DOES 1 through 20, inclusive,

Defendants.

Case No.: 5:17-cv-00002-JGB-KK
(Hon. Jesus G. Bernal)

**NOTICE OF MOTION AND MOTION OF DEFENDANT SAN BERNARDINO MOUNTAINS COMMUNITY HOSPITAL DISTRICT TO DISMISS PLAINTIFF'S COMPLAINT FOR VIOLATION OF THE FEDERAL FALSE CLAIMS ACT UNDER FED.R.CIV.P. 9(b), 12(b)(1), and 12(b)(6)**

**DATE: NOVEMBER 27, 2017; TIME: 9:00 AM; COURTROOM: 1**

TO PLAINTIFF, UNITED STATES OF AMERICA, *ex rel.*., FRANK ADOMITIS, AND TO HIS ATTORNEY OF RECORD, ESPERANZA CERVANTES ANDERSON:

PLEASE TAKE NOTICE that on November 27, 2017, at 9:00 a.m., in Courtroom 1 before the Honorable Jesus G. Bernal, Judge Presiding, at 3470 Twelfth Street Riverside, CA 92501-3801, Defendant, SAN BERNARDINO MOUNTAINS COMMUNITY HOSPITAL DISTRICT, will move the Court under Rule 9(b), Rule 12(b)(1), and Rule 12(b)(6) of the Federal Rules of Civil Procedure to dismiss the Complaint for Violation of the Federal False Claims Act on file with the Court.

Relator's Complaint, at its core, alleges that San Bernardino Mountains Community Hospital District ("**Mountains**") does not meet certain 15-mile "mountainous terrain or areas where only secondary roads are available" Condition of Participation regulatory requirements for Critical Access Hospitals.

The grounds for Defendant's requested dismissal are that: (a) Relator lacks jurisdiction in that the allegations posed by Relator were previously publicly disclosed (the OIG and CMS investigated Relator's ***exact allegations regarding Mountains and all CAHs in 2013***), and Relator is not an original source of the allegations; (b) the Complaint for Violation of the Federal False Claims Act ("**Complaint**") fails to state a claim for relief under the False Claims Act, 31 U.S.C. §§ 3729, *et seq*., because the alleged violations do not satisfy the specificity requirements of Rule 9(b) and fails to state any false, fraudulent, misleading, or incomplete information submitted by San Bernardino Mountains Community Hospital District; (c) Relator's claims under the Federal False Claims Act are inappropriate; (d) Relator fails to meet the statute of limitations requirements under 31 U.S.C. § 3731(b) and fails to adhere to the statute of limitation to sustain a claim for unjust enrichment; and (e) Relator has alleged duplicative or non-actionable causes of action against Defendant.

To be clear, in August 2013, the Office of Inspector General, U.S. Department of Health and Human Services ("**OIG**") publicly released an official investigation/audit report

2

Notice of Motion and Motion of Defendant San Bernardino Mountains Community Hospital District to Dismiss Plaintiff's Complaint for Violation of the Federal False Claims Act Under Fed. R. Civ. P. 9(b), 12(b)(1), and 12(b)(6)
Case No.: 5:17-cv-00002-JGB-KK

regarding a survey it did of all critical access hospitals in the United States – the official report is entitled "Most Critical Access Hospitals Would Not Meet the Location Requirements if Required to Re-Enroll in Medicare". We call this the "**OIG 2013 CAH Distance Audit/Investigation**". Relator's complaint regarding Mountains purportedly not meeting the CAH distance requirements is the exact exercise/investigation previously conducted and publicly reported in the OIG 2013 CAH Distance Audit/Investigation. This Court must ("shall") dismiss Relator's claims under Rule 12(b)(1) and 31 U.S.C. § 3730(e)(4)(A). Evidence indicates that ***Relator knew of the OIG 2013 CAH Distance Audit/Investigation***, yet failed to disclose the same to this Court to proceed with an improper claim.[1]

The OIG, after surveying all CAHs (Mountains included) in the OIG 2013 CAH Distance Audit/Investigation, found that "[o]verall, 849 of the 1,329 CAHs (64 percent) would not meet the location requirements if required to re-enroll in Medicare. The vast majority of these CAHs would not meet the distance requirement, and only three of these CAHs would not meet the rural requirement." ***Yet, despite this OIG finding, there was not a flood of qui tam FCA litigation against CAHs (this is the first case on this issue) – because of the well-known public disclosure bar!*** As a local agency of the State of California (within the meaning of Section 56054 of the California Government Code), and a small and rural hospital (as defined in Health and Safety Code Section 124840), Mountains plays an important role in the delivery of health care to under-served California

---

[1] Plagiarism detection software (http://copyleaks.com) was used to compare the OIG 2013 CAH Distance Audit/Investigation to Relator's Complaint. The Relator's Complaint utilizes, word for word, numerous unique paragraphs from the OIG 2013 CAH Distance Audit/Investigation. A comparison, later detailed in Mountains's Memorandum of Points and Authorities, illustrates that Relator/Relator's counsel knew of, and copied from, the OIG 2013 CAH Distance Audit/Investigation.

3

Notice of Motion and Motion of Defendant San Bernardino Mountains Community Hospital District to Dismiss Plaintiff's Complaint for Violation of the Federal False Claims Act Under Fed. R. Civ. P. 9(b), 12(b)(1), and 12(b)(6)
Case No.: 5:17-cv-00002-JGB-KK

residents. Mountains is a cash-strapped hospital, and should not be forced to punish the taxpayers and residents who fund it and rely upon it by having to bear vexatious, frivolous, and malicious litigation costs for a suit intended to harass Mountains.

This, among other reasons, is why Defendant should be awarded costs and expenses and attorneys' fees against the Relator and Relator's counsel, as required by the FCA and other laws.

This motion is made following the conference of counsel required under Local Rule 7-3 which took place on October 20, 2017. The motion is based on the accompanying Memorandum of Points and Authorities and accompanying exhibits, and on the other pleadings and papers on file with the Court and this Notice of Motion and Motion.

Respectfully submitted,

Dated: October 26, 2017            THE HEALTH LAW PARTNERS, P.C.

By: /s/Clinton Mikel
    Clinton Mikel
Attorneys for Defendant
SAN BERNARDINO MOUNTAINS
COMMUNITY HOSPITAL DISTRICT

4

Notice of Motion and Motion of Defendant San Bernardino Mountains Community Hospital District to Dismiss Plaintiff's Complaint for Violation of the Federal False Claims Act Under Fed. R. Civ. P. 9(b), 12(b)(1), and 12(b)(6)
Case No.: 5:17-cv-00002-JGB-KK

# PROOF OF SERVICE

**STATE OF MICHIGAN, COUNTY OF OAKLAND**

At the time of service, I was over 18 and **not a party to this action**. I am employed in the County of Oakland, State of Michigan. My business address is 32000 Northwestern Highway, Suite 240, Farmington Hill, Michigan, 48334.

On October 26, 2017, I served true copies of the following document(s) described as **NOTICE OF MOTION AND MOTION OF DEFENDANT SAN BERNARDINO MOUNTAINS COMMUNITY HOSPITAL DISTRICT TO DISMISS PLAINTIFF'S COMPLAINT FOR VIOLATION OF THE FEDERAL FALSE CLAIMS ACT UNDER FED.R.CIV.P. 9(b), 12(b)(1), and 12(b)(6)** on the interested parties as follows:

Esperanza Cervantes Anderson (SBN 197953)
LAW OFFICE OF ESPERANZA CERVANTES ANDERSON
1037 North Allen Avenue, Pasadena, CA 91104
esperanza@andersonlitigation.com
Attorney for Plaintiff Relator, FRANK ADOMITIS

Kent A. Kawakami (SBN 149803)
Assistant U.S. Attorney
Room 7516, Federal Building, 300 North Los Angeles Street, Los Angeles, CA 90012
kent.kawakami@usdoj.gov
Attorney for Plaintiff United States of America

**CM/ECF NOTICE OF ELECTRONIC FILING**: I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

1

Notice of Motion and Motion of Defendant San Bernardino Mountains Community Hospital District to Dismiss Plaintiff's Complaint for Violation of the Federal False Claims Act Under Fed. R. Civ. P. 9(b), 12(b)(1), and 12(b)(6)
Case No.: 5:17-cv-00002-JGB-KK

Executed on October 26, 2017, at Farmington Hills, Michigan.

/s/Marianna M. McIntyre
Marianna M. McIntyre

2

Notice of Motion and Motion of Defendant San Bernardino Mountains Community Hospital District to Dismiss Plaintiff's Complaint for Violation of the Federal False Claims Act Under Fed. R. Civ. P. 9(b), 12(b)(1), and 12(b)(6)
Case No.: 5:17-cv-00002-JGB-KK