CLINTON MIKEL (SBN 251319)
E-mail: cmikel@thehlp.com
THE HEALTH LAW PARTNERS, P.C.
32000 Northwestern Hwy., Suite 240
Farmington Hills, MI 48334
Phone (248) 996-8510
Fax (248) 996-8525

Attorneys for Defendant
San Bernardino Mountains Community Hospital District

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION - RIVERSIDE

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.*, FRANK ADOMITIS,<br><br>Plaintiff,<br><br>vs.<br><br>SAN BERNARDINO MOUNTAINS COMMUNITY HOSPITAL DISTRICT; DOES 1 through 20, inclusive,<br><br>Defendants. | Case No.: 5:17-cv-00002-JGB-KK<br>(Hon. Jesus G. Bernal)<br><br>**NOTICE OF MOTION AND MOTION OF DEFENDANT SAN BERNARDINO MOUNTAINS COMMUNITY HOSPITAL DISTRICT TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT FOR VIOLATION OF THE FEDERAL FALSE CLAIMS ACT UNDER FED.R.CIV.P. 9(b), 12(b)(1), and 12(b)(6)**<br><br>**DATE: JANUARY 29, 2018; TIME: 9:00 AM; COURTROOM: 1** |

1    TO PLAINTIFF, UNITED STATES OF AMERICA, *ex rel.*, FRANK ADOMITIS,

2    AND TO HIS ATTORNEY OF RECORD, ESPERANZA CERVANTES ANDERSON:

3    PLEASE TAKE NOTICE that on January 29, 2018, at 9:00 a.m., in Courtroom 1

4    before the Honorable Jesus G. Bernal, Judge Presiding, at 3470 Twelfth Street Riverside, CA

5    92501-3801, Defendant, SAN BERNARDINO MOUNTAINS COMMUNITY

6    HOSPITAL DISTRICT, will move the Court under Rule 9(b), Rule 12(b)(1), and Rule

7    12(b)(6) of the Federal Rules of Civil Procedure to dismiss the First Amended Complaint for

8    Violation of the Federal False Claims Act on file with the Court.

9    Relator's Amended Complaint, at its core, alleges that San Bernardino Mountains

10   Community Hospital District ("**Mountains**") does not meet certain 15-mile "mountainous

11   terrain or areas where only secondary roads are available" Condition of Participation

12   regulatory requirements for Critical Access Hospitals.

13   The grounds for Defendant's requested dismissal are that: (a) Relator lacks jurisdiction

14   in that the allegations posed by Relator were previously publicly disclosed (the OIG and

15   CMS investigated Relator's ***exact allegations regarding Mountains and all CAHs in***

16   ***2013***), and Relator is not an original source of the allegations;[1] (b) the First Amended

17   Complaint for Violation of the Federal False Claims Act fails to state a claim for relief under

18   the False Claims Act, 31 U.S.C. §§ 3729, *et seq.*, because the alleged violations do not satisfy

19   the specificity requirements of Rule 9(b) and fails to state any false, fraudulent, misleading, or

20   incomplete information submitted by San Bernardino Mountains Community Hospital

21

22

23   ────────────────────

[1] Due to the public disclosure, this Court must ("shall") dismiss Relator's claims under Rule 12(b)(1) and 31
U.S.C. § 3730(e)(4)(A). Further, evidence clearly indicates that Relator knew of the public OIG 2013 CAH
Distance Audit/Investigation report when Relator filed its initial Complaint, yet failed to disclose the same
to this Court to proceed with an improper claim. See Mountains' first Motion to Dismiss which details that
Relator/Relator's counsel used portions of exact language from the public disclosure report, and failed to
disclose the same. In their Amended Complaint, Relator/Relator's counsel finally disclose the public report.
The disclosure does not cure the fatal deficiency in their Amended Complaint, nor does it fix the bad-faith
actions that led to this litigation.

Notice of Motion and Motion of Defendant San Bernardino Mountains Community Hospital District to Dismiss Plaintiff's First Amended Complaint for
Violation of the Federal False Claims Act Under Fed. R. Civ. P. 9(b), 12(b)(1), and 12(b)(6)
Case No.: 5:17-cv-00002-JGB-KK

1   District; (c) Relator's claims under the Federal False Claims Act are inappropriate; and (d)

2   Relator fails to meet the statute of limitations requirements under 31 U.S.C. § 3731(b).

3        This motion is made following the conference of counsel required under Local Rule

4   7-3 which took place on November 20, 2017. The motion is based on the accompanying

5   Memorandum of Points and Authorities and accompanying exhibits, and on the other

6   pleadings and papers on file with the Court and this Notice of Motion and Motion.

7

8                                 Respectfully submitted,

9   Dated: November 27, 2017          THE HEALTH LAW PARTNERS, P.C.

10

11                            By:/s/Clinton Mikel
                           Clinton Mikel

12                            Attorneys for Defendant
                         SAN BERNARDINO MOUNTAINS

13                            COMMUNITY HOSPITAL DISTRICT

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Notice of Motion and Motion of Defendant San Bernardino Mountains Community Hospital District to Dismiss Plaintiff's First Amended Complaint for
Violation of the Federal False Claims Act Under Fed. R. Civ. P. 9(b), 12(b)(1), and 12(b)(6)
Case No.: 5:17-cv-00002-JGB-KK

## PROOF OF SERVICE

**STATE OF MICHIGAN, COUNTY OF OAKLAND**

At the time of service, I was over 18 and **not a party to this action**. I am employed in the County of Oakland, State of Michigan. My business address is 32000 Northwestern Highway, Suite 240, Farmington Hill, Michigan, 48334.

On November 27, 2017, I served true copies of the following document(s) described as **NOTICE OF MOTION AND MOTION OF DEFENDANT SAN BERNARDINO MOUNTAINS COMMUNITY HOSPITAL DISTRICT TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT FOR VIOLATION OF THE FEDERAL FALSE CLAIMS ACT UNDER FED.R.CIV.P. 9(b), 12(b)(1), and 12(b)(6)** on the interested parties as follows:

Esperanza Cervantes Anderson (SBN 197953)
LAW OFFICE OF ESPERANZA CERVANTES ANDERSON
1037 North Allen Avenue, Pasadena, CA 91104
esperanza@andersonlitigation.com
Attorney for Plaintiff Relator, FRANK ADOMITIS

Kent A. Kawakami (SBN 149803)
Assistant U.S. Attorney
Room 7516, Federal Building, 300 North Los Angeles Street, Los Angeles, CA 90012
kent.kawakami@usdoj.gov
Attorney for Plaintiff United States of America

**CM/ECF NOTICE OF ELECTRONIC FILING**: I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Notice of Motion and Motion of Defendant San Bernardino Mountains Community Hospital District to Dismiss Plaintiff's First Amended Complaint for Violation of the Federal False Claims Act Under Fed. R. Civ. P. 9(b), 12(b)(1), and 12(b)(6)
Case No.: 5:17-cv-00002-JGB-KK

Executed on November 27, 2017, at Farmington Hills, Michigan.

/s/Marianna M. McIntyre
Marianna M. McIntyre

2

Notice of Motion and Motion of Defendant San Bernardino Mountains Community Hospital District to Dismiss Plaintiff's First Amended Complaint for Violation of the Federal False Claims Act Under Fed. R. Civ. P. 9(b), 12(b)(1), and 12(b)(6)
Case No.: 5:17-cv-00002-JGB-KK