**Exhibit 5**

The Chart below represents the text similarities between Relator's Complaint and the Office of Inspector General, U.S. Department of Health and Human Services ("**OIG**") 2013 official investigation/audit report concerning a survey it did of all critical access hospitals in the United States –"Most Critical Access Hospitals Would Not Meet the Location Requirements if Required to Re-Enroll in Medicare" (the "**OIG 2013 CAH Distance Audit/Investigation**").

Evidence shows Relator was aware of the OIG 2013 CAH Distance Audit/Investigation, yet failed to disclose the same to this Court in an attempt to proceed with an improper claim. We demonstrate this below.

In the chart below, text in black is verbatim word-for-word copying from the OIG 2013 CAH Distance Audit/Investigation. The ==highlighted and underlined== text represents the minor word changes or additions by Relator within the copied text.

We then took lengthy excerpts of the copied language from the Relator's Complaint and conducted Google **exact text searches.** The results show that the only instances of long text blocks from Relator's Complaint text being used is in either: (a) the OIG 2013 CAH Distance Audit/Investigation; or (b) news media coverage of the OIG 2013 CAH Distance Audit/Investigation.

| OIG 2013 CAH Distance Audit/ Investigation | Relator's Complaint |
|---|---|
| Pg. 1 – "In 1997, the Balanced Budget Act (BBA) created the CAH certification to ensure that hospital care is accessible to beneficiaries in rural communities" | Pg. 4 – "In 1997, the Balanced Budget Act ("BBA") created the CAH certification to ensure that hospital care is accessible to beneficiaries in rural communities" |

*Google Exact Text Search for "created the CAH certification to ensure that hospital care is accessible to beneficiaries in rural communities"*



Exhibit 5
002

| OIG 2013 CAH Distance Audit/ Investigation | Relator's Complaint |
|---|---|
| Pg. 1 – "Facilities must meet the requirements set forth in the CAH Conditions of Participation to receive the CAH certification." | Pg. 6 – "Specifically hospitals must meet the requirements set forth in the CAH Conditions of participation (which lay out health, safety, and location-related requirements) to receive the CAH certification" |

Google Exact Text Search for "must meet the requirements set forth in the CAH Conditions of participation"



Exhibit 5
003

| OIG 2013 CAH Distance Audit/ Investigation | Relator's Complaint |
|---|---|
| Pg. 1 – "Because the intent of the CAH certification is to ensure access to care in rural communities, CAHs must meet two location-related requirements. CAHs must be located at least ==a certain== distance from hospitals (including acute-care, psychiatric, rehabilitation, long-term, and children's hospitals) and other CAHs, and they must be located in rural areas." | Pg. 6 – "Because the intent of the CAH certification is to ensure access to care in rural communities, CAHs must meet two location-related requirements. CAHs *must* be located at least ==a minimum== distance from hospitals (including acute-care, psychiatric, rehabilitation, long-term, and children's hospitals) and other CAHs, and they *must* be located in rural areas." |

*Google Exact Text Search for "Because the intent of the CAH certification is to ensure access to care in rural communities, CAHs must meet two location-related requirements"*



Exhibit 5
004

| OIG 2013 CAH Distance Audit/ Investigation | Relator's Complaint |
|---|---|
| Pg. 2 – "==Facilities== that wish to obtain the CAH certification can meet the distance requirement in one of two ways: (1) by being located more than a 35-mile drive from a hospital or another CAH or (2) by being located more than a 15-mile drive from a hospital or another CAH in areas of mountainous terrain or areas where only secondary roads are available" | Pg. 6 – "==Hospitals== that wish to obtain the CAH certification can meet the distance requirement in one of two ways: (1) by being located more than a 35-mile drive from a hospital or another CAH or (2) by being located more than a 15-mile drive from a hospital or another CAH in areas of mountainous terrain or areas where only secondary roads are available." |

*Google Exact Text Search for "that wish to obtain the CAH certification can meet the distance requirement in one of two ways: (1) by being located more than a 35-mile drive from a hospital or another CAH or (2) by being located more than a 15-mile drive from a hospital or another CAH in areas of mountainous terrain or areas where only secondary roads are available"*



Exhibit 5
005

| OIG 2013 CAH Distance Audit/ Investigation | Relator's Complaint |
|---|---|
| Pg. 2 – "CMS defines 'secondary roads' as roads that are not primary roads. Primary roads include Federal highways (including interstate highways), State highways with two or more lanes in one direction, and roads that – in accordance with U.S. Geological Survey (USGS) standards – are shown on maps as primary highways. Secondary roads typically are one-lane State highways and all other local roads." | Pg. 6 – "CMS defines 'secondary roads' as roads that are not primary roads. Primary roads include Federal highways (including interstate highways), state highways with two or more lanes in one direction, and roads that – in accordance with U.S. Geological Survey (USGS) standards – are shown on maps as primary highways. Secondary roads typically are one-lane State highways and all other local roads" |

*Google Exact Text Search for "Secondary roads typically are one-lane State highways and all other local roads"*



Exhibit 5
006

| OIG 2013 CAH Distance Audit/ Investigation | Relator's Complaint |
|---|---|
| Pg. 2 – "Prior to 2013, CMS defined 'mountainous terrain' as areas identified as such on any official maps or other documents published by the State agency responsible for highways in the State (typically a Department of Transportation or Highways) or by USGS. In April 2013, CMS published a uniform definition of 'mountainous terrain' States are to use when certifying hospitals as CAHs. According to this definition, roads that travel through mountainous terrain must be located in a mountain range and meet one of two additional requirements related to ease of travel or effort required to construct the roads." | Pg. 6 – "Prior to 2013, CMS defined 'mountainous terrain' as areas identified as such on any official maps or other documents published by the State agency responsible for highways in the State (typically a Department of Transportation or Highways) or by USGS. In April 2013, CMS published a uniform definition of 'mountainous terrain' which States are to use when certifying hospitals as CAHs. According to this definition, roads that travel through mountainous terrain must be located in a mountain range and meet one of two additional requirements related to ease of travel or effort required to construct the roads." |

*Google Exact Text Search for "Published by the State agency responsible for highways in the State (typically a Department of Transportation or Highways) or by USGS"*



Exhibit 5
007

| OIG 2013 CAH Distance Audit/ Investigation | Relator's Complaint |
|---|---|
| Pg. 2-3 – "Facilities that wish to obtain the CAH certification can meet the rural requirement by being located either in rural areas or in areas that are treated as rural. CMS uses a formula based on multiple criteria to determine rural status. Examples of these criteria include whether a CAH is located outside a metropolitan statistical area (MSA), located inside a rural census tract, or located in an area designated as rural by State law or regulation." | Pg. 6-7 – "Hospitals that wish to obtain the CAH certification can meet the rural requirement by being located either in rural areas or in areas that are treated as rural. CMS uses a formula based on multiple criteria to determine rural status. Examples of these criteria include whether a CAH is located outside a metropolitan statistical area (MSA), located inside a rural census tract, or located in an area designated as rural by State law or regulation." |

*Google Exact Text Search for "CMS uses a formula based on multiple criteria to determine rural status"*



Exhibit 5
008

| OIG 2013 CAH Distance Audit/ Investigation | Relator's Complaint |
|---|---|
| Pg. 3 – "Additional CAH requirements. To be certified as CAHs, facilities must meet additional requirements beyond the location requirements described above. For example, CAHs cannot have more than 25 beds that are used for acute care or 'swing-bed' patients, they must offer 24-hour emergency services, and they must achieve an annual average length of stay for patients that does not exceed 96 hours." | Pg. 7 – "Additional CAH requirements. To be certified as CAHs, facilities must meet additional requirements beyond the location requirements described above. For example, CAHs cannot have more than 25 beds that are used for acute care or 'swing-bed' patients, they must offer 24-hour emergency services, and they must achieve an annual average length of stay for patients that does not exceed 96 hours." |

*Google Exact Text Search for "To be certified as CAHs, facilities must meet additional requirements beyond the location requirements described above"*



Exhibit 5
009

| OIG 2013 CAH Distance Audit/ Investigation | Relator's Complaint |
|---|---|
| Pg. 3 – "Necessary Provider CAHs. Prior to January 1, 2006, States had discretion to designate hospitals that did not meet the distance requirement as 'necessary provider' (NP) CAHs. NP CAHs had to comply with all of the other CAH Conditions of Participation at their certifications, including the rural requirement." | Pg. 7 – "Necessary Provider CAHs. Prior to January 1, 2006, States had discretion to designate hospitals that did not meet the distance requirement as 'necessary provider' (NP) CAHs. NP CAHs had to comply with all of the other CAH Conditions of Participation at the time of their certifications, including the rural requirement." |

*Google Exact Text Search for "States had discretion to designate hospitals that did not meet the distance requirement as necessary provider (NP) CAHs"*



Exhibit 5
010

| OIG 2013 CAH Distance Audit/ Investigation | Relator's Complaint |
|---|---|
| Pg. 3 – "Existing NP CAHs are permanently exempt from meeting the distance requirement, unless they relocate. Effective January 1, 2006, the Medicare Prescription Drug, Improvement, and Modernization Act prohibited the creation of new NP CAHs, but allowed existing NP CAHs to retain their NP designations indefinitely, as long as they continue to meet all other CAH requirements." | Pg. 7 – "CAHs that were designated NP CAHs prior to January 1, 2006 are permanently exempt from meeting the distance requirement, unless they relocate. Effective January 1, 2006, the Medicare Prescription Drug, Improvement, and Modernization Act prohibited the creation of new NP CAHs, but allowed existing NP CAHs to retain their NP designations indefinitely, as long as they continue to meet all other CAH requirements." |

*Google Exact Text Search for "Medicare Prescription Drug, Improvement, and Modernization Act prohibited the creation of new NP CAHs"*



Exhibit 5
011

| OIG 2013 CAH Distance Audit/ Investigation | Relator's Complaint |
|---|---|
| Pg. 3 – "A metropolitan statistical area (MSA) is an urbanized area with at least 50,000 inhabitants. A rural census tract is a census tract that does not have significant commuting ties to an area with 2,500 or more people." | Pg. 7 – "A metropolitan statistical area (MSA) is an urbanized area with at least 50,000 inhabitants. A rural census tract is a census tract that does not have significant commuting ties to an area with 2,500 or more people." |

*Google Exact Text Search for "A metropolitan statistical area (MSA) is an urbanized area with at least 50,000 inhabitants"*

[Screenshot of Google search showing 1 result: Department of Health and Human Services, Office of Inspector ... https://staging.oversight.garden/reports/hhs/oei-05-12-00080 - Aug 14, 2013 - A metropolitan statistical area (MSA) is an urbanized area with at least 50,000 inhabitants. A rural census tract is a census tract that does not ...]

Exhibit 5
012

| OIG 2013 CAH Distance Audit/ Investigation | Relator's Complaint |
|---|---|
| Pg. 24 – "Consists of extensive sections of roads with steep grades (i.e., greater than 5 percent), continuous abrupt and frequent changes in elevation or direction, or any combination of horizontal and vertical alignment that causes heavy vehicles to operate at crawl speeds for significant distances or at frequent intervals…" | Pg. 9 – "Extensive sections of roads with steep grades (i.e., greater than 5 percent), continuous abrupt and frequent changes in elevation or direction, or any combination of horizontal and vertical alignment that causes heavy vehicles to operate at crawl speeds for significant distances or at frequent intervals." |

*Google Exact Text Search for "Extensive sections of roads with steep grades (i.e., greater than 5 percent)"*



Exhibit 5
013

| OIG 2013 CAH Distance Audit/ Investigation | Relator's Complaint |
|---|---|
| Pg. 24 – "The roads on the travel route are considered by the State Transportation or Highway agency to be located in mountainous terrain based on significantly more complicated than usual construction techniques required to achieve compatibility between road alignment and surrounding rugged terrain." | Pg. 9 – "Alternatively, the route can be considered mountainous terrain by the State Transportation or Highway agency, based on significantly more complicated than usual construction techniques that were originally required to achieve compatibility between the road alignment and surrounding rugged terrain." |

*Google Exact Text Search for "based on significantly more complicated than usual construction techniques"*



4828-2468-1809, v. 2

Exhibit 5
014