UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. FRANK ADOMITIS, an individual,<br><br>　　　　Relator,<br><br>　　v.<br><br>SAN BERNARDINO MOUNTAINS COMMUNITY HOSPITAL DISTRICT; DOES 1 through 20, inclusive,<br><br>　　　　Defendants. | Case No.: 5:17-cv-00002-JGB-KK<br>(Hon. Jesus G. Bernal)<br><br>**ORDER ON JOINT STIPULATION TO:**<br>**1. CONTINUE THE DEADLINE FOR PLAINTIFF/RELATOR TO FILE A SECOND AMENDED COMPLEINT;**<br>**2. FOR DEFENDANT TO FILE RESPONSIVE PLEADING TO SECOND AMENDED COMPLAINT; AND**<br>**3. TO SCHEDULE THE HEARING ON ANY MOTION TO DISMISS FILED BY DEFENDANT** |

Pursuant to the Stipulation of Plaintiff/Relator Frank Adomitis ("Plaintiff/Relator") and Defendant San Bernardino Mountains Community Hospital District ("Mountains") to extend the deadline for Plaintiff/Relator to file a Second Amended Complaint, for extending the deadline for Mountains to file its responsive pleading or Motion to Dismiss on a Second Amended Complaint and set the hearing on any Motion to Dismiss the Second Amended Complaint, and for good cause shown, it is hereby ORDERED:

1. Plaintiff/Relator shall have until **February 20, 2018** to file a Second Amended Complaint pursuant to the Court's Order dated January 30, 2018 [Docket No. 23.]

2. Defendant Mountains shall have until **March 13, 2018** to file its response to Plaintiff/Relator's Second Amended Complaint;

3. To the extent Mountains files a Motion to Dismiss, the hearing on Defendant Mountains' Motion to Dismiss will be scheduled for **April 30, 2018** at 9:00 a.m. in Courtroom 1 of the United States District Court, 3470 Twelfth Street, Riverside, California 92501.

IT IS SO ORDERED.

DATED: February 8, 2018

_____
Honorable Jesus G. Bernal
United States District Court Judge