UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION – RIVERSIDE
Case No.: 5:17-cv-00002-JGB-KK
(Hon. Jesus G. Bernal)

# INDEX OF EXHIBITS

- **EXHIBIT 1**: April 19, 2013, CMS Guidance, Clarification of the Critical Access Mountains (CAH) Criteria for Rural Location and Mountainous Terrain Distance Standard
    - **Available at**: https://www.cms.gov/Medicare/Provider-Enrollment-and-Certification/SurveyCertificationGenInfo/Downloads/Survey-and-Cert-Letter-13-26.pdf.

- **EXHIBIT 2**: August 2013, OIG Report, Most Critical Access Hospitals Would Not Meet the Location Requirements If Required to Re-Enroll in Medicare
    - **Available at**: https://oig.hhs.gov/oei/reports/oei-05-12-00080.pdf.

- **EXHIBIT 3**: February 12, 2016, CMS Policy, Critical Access Hospital (CAH) Recertification Checklist for Evaluation of Compliance with the Location and Distance Requirements
    - **Available at**: https://www.cms.gov/Medicare/Provider-Enrollment-and-Certification/SurveyCertificationGenInfo/Downloads/Survey-and-Cert-Letter-16-08.pdf.

- **EXHIBIT 4**: Current CMS Provider Information Forms for 4 California Hospitals
    - **Available at**: https://npiregistry.cms.hhs.gov/registry/provider-view/1922415538; https://npiregistry.cms.hhs.gov/registry/provider-view/1356339543; https://npiregistry.cms.hhs.gov/registry/provider-view/1194824573; and https://npiregistry.cms.hhs.gov/registry/provider-view/1043292303.

- **EXHIBIT 5:** Excerpt from CMS State Operations Manual Chapter 2 - The Certification Process
    - **Available at**: https://www.cms.gov/Regulations-and-Guidance/Guidance/Manuals/Downloads/som107c02.pdf.

- **EXHIBIT 6**: January 25, 2018, US Associate Attorney General memo, titled "Limiting Use of Agency Guidance Documents in Affirmative Civil Enforcement Cases"
    - **Available at**: https://www.justice.gov/file/1028756/download.

- **EXHIBIT 7**: Other Known Clone Lawsuits filed by Relator
    - **Available at**: Pacer, Westlaw.

4824-4079-0879, v. 1