# **EXHIBIT 4**

Current CMS Provider Information Forms for 4 California Hospitals

# Provider Information for 1922415538

Search (/registry/) / Back to Results / NPI View

**COMMUNITY HEALTHCARE PARTNER, INC.**

Other Name: COLORADO RIVER MEDICAL CENTER
Organization Subpart: YES

NPI: 1922415538

Last Updated: 2014-07-15

## Details

| Name | Value |
| --- | --- |
| NPI | 1922415538 |
| Enumeration Date | 2014-07-15 |
| NPI Type | 2- Organization |
| Status | Active |
| Mailing Address | 1401 BAILEY AVE BUILDING A<br>NEEDLES, CA 92363-3103<br>United States<br><br>Phone: 760-326-7060 \| Fax: 760-326-7292<br>View Map (/registry/map-view?q=1401 BAILEY AVE, NEEDLES, CA, 923633103, United States) |

Exhibit 4 - 000001

| Name | Value |
|---|---|
| Primary Practice Address | 1401 BAILEY AVE BUILDING A<br>NEEDLES, CA 92363-3103<br>United States<br><br>Phone: 760-326-7060 \| Fax: 760-326-7292<br>View Map (/registry/map-view?q=1401 BAILEY AVE, NEEDLES, CA, 923633103, United States) |
| Authorized Official Information | Name: MR. STEVE KELLEY LOPEZ<br>Title: CEO<br>Phone: 760-326-7160 |
| Taxonomy | <table><thead><tr><th>Primary Taxonomy</th><th>Selected Taxonomy</th><th>State</th><th>License Number</th></tr></thead><tbody><tr><td>Yes</td><td>282NC0060X - General Acute Care Hospital Critical Access</td><td>CA</td><td>2400000227</td></tr><tr><td>No</td><td>193200000X MULTI-SPECIALTY GROUP<br>163WH0200X - Registered Nurse Home Health</td><td></td><td></td></tr></tbody></table> |
| Other Identifiers | <table><thead><tr><th>Issuer</th><th>State</th><th>Number</th></tr></thead><tbody><tr><td>MEDICAID</td><td>CA</td><td>240000227</td></tr><tr><td>MEDICAID</td><td>AZ</td><td>A330130</td></tr></tbody></table> |



A federal government website managed by the
(http://hhs.gov) U.S. Centers for Medicare & Medicaid Services (http://cms.hhs.gov)
7500 Security Boulevard, Baltimore, MD 21244

Exhibit 4 - 000002

# Provider Information for 1356339543

Search (/registry/) / Back to Results / NPI View

**WILLITS HOSPITAL INC.**

Other Name: FRANK R. HOWARD MEMORIAL HOSPITAL
Organization Subpart: NO

NPI: 1356339543

Last Updated: 2015-11-20

## Details

| Name | Value |
| --- | --- |
| NPI | 1356339543 |
| Enumeration Date | 2005-10-11 |
| NPI Type | 2- Organization |
| Status | Active |
| Mailing Address | 1 MARCELA DRIVE<br>WILLITS, CA 95490-5769<br>United States<br><br>Phone: 707-459-6801 \| Fax: 707-459-9486<br>View Map (/registry/map-view?q=1 MARCELA DRIVE, WILLITS, CA, 954905769, United States) |

Exhibit 4 - 000003

| Name | Value |
|---|---|
| Primary Practice Address | 1 MARCELA DRIVE<br>WILLITS, CA 95490-5769<br>United States<br><br>Phone: 707-459-6801 \| Fax: 707-459-9486<br>View Map (/registry/map-view?q=1 MARCELA DRIVE, WILLITS, CA, 954905769, United States) |
| Authorized Official Information | Name: MR. CHRIS SAUDER<br>Title: CFO<br>Phone: 707-456-3001 |
| Taxonomy | <table><tr><th>Primary Taxonomy</th><th>Selected Taxonomy</th><th>State</th><th>License Number</th></tr><tr><td>Yes</td><td>282NC0060X - General Acute Care Hospital <mark>Critical Access</mark></td><td>CA</td><td>110000013</td></tr></table> |
| Other Identifiers | <table><tr><th>Issuer</th><th>State</th><th>Number</th></tr><tr><td>MEDICAID</td><td>CA</td><td>ZZR00440G</td></tr></table> |



(http://hhs.gov)

A federal government website managed by the
U.S. Centers for Medicare & Medicaid Services (http://cms.hhs.gov)
7500 Security Boulevard, Baltimore, MD 21244

Exhibit 4 - 000004

# Provider Information for 1194824573

Search (/registry/)  /  Back to Results  /  NPI View

NORTH SONOMA COUNTY HEALTH CARE DISTRICT

Other Name: HEALDSBURG DISTRICT HOSPITAL
Organization Subpart: NO

NPI: 1194824573

Last Updated: 2017-09-20

## Details

| Name | Value |
| --- | --- |
| NPI | 1194824573 |
| Enumeration Date | 2006-09-21 |
| NPI Type | 2- Organization |
| Status | Active |
| Mailing Address | 1375 UNIVERSITY AVE.<br>HEALDSBURG, CA 95448-3382<br>United States<br><br>Phone: 707-431-6500 \| Fax: 707-431-6588<br>View Map (/registry/map-view?q=1375 UNIVERSITY AVE., HEALDSBURG, CA, 954483382, United States) |

| Name | Value |
|---|---|
| Primary Practice Address | 1375 UNIVERSITY AVE.<br>HEALDSBURG, CA 95448-3382<br>United States<br><br>Phone: 707-431-6500 \| Fax: 707-431-6588<br>View Map (/registry/map-view?q=1375 UNIVERSITY AVE., HEALDSBURG, CA, 954483382, United States) |
| Authorized Official Information | Name: MS. NANCY C GOODFELLOW-SCHMID<br>Title: CEO<br>Phone: 707-431-6500 |

| Taxonomy | | | | |
|---|---|---|---|---|
| | Primary Taxonomy | Selected Taxonomy | State | License Number |
| | Yes | 282NC0060X - General Acute Care Hospital Critical Access | CA | 110000019 |

| Other Identifiers | | | |
|---|---|---|---|
| | Issuer | State | Number |
| | MEDICAID | CA | HSP40331I |
| | MEDICAID | CA | ZZR00331I |



A federal government website managed by the
(http://hhs.gov)  U.S. Centers for Medicare & Medicaid Services (http://cms.hhs.gov)
7500 Security Boulevard, Baltimore, MD 21244

Exhibit 4 - 000006

# Provider Information for 1043292303

Search (/registry/) / Back to Results / NPI View

REDWOOD MEMORIAL HOSPITAL
Organization Subpart: NO

NPI: 1043292303

Last Updated: 2007-07-08

## Details

| Name | Value |
| --- | --- |
| NPI | 1043292303 |
| Enumeration Date | 2005-11-14 |
| NPI Type | 2- Organization |
| Status | Active |
| Mailing Address | 3300 RENNER DR<br>FORTUNA, CA 95540-3120<br>United States<br><br>Phone: 707-725-3361 \| Fax: 707-725-7212<br>View Map (/registry/map-view?q=3300 RENNER DR, FORTUNA, CA, 955403120, United States) |

Exhibit 4 - 000007

| Name | Value |
|---|---|
| Primary Practice Address | 3300 RENNER DR<br>FORTUNA, CA 95540-3120<br>United States<br><br>Phone: 707-725-3361 \| Fax: 707-725-7212<br>View Map (/registry/map-view?q=3300 RENNER DR, FORTUNA, CA, 955403120, United States) |
| Authorized Official Information | Name: MR. GALEN GORMAN<br>Title: VP, CFO<br>Phone: 707-445-8121 |
| Taxonomy | <table><tr><th>Primary Taxonomy</th><th>Selected Taxonomy</th><th>State</th><th>License Number</th></tr><tr><td>Yes</td><td>282NC0060X - General Acute Care Hospital <mark>Critical Access</mark></td><td>CA</td><td></td></tr></table> |
| Other Identifiers | <table><tr><th>Issuer</th><th>State</th><th>Number</th></tr><tr><td>MEDICAID</td><td>CA</td><td>ZZR00172F</td></tr></table> |



(http://hhs.gov)   A federal government website managed by the
U.S. Centers for Medicare & Medicaid Services (http://cms.hhs.gov)
7500 Security Boulevard, Baltimore, MD 21244

Exhibit 4 - 000008