Clinton Mikel (SBN 251319)
cmikel@thehlp.com
The Health Law Partners, P.C.
32000 Northwestern Hwy., Suite 240
Farmington Hills, MI 48334
P: (248) 996-8510; F: (248) 996-8525
Attorneys for Defendant
San Bernardino Mountains Community Hospital District

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION – RIVERSIDE

| | |
|---|---|
| United States of America, *ex rel.*, Frank Adomitis, <br><br> Plaintiff, <br><br> vs. <br><br> San Bernardino Mountains Community Hospital District; <br> Does 1 through 20, inclusive; <br><br> Defendants. | Case No.: 5:17-cv-00002-JGB-KK <br> (Hon. Jesus G. Bernal) <br><br> **[Proposed] Order Granting Motion to Dismiss the Second Amended Complaint** <br><br> *Date*: April 30, 2018 <br> *Time*: 9:00 AM <br> *Courtroom*: 1 |

  On _____, 2018, the Motion of Defendant, SAN BERNARDINO MOUNTAINS COMMUNITY HOSPITAL DISTRICT, to dismiss the Second Amended Complaint under Fed. R. Civ. P. 9(b) came on regularly scheduled hearing before the Honorable Jesus G. Bernal. The Court, having fully considered the moving and opposing papers and the oral argument of counsel, orders:

The Second Amended Complaint is dismissed with prejudice without leave to amend because it fails to state a claim for relief under the False Claims Act, 31 U.S.C. §§ 3729, et seq., because: 1) Relator's claims against Defendant are not material and are inappropriate amidst other regulatory protocols; 2) Relator does not satisfy the specificity requirements of Rule 9(b) and fails to state any false, fraudulent, misleading, or incomplete information submitted by San Bernardino Mountains Community Hospital District; 3) the allegations made by Relator were publicly disclosed and Relator is not an original source with enough indicia of reliability; and 4) Relator fails to meet the statute of limitations requirements under 31 U.S.C.A. § 3731(b).

Defendant shall submit an affidavit for attorney's fees and costs commensurate with this Order to be assessed against Plaintiff and Plaintiff's attorney.

DATED: _____, 2018

_____
Honorable Jesus G. Bernal

# PROOF OF SERVICE
## STATE OF MICHIGAN, COUNTY OF OAKLAND

At the time of service, I was over 18 and not a party to this action. I am employed in the County of Oakland, State of Michigan. My business address is 32000 Northwestern Highway, Suite 240, Farmington Hills, Michigan, 48334.

On March 13, 2018, I served true copies of the foregoing document(s) described as **[Proposed] Order to Dismiss the Second Amended Complaint** on the interested parties:

Esperanza Cervantes Anderson (SBN 197953)
LAW OFFICE OF ESPERANZA CERVANTES ANDERSON
1037 North Allen Avenue, Pasadena, California 91104
esperanza@andersonlitigation.com
Attorney for Plaintiff Relator
FRANK ADOMITIS

Kent A. Kawakami (SBN 149803)
Assistant U.S. Attorney
Room 7516, Federal Building, 300 North Los Angeles Street, Los Angeles, CA 90012
kent.kawakami@usdoj.gov
Attorney for Plaintiff United States of America

**CM/ECF NOTICE OF ELECTRONIC FILING**: I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

Executed on March 13, 2018, at Farmington Hills, Michigan.

Defendant Mountains' [Proposed] Order to Dismiss the Second Amended Complaint
Case No.: 5:17-cv-00002-JGB-KK

/s/ Marianna M. McIntyre

Marianna M. McIntyre

4834-5447-5613, v. 4