Clinton Mikel (SBN 251319)
cmikel@thehlp.com
The Health Law Partners, P.C.
32000 Northwestern Hwy., Suite 240
Farmington Hills, MI 48334
P: (248) 996-8510; F: (248) 996-8525
Attorneys for Defendant
San Bernardino Mountains Community Hospital District

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION – RIVERSIDE

| | |
|---|---|
| United States of America, *ex rel.*, Frank Adomitis, <br><br> Plaintiff, <br><br> vs. <br><br> San Bernardino Mountains Community Hospital District; <br> Does 1 through 20, inclusive; <br><br> Defendants. | Case No.: 5:17-cv-00002-JGB-KK <br> (Hon. Jesus G. Bernal) <br><br> **CERTIFICATE OF INTERESTED PARTIES AND CORPORATE DISCLOSURE STATEMENT OF DEFENDANT SAN BERNARDINO MOUNTAINS COMMUNITY HOSPITAL DISTRICT** |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to Federal Rule of Civil Procedure 7.1, and Local Rule 7.1-1, the

undersigned, counsel of record for Defendant San Bernardina Mountains Community Hospital District ("**Mountains**"), certifies that Mountains, has no parent corporation, and no publicly held corporation owns 10 percent or more of its stock. Mountains is a local agency of the State of California within the meaning of Section 6585(f) of the California Government Code and is governed by the The Local Health Care District Law found at the California Health & Safety Code, 32000 to 32492. As a local agency, Mountains was formed by voter action in San Bernardinos' 1984 elections.

Mountains is not aware of any persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities that may have a pecuniary interest in the outcome of this case, other than the parties listed below in the case.

The undersigned, counsel of record for Defendant Mountains or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

| PARTY | CONNECTION / INTEREST |
|---|---|
| Frank Adomitis | Plaintiff/Relator |
| Esperanza Anderson | Attorney for Plaintiff/Relator |
| United States of America | Declined to intervene |
| San Bernardino Mountains Community Hospital District | Defendant |
| Taxpayers of San Bernardino | Pay taxes that partially fund Mountains, and rely upon Mountains' services |

Dated: April 23, 2018

/s/ Clinton Mikel
Clinton Mikel, Attorney for Defendant
San Bernardino Mountains Community
Hospital District

# PROOF OF SERVICE
## STATE OF MICHIGAN, COUNTY OF OAKLAND

At the time of service, I was over 18 and not a party to this action. I am employed in the County of Oakland, State of Michigan. My business address is 32000 Northwestern Highway, Suite 240, Farmington Hills, Michigan, 48334.

On April 23, 2018, I served true copies of the foregoing document(s) described as **Certificate of Interested Parties and Corporate Disclosure Statement of Defendant San Bernardino Mountains Community Hospital District** on the interested parties:

Esperanza Cervantes Anderson (SBN 197953)
LAW OFFICE OF ESPERANZA CERVANTES ANDERSON
1037 North Allen Avenue, Pasadena, California 91104
esperanza@andersonlitigation.com
Attorney for Plaintiff Relator
FRANK ADOMITIS

Kent A. Kawakami (SBN 149803)
Assistant U.S. Attorney
Room 7516, Federal Building, 300 North Los Angeles Street, Los Angeles, CA 90012
kent.kawakami@usdoj.gov
Attorney for Plaintiff United States of America

**CM/ECF NOTICE OF ELECTRONIC FILING**: I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

Executed on April 23, 2018, at Farmington Hills, Michigan.

/s/Marianna M. McIntyre
Marianna M. McIntyre
The Health Law Partners, P.C.

4847-3749-9747, v. 3