Clinton Mikel (SBN 251319)
cmikel@thehlp.com
The Health Law Partners, P.C.
32000 Northwestern Hwy., Suite 240
Farmington Hills, MI 48334
P: (248) 996-8510; F: (248) 996-8525
Attorneys for Defendant
San Bernardino Mountains Community Hospital District

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION – RIVERSIDE

| | |
|---|---|
| United States of America, *ex rel.*, Frank Adomitis,<br><br>Plaintiff,<br><br>vs.<br><br>San Bernardino Mountains Community Hospital District;<br>Does 1 through 20, inclusive;<br><br>Defendants. | Case No.: 5:17-cv-00002-JGB-KK<br>(Hon. Jesus G. Bernal)<br><br>**REQUEST BY COUNSEL FOR DEFENDANT SAN BERNARDINO MOUNTAINS COMMUNITY HOSPITAL DISTRICT TO APPEAR VIA TELEPHONE FOR ORAL ARGUMENT ON DEFENDANT'S MOTION TO DISMISS PLAINTIFF/RELATOR'S SECOND AMENDED COMPLAINT**<br><br>Date of Hearing:  April 30, 2018<br>Time:  9:00 a.m.<br>Courtroom: 1 |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

1

Request by Counsel for Defendant San Bernardino Mountains Community Hospital District to Appear Via Telephone for Oral Argument on Defendant's Motion to Dismiss Plaintiff/Relator's Second Amended Complaint
Case No. 5:17-cv-00002-JGB-KK

Counsel for Defendant San Bernardino Mountains Community Hospital District ("**Mountains**") respectfully requests that he be allowed to participate by telephonic conference at the oral argument on Defendant's Motion to Dismiss Plaintiff/Relator's Second Amended Complaint currently scheduled for Monday, April 30, 2018, at 9:00 a.m., for the following good cause:

- A close family member (aunt, whose 12-year old son is also close friends with his cousins, the undersigned's children) was admitted to hospice in Kentucky on the evening of April 23, 2018.
- Counsel's aunt is not expected to survive for more than two-to-three days.
- Her passing, and funeral, are currently unknown in time, although it is likely that they may be in the same time-frame as the April 30, 2018, hearing date.

Counsel for Defendant desires to make it to the hearing in-person, if possible. However, out of an abundance of caution and in order to not waste judicial resources, due to the potential funeral/passing, Counsel for Defendant is seeking the flexibility to be in Kentucky with his family, if necessary.

Though likely not required for this request, pursuant to Local Rule 7.3, counsel for Defendant contacted counsel for Plaintiff/Relator via email on the morning of April 24, 2018, the earliest he could contact her for concurrence, and requested her concurrence for his participation in the oral argument by telephone. Defendant has not yet heard back from counsel for Plaintiff/Relator (completely understandable, given the timing).

Under the circumstances, it was impossible to make this request of the Court prior to today's date, and it is respectfully requested that counsel be granted this concession.

In the alternative, if the Court would prefer, the hearing on Defendant's Motion scheduled for April 30, 2018, could be adjourned so that counsel may appear in person.

However, to be clear, if this Court decides not to grant this request, Counsel for Defendant will be at the April 30, 2018, hearing in-person. Counsel for Mountains can be contacted at 313-600-8587.

1
2
3   Dated: April 24, 2018                    /s/ Clinton Mikel
4                                             Clinton Mikel, Attorney for Defendant
                                              San Bernardino Mountains Community
5                                             Hospital District
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# PROOF OF SERVICE
## STATE OF MICHIGAN, COUNTY OF OAKLAND

At the time of service, I was over 18 and not a party to this action. I am employed in the County of Oakland, State of Michigan. My business address is 32000 Northwestern Highway, Suite 240, Farmington Hills, Michigan, 48334.

On April 24, 2018, I served true copies of the foregoing document(s) described as **Request by Counsel for Defendant San Bernardino Mountains Community Hospital District to Appear Via Telephone for Oral Argument on Defendant's Motion to Dismiss Plaintiff/Relator's Second Amended Complaint** on the interested parties:

Esperanza Cervantes Anderson (SBN 197953)
LAW OFFICE OF ESPERANZA CERVANTES ANDERSON
1037 North Allen Avenue, Pasadena, California 91104
esperanza@andersonlitigation.com
Attorney for Plaintiff Relator
FRANK ADOMITIS

Kent A. Kawakami (SBN 149803)
Assistant U.S. Attorney
Room 7516, Federal Building, 300 North Los Angeles Street, Los Angeles, CA 90012
kent.kawakami@usdoj.gov
Attorney for Plaintiff United States of America

**CM/ECF NOTICE OF ELECTRONIC FILING**: I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

Executed on April 24, 2018, at Farmington Hills, Michigan.

/s/Marianna M. McIntyre
Marianna M. McIntyre
The Health Law Partners, P.C.

4827-0575-7795, v. 1