Esperanza Cervantes Anderson | SBN 197953
**LAW OFFICE OF ESPERANZA CERVANTES ANDERSON**
1037 North Allen Avenue
Pasadena, California 91104
Tel.:  (626) 486-2477
Fax:  (626) 389-8911

Attorney for Plaintiff Relator
FRANK ADOMITIS

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. FRANK ADOMITIS, an individual,<br><br>Relator,<br><br>v.<br><br>SAN BERNARDINO MOUNTAINS COMMUNITY HOSPITAL DISTRICT; DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. 5:17-cv-00002- JGB-KK<br><br>**PLAINTIFF/RELATOR FRANK ADOMITIS OBJECTION TO DEFENDANT'S REQUEST TO PERMIT A TELEPHONIC APPEARANCE ON THE DEFENSE MOTION TO DISMISS** |

Plaintiff/Relator Frank Adomitis objects to Defendant's tardy request (Docket No. 35) to permit telephonic appearance on the defense Motion to Dismiss, alternatively to continue the hearing, now scheduled for April 30, 2018, as Plaintiff's reasonable request for objective supporting evidence of Defendant's claimed "good cause" was timely and reasonably made — but the information recieved called into question whether there is a true emergency.  A review of the full facebook post regarding Ms. Mikel shows her to appears to be healthy. While sympathetic to the claimed need, the absence of supporting evidence impugns the asserted claim of

good cause, and erodes the Court (and Plaintiff/Relator's counsel) confidence in the defense counsel's compliance with the duty of candor.

In the event that the Court is inclined to grant the defense request, Plaintiff requests that the number provided for call-in be a Kentucky-based landline.

A true and correct copy of the e-mail exchange between the undersigned and opposing counsel is attached as **Exhibit "A,"** and a true copy of the Facebook post referenced above is attached as **Exhibit "B."**

DATED: April 25, 2018

**LAW OFFICE OF ESPERANZA CERVANTES ANDERSON**

By: /s/
Esperanza Cervantes Anderson, Esq.
Attorney for Plaintiff/relator
FRANK ADOMITIS