# Re: LR 7-3 - Telephonic Appearance Request

From: Clinton Mikel <CMikel@thehlp.com>
Date: 04/25/2018 04:11AM
To: "esperanza@andersonlitigation.com" <esperanza@andersonlitigation.com>
Cc: James Witham <jwitham@thehlp.com>, Marianna McIntyre <MMcIntyre@thehlp.com>

Actually, the post is from April 24 (re-posting a tribute post from March 31, updating it regarding the hospice). Here is a clearer view. As always, your attention to detail is stellar.

Please do attach this whole string, including this message. Court should be reminded that you plagiarized the OIG report and lied about it, and have been caught telling whoppers to the Court already in several other places.

Pleasure working with you Espie.

Best, Clinton


Sent from Nine. Excuse voice transcription errors.



**Clinton Mikel**
*Partner*
**The Health Law Partners, P.C.**
p:  (248) 996-8510   m: (313) 600-8587
f:  (248) 996-8525
a:  32000 Northwestern Hwy., #240, Farmington Hills, MI 48334
w:  www.thehlp.com   e: cmikel@thehlp.com



The Health Law Partners, P.C. (HLP), is a Michigan professional corporation. The HLP operates additional offices in New York as "The Greenberg, Dresevic, Iwrey, Kalmowitz & Pendleton Law Group".

*********************************************************************

**CONFIDENTIAL**: This electronic message and all contents contain information which may be privileged, confidential or otherwise protected from use/disclosure. Some information, such as health information, may be further protected by state and federal laws, which may impose liability for the recipient's improper use, disclosure, or retention of the information. The information is for the addressee only. If you are not the addressee, any disclosure, copy, retention, distribution or use of the contents of this message is



← Search in Beverly's posts, photos, and tags

**Posts**



**Janice Carlson** shared a **post**.
Apr 24 at 9:30am

Asking for prayers for comfort for my dear cousin. She was put in hospice yesterday. They are keeping her out of pain as The Good Lord prepares a place for her. We don't want you to go **Beverly Mikel** but it is not our will but the will of our Father, Lord and Savior. Thank you.



**Misty Goley** is with **Beverly Mikel**.
Mar 31 at 1:21pm



prohibited. If you have received this electronic message in error, please notify HLP immediately by calling (248) 996-8510, or emailing us at partners@thehlp.com, and destroy the original communication and all copies thereof.

**From:** "Esperanza C. Anderson" <esperanza@andersonlitigation.com>
**Sent:** Wednesday, April 25, 2018 12:33 AM
**To:** Clinton Mikel
**Cc:** James Witham; Marianna McIntyre
**Subject:** RE: LR 7-3 - Telephonic Appearance Request

Clinton -

I do not doubt your sincerity regarding your affection for your aunt. I am sorry that you have to go through this.

However, I must note that the post you attached is from March 31 and I also must note that you made no effort to contact me or make a request to the Court before today even though your aunt has been very ill since March 31.

I also must note that there has been quite a bit of activity on your part since we filed the Opposition including bringing forth new evidence in the reply brief (which is alone highly improper) on a motion that is supposed to accept all of Plaintiff's factual allegations as true.

In addition, although you did not file a notice of related case when you attached the Ojai Complaint to Mountains' RJN, you used the "notice of related case" filing to draw attention to Ojai's motion to dismiss just days before the hearing.

I had another case where counsel claimed a continuing illness based on an earlier tragedy but when documentation was requested, it was made clear that the earlier tragedy was not continuing but instead was raised to gain an advantage. My client in that case was awarded terminating sanctions because the plaintiff refused to provide any medical note. The plaintiff was forced to abandon her appeal. (I note that you are not having the Court call you in Kentucky but instead are having the Court call a Michigan number. While the Michigan number might be a cellular phone, it is improper to appear on an important hearing using a cellular phone.)

I do not mean to upset you at this time, but I must represent my client as competently as I can. That includes asking difficult questions. I will attach the entire email string to my opposition.
Thanks,

Espie

On Wed, 25 Apr 2018 02:32:50 +0000, Clinton Mikel wrote:

Hi, Espie,

Addressing the issues in turn.

First, sorry for your mother.

Second, you made a request for a doctor's note ("I assume you would have no objection to providing a doctor's note to support your claims, and I could (if satisfied) indicate my non-opposition to the court.").

This is appalling, invasive, and offensive. The last thing I am going to do is ask my aunt to ask her doctor, while she is in hospice in her last few days, to write me a note. I probably shouldn't dignify this at all, but here are screenshots from Facebook. I could get you pictures of our kids playing together/at church/easter-egg hunting this year, family photos, maybe some pictures of her in her hospital bed from the last few days, et cetera, but, at this point it is unreasonable to think that any assurances would satisfy your wildly inappropriate attack on my credibility.

If you oppose my request, please attach this full email string when you do. It should be instructive to the Judge.

Third/final – this was a Request, not a Motion. I think it is debatable, at best, as to whether LR 7-3 is even required. I contacted you as a courtesy.

Best, Clinton


>> From: Esperanza Anderson <esperanza@andersonlitigation.com>
>> Sent: Tuesday, April 24, 2018 6:45 PM
>> To: Clinton Mikel <cMikel@thehlp.com>
>> Cc: Marianna McIntyre <mmcIntyre@thehlp.com>
>> Subject: Re: LR 7-3 - Telephonic Appearance Request
>>
>> Clinton,
>>
>> I am so sorry to hear about your aunt. I can relate. My mother who has post polio syndrome had her care takers leave this weekend (but not before taking her money). I have had to step in to find immediate help for her. I assume you would have no objection to providing a doctor's note to support your claims, and I could (if satisfied) indicate my non-opposition to the court. Please advise ASAP as I see you have already submitted a request to the court. Your silence to this request over the next 12 hours will result in my written opposition.
>>
>> Thanks,
>>
>> Espie
>> Sent from my iPad
>>
>> On Apr 24, 2018, at 8:53 AM, Clinton Mikel <CMikel@thehlp.com<mailto:CMikel@thehlp.com>> wrote:
>> Hi, Espie,
>>
>> My aunt, who lives in Kentucky (where I was born and raised) and whose 12-year old son is

close with my children, was just placed on hospice and given 2-3 days to live.
>>
>> For a crucial motion such as this, I would absolutely prefer to be there in person (and have long had tickets booked). Given the timing, though, I would like the flexibility to do the Motion via teleconference from KY if I have to. It would only be me present, not my associate James (or any other attorney).
>>
>> Would you be amenable to this? I am not sure that the Judge will grant it, in any event, since his rules provide:
>>
>> Telephonic Appearances: Telephonic appearances will only be allowed upon good cause. To request a telephonic appearance counsel must file a request with a proposed order one week before the scheduled hearing.
>>
>> She was put on hospice yesterday evening, so this is as close as 1-week in advance as I can get.
>>
>> In the alternative, would you want to move the hearing date?
>>
>> If neither, let me know as soon as possible. I need to file the telephonic request ASAP. If it comes to it, I may simply have to miss the funeral.
>>
>> Best, Clinton
>> *Note new address below. Please update our contact information.
>>
>> <image002.jpg><http://www.thehlp.com/>
>>
>> Clinton Mikel
>>
>> Partner
>>
>> The Health Law Partners, P.C.
>>
>> p:
>>
>> (248) 996-8510 m: (313) 600-8587
>>
>> f:
>>
>> (248) 996-8525
>>
>> a:
>>
>> 32000 Northwestern Hwy., #240, Farmington Hills, MI 48334
>>
>> w:
>>

>> www.thehlp.com<http://www.thehlp.com/> e: cmikel@thehlp.com<mailto:cmikel@thehlp.com>
>>
>> <image003.png><https://www.linkedin.com/in/clintonmikel/>
>>
>>
>>
>> The Health Law Partners, P.C. (HLP), is a Michigan professional corporation. The HLP operates additional offices in New York as "The Greenberg, Dresevic, Iwrey, Kalmowitz & Pendleton Law Group".
>> **********************************************************************
>> CONFIDENTIAL: This electronic message and all contents contain information which may be privileged, confidential or otherwise protected from use/disclosure. Some information, such as health information, may be further protected by state and federal laws, which may impose liability for the recipient's improper use, disclosure, or retention of the information. The information is for the addressee only. If you are not the addressee, any disclosure, copy, retention, distribution or use of the contents of this message is prohibited. If you have received this electronic message in error, please notify HLP immediately by calling (248) 996-8510, or emailing us at partners@thehlp.com<mailto:partners@thehlp.com>, and destroy the original communication and all copies thereof.
>> **********************************************************************
>> This message is not meant to constitute an electronic signature or evidence intent to contract electronically.
>>
>>
>> <image003.png>
>> <Screenshot_20180424-185129.png>
>> <Screenshot_20180424-185120.png>
>> <image002.jpg>

---

**Attachments** ( 3 files, 2.7 MB)
 - 2_signature_-6760195227262549224019962519.png   (796.0 B)
 - 2_signature_3230762695837641127204409989.png   (12.8 KB)
 - Screenshot_20180425-070536.png   (2.7 MB)