


👍❤️ 98

1 Share

**Ami Stockton Smith** A awesome Lady. 👍 1
Like · Reply · 3w

**Beverly Mikel** Thank you **Misty Goley** it was a privilege to help someone battling this horrible disease
Like · Reply · 3w   👍 1

↪ Helen Baker replied · 2 Replies

**Mary Lair** A great job Beverly! God bless you!
Like · Reply · 3w

Write a comment...

**Misty Goley** is with **Beverly Mikel**.
March 29 at 4:47pm ·

These ladies have been incredible! Thank you!!!! #mollystrong



👍 Like    💬 Comment    ↪ Share

👍❤️ 124

1 Share

View 4 more comments

**Karen Stephenson**
❤️❤️❤️
Like · Reply · 3w

THE BEST PERIOD!

Like · Reply · 3w

**Sue Ayearst** Fantastic job

Like · Reply · 3w

**Mary Lair** Great job ladies!

Like · Reply · 3w

Write a comment...

**Misty Goley** is with **Beverly Mikel.**
March 28 at 5:56pm ·

...s working away on #mollystrong shirts while wearing her
...st donating her time to support baby Molly! 💛 Thank you,
...nd prayers to you, my friend. ❤️

Like Comment Share

...mments

...Munsey Continued prayers for you, Beverly and Miss Molly
...y!❤️

...ply · 3w

...erry West Many 🙏🙏🙏🙏🙏🙏❤️

...ply · 3w

...P Neeley Prayers

Like · Reply · 3w

...arst What a beautiful, wonderful person. God Bless her.

Like · Reply · 3w

...comment...

Search Beverly's posts, friends, tags

## Intro

- Owner-operator at Bullfrog Designs
- Studied at Eastern Kentucky University
- Went to Wayne County High School
- Lives in Monticello, Kentucky
- From Monticello, Kentucky
- Manages Bullfrog Designs

## Photos

## Friends

English (US) · Español · Português (Brasil) · Français (France) · Deutsch

Privacy · Terms · Advertising · Ad Choices · Cookies · More
Facebook © 2018

See More Recent Stories

Chat (Off)

