UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No. | 5:17–cv–00002–JGB–KK | Date | 5/21/2018 |
| Title | UNITED STATES OF AMERICA ET AL V. SAN BERNARDINO MOUNTAINS COMMUNITY HOSPITAL DISTRICT ET AL | | |

Present:  The Honorable  Jesus G. Bernal , U. S. District Judge

| Maynor Galvez | Adele C. Frazier |
|---|---|
| Deputy Clerk | Court Reporter/Recorder |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| Esperanza Cervantes Anderson | Clinton Royce Mikel |

**Proceedings:**   MOTION TO DISMISS AMENDED COMPLAINT [27]

    Counsel make their appearances. The Court and counsel confer. The Court hears argument. The Motion stands submitted.

:17

Initials of Preparer:  mga