## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | EDCV17-00002-JGB(KKx) | Date | September 24, 2018 |
|---|---|---|---|
| Title | *United States of America, et al. v. San Bernardino Mountains Community Hospital District, et al.* | | |

| Present: The Honorable | JESUS G. BERNAL, UNITED STATES DISTRICT JUDGE |
|---|---|

| John Lopez | Adele C. Frazier |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Esperanza Cervantes Anderson | Clinton Royce Mikel |

**Proceedings:**   **MOTION TO DISMISS THIRD AMENDED COMPLAINT [41]**

Case called. Counsel state their appearances. The Court confers with counsel and hears oral argument. The motion stands submitted.

**IT IS SO ORDERED.**

|  | : | 13 |
|---|---|---|
| Initials of Preparer | | JLO |