JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| United States of America, *et al.*,<br><br>　　　　　　　　　　Plaintiffs,<br><br>　　v.<br><br><br>San Bernardino Mountains Community Hospital District, *et al.*<br><br>　　　　　　　　　　Defendants. | Case No.<br>EDCV 17-00002-JGB (KKx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Order filed concurrent herewith,

IT IS HEREBY ADJUDGED that Relator's Third Amended Complaint is dismissed without leave to amend and this action is dismissed with prejudice.

Dated: September 27, 2018

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　THE HONORABLE JESUS G. BERNAL
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge