| | |
|---|---|
| 1  Clinton Mikel (SBN 251319) | |
| 2  cmikel@thehlp.com | |
| 3  The Health Law Partners, P.C. | |
|    32000 Northwestern Hwy., Suite 240 | |
| 4  Farmington Hills, MI 48334 | |
|    P: (248) 996-8510; F: (248) 996-8525 | |
| 5  Attorneys for Defendant | |
| 6  San Bernardino Mountains Community Hospital District | |

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**EASTERN DIVISION – RIVERSIDE**

| | |
|---|---|
| United States of America, *ex rel.*, Frank Adomitis, <br><br> Plaintiff, <br><br> vs. <br><br> San Bernardino Mountains Community Hospital District; <br> Does 1 through 20, inclusive; <br><br> Defendants. | Case No.: 5:17-cv-00002-JGB-KK <br> (Hon. Jesus G. Bernal) <br><br> **Defendant's Notice of Motion and Motion for Attorneys' Fees and Expenses With Memorandum of Points and Authorities in Support** <br><br> *Date*: November 12, 2018 <br> *Time*: 9:00 AM <br> *Courtroom*: 1 |

TO PLAINTIFF, UNITED STATES OF AMERICA, ex rel., FRANK ADOMITIS, AND TO HIS ATTORNEY OF RECORD, ESPERANZA CERVANTES ANDERSON:

PLEASE TAKE NOTICE that on November 12, 2018, at 9:00 a.m., in Courtroom 1 before the Honorable Jesus G. Bernal, Judge Presiding, at 3470 Twelfth Street Riverside, CA 92501-3801, Defendant, SAN BERNARDINO MOUNTAINS COMMUNITY

HOSPITAL DISTRICT, will move the Court pursuant to 31 U.S.C.A. § 3730(d)(4) (West) for an award of attorneys' fees in favor of Defendant and against Plaintiff United States of America *ex rel.,* Frank Adomitis ("**Relator**"). The basis of this motion is that Defendant is the prevailing party as the Court granted dismissal of Relator's action in its favor, and Relator's claim was clearly frivolous, vexatious, and brought for the purpose of harassment.

      This motion is made following the conference of counsel required under Local Rule 7-3 which took place on October 4, 2018. The motion is based on the accompanying Memorandum of Points and Authorities and accompanying exhibits, and on the other pleadings and papers on file with the Court and this Notice of Motion and Motion.

**Respectfully submitted,**
Dated: October 11, 2018

    **THE HEALTH LAW PARTNERS, P.C.**
    By:/s/ Clinton Mikel
    Clinton Mikel, Attorney for Defendant
    San Bernardino Mountains Community Hospital District

# PROOF OF SERVICE

## STATE OF MICHIGAN, COUNTY OF OAKLAND

At the time of service, I was over 18 and not a party to this action. I am employed in the County of Oakland, State of Michigan. My business address is 32000 Northwestern Highway, Suite 240, Farmington Hills, Michigan, 48334.

On October 11, 2018, I served true copies of the foregoing document(s) described as **Defendant's Notice of Motion and Motion for Attorneys' Fees and Costs With Memorandum of Points and Authorities in Support** on the interested parties:

Esperanza Cervantes Anderson (SBN 197953)
LAW OFFICE OF ESPERANZA CERVANTES ANDERSON
1037 North Allen Avenue, Pasadena, California 91104
esperanza@andersonlitigation.com
Attorney for Plaintiff Relator
FRANK ADOMITIS

Kent A. Kawakami (SBN 149803)
Assistant U.S. Attorney
Room 7516, Federal Building, 300 North Los Angeles Street, Los Angeles, CA 90012
kent.kawakami@usdoj.gov
Attorney for Plaintiff United States of America

**CM/ECF NOTICE OF ELECTRONIC FILING**: I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

Executed on October 11, 2018, at Farmington Hills, Michigan.

/s/Marianna M. McIntyre
Marianna M. McIntyre