# Exhibit 1-1

# Compilation of Records

## Marianna McIntyre

| | |
|---|---|
| **From:** | Clinton Mikel |
| **Sent:** | Monday, October 16, 2017 11:43 AM |
| **To:** | esperanza@andersonlitigation.com |
| **Cc:** | Monique Selby; James Witham |
| **Subject:** | L.R. 7-3 and Request for Concurrence |

**Importance:** High

Dear Ms. Anderson,

We disagree with your assertions regarding our previous conference call.

Per below email chain, we have attempted to set up a conference call with you to discuss some of the merits of your case. However, you indicated that you did not want to engage in a conference call because you think that it would not be productive. If you recall in our last conversation, you stated that you would give us a demand letter. We have yet to be in receipt of any such letter or correspondence. Accordingly, we are presuming that you would prefer to litigate this case at this time. If you have a proposed offer for settlement, now would be a good time to let us know.

Pursuant to L.R. 7-3, we are required to have a meeting to discuss any pending dispositive motions. We believe Relator's complaint has several fatal deficiencies that warrant dismissal. The grounds for these deficiencies are as follows:

1. The alleged False Claims Act ("**FCA**") claims related to the distance requirement as alleged in your complaint are a matter of public disclosure in which Relator is not an "original source" within the meaning of the law. Therefore, the Court does not have jurisdiction/"shall" dismiss the case;
2. The claims alleged in Relator's complaint are not pled with sufficient specificity within applicable federal pleading standards;
3. The claims alleged in Relator's complaint are not appropriate and unduly duplicative in relation to the relief requested; and
4. The claims alleged in Relator's complaint do not fall within the applicable statutes of limitation.

Please let us know when we can have a conference call to discuss – *per local rules, this needs to be by this Friday.*

*We are also seeking your concurrence regarding a motion to extend the briefing limits to 35 pages (for each party). Please let us know ASAP on this so that we can avoid costs/fees filing a non-mutual request with the court.*

Best, Clinton

*This is a new address for me. Please update your contact information.*



## Clinton Mikel

*Partner*
**The Health Law Partners, P.C.**
p: (248) 996-8510   m: (313) 600-8587
f: (248) 996-8525
a: 32000 Northwestern Hwy., #240, Farmington Hills, MI 48334
w: www.thehlp.com   e: cmikel@thehlp.com



The Health Law Partners, P.C. (HLP) is a Michigan professional corporation. The HLP operates additional offices in New York as "The Greenberg, Dresevic, Iwrey, Kalmowitz & Pendleton Law Group."

000001

CONFIDENTIAL: This electronic message and all contents contain information which may be privileged, confidential or otherwise protected from use/disclosure. Some information, such as health information, may be further protected by state and federal laws, which may impose liability for the recipient's improper use, disclosure, or retention of the information. The information is for the addressee only. If you are not the addressee, any disclosure, copy, retention, distribution or use of the contents of this message is prohibited. If you have received this electronic message in error, please notify HLP immediately by calling (248) 996-8510, or emailing us at partners@thehlp.com, and destroy the original communication and all copies thereof.

**From:** Esperanza C. Anderson [mailto:esperanza@andersonlitigation.com]
**Sent:** Friday, October 06, 2017 8:53 PM
**To:** Monique Selby <mselby@thehlp.com>
**Subject:** RE: Setting up a call

No.  Our last call was not productive.  Beside making fun of Mr. Adomitis, asking about my attorney-client privileged communications with Mr. Adomitis, Mr. Mikel and Witham had nothing to discuss.  If they want to reach me, email or letter is best.

thanks,

Espie

*On Fri, 6 Oct 2017 15:15:04 +0000, Monique Selby wrote:*

Hi Ms. Anderson,
Just wanted to follow-up on getting a call scheduled.
Please let me know your availability.
Thanks!
Monique

**From:** Monique Selby
**Sent:** Tuesday, October 03, 2017 4:50 PM
**To:** 'esperanza@andersonlitigation.com' <esperanza@andersonlitigation.com>
**Subject:** Setting up a call
Hello Ms. Anderson,
Are you available for a call on October 17th with Clinton Mikel and James Witham?
Please let me know!
Thank you!
Monique
*¹Note new firm address below. Please update your contact information.*

## MONIQUE SELBY
EXECUTIVE ASSISTANT
------------------------------------
32000 NORTHWESTERN HWY., SUITE 240
FARMINGTON HILLS, MI 48334
PHONE (248) 996-8510
FAX (248) 996-8525
MSELBY@THEHLP.COM
WWW.THEHLP.COM
DETROIT – NEW YORK

* = The Health Law Partners, P.C. (HLP), is a Michigan professional corporation. The HLP operates additional offices in: (i) New York as "The Greenberg, Dresevic, Iwrey, Kalmowitz & Pendleton Law Group".
********************************************

Confidential: This electronic message and all contents contain information from the HLP law firm which may be privileged, confidential or otherwise protected from disclosure. The information is intended to be for the addressee only. If you are not the addressee, any disclosure, copy, distribution or use of the contents of this message is prohibited. If you have received this electronic message in error, please notify HLP immediately by calling 248-996-8510, or emailing us at partners@thehlp.com, and destroy the original communication and all copies thereof.

000002

## Marianna McIntyre

| | |
|---|---|
| **From:** | Clinton Mikel |
| **Sent:** | Monday, November 20, 2017 4:29 PM |
| **To:** | esperanza@andersonlitigation.com |
| **Cc:** | James Witham |
| **Subject:** | Re: L.R. 7-3 for Motion to Dismiss |

Dear Espie,

Your client's FCA claims are inappropriate in cases that already have a mandated enforcement process. Even if your allegations were taken as true, CMS and the government already have an enforcement process that supersedes any private right to recovery by your client. Moreover, your client's claims are not appropriate because your clients claims of an implied false certification theory lack articulated allegations demonstrating materiality, knowledge, and intent.

Best, Clinton

Sent from Nine. Excuse voice transcription errors.





**Clinton Mikel**

*Partner*
**The Health Law Partners, P.C.**
p: (248) 996-8510  m: (313) 600-8587
f: (248) 996-8525
a: 32000 Northwestern Hwy., #240, Farmington Hills, MI 48334
w: www.thehlp.com  e: cmikel@thehlp.com

The Health Law Partners, P.C. (HLP), is a Michigan professional corporation. The HLP operates additional offices in New York as "The Greenberg, Dresevic, Iwrey, Kalmowitz & Pendleton Law Group".
**********************************************************************
CONFIDENTIAL: This electronic message and all contents contain information which may be privileged, confidential or otherwise protected from use/disclosure. Some information, such as health information, may be further protected by state and federal laws, which may impose liability for the recipient's improper use, disclosure, or retention of the information. The information is for the addressee only. If you are not the addressee, any disclosure, copy, retention, distribution or use of the contents of this message is prohibited. If you have received this electronic message in error, please notify HLP immediately by calling (248) 996-8510, or emailing us at partners@thehlp.com, and destroy the original communication and all copies thereof.

**From:** "Esperanza C. Anderson" <esperanza@andersonlitigation.com>
**Sent:** Nov 20, 2017 1:55 PM
**To:** Clinton Mikel
**Cc:** James Witham
**Subject:** Re: L.R. 7-3 for Motion to Dismiss

Clinton -

I acknowledge your letter below as an effort to meet and confer. I don't understand number 3 re relator's claims not being appropriate. Please advise.

000003

Regarding lines of communication: Given your distance there are only two lines of communication open to us - writing and per your last email to me, recorded telephone calls.  In light of this and the difficulties we have had so far with our telephone calls I believe written communication is the best way to move forward.  We stand a better chance of resolving disputes if we can avoid misunderstandings in our communications.

Espie

On Mon, 20 Nov 2017 16:46:40 +0000, Clinton Mikel wrote:

Dear Espie,
We are in receipt of your November 16, 2017, letter. As you know, pursuant to L.R. 7-3, we are required to discuss any pending dispositive motions. We believe Relator's complaint still has several fatal deficiencies that warrant dismissal. The grounds for these deficiencies are as follows:
1. The alleged False Claims Act ("FCA") claims related to the distance requirement as alleged in your complaint are a matter of public disclosure in which Relator is not an "original source" within the meaning of the law. Therefore, the Court does not have jurisdiction/"shall" dismiss the case;
2. The claims alleged in Relator's complaint are not pled with sufficient specificity within applicable federal pleading standards;
3. The claims alleged in Relator's complaint are not appropriate; and
4. The claims alleged in Relator's complaint do not fall within the applicable statutes of limitation.
We are scheduled to have a 5:30 pm EST (2:30 pm CST) phone call on Monday, November 20, 2017. We will be on that call, in the event you decide to show up. However, you have indicated in your last email that you will not respond to us through any other medium other than writing, which is fine with us. So, we seek your concurrence that this email and your response, or lack thereof, by close of business on November 20, 2017, is in accordance with L.R. 7-3.
Lastly, given the relative time zone distance between the parties and your unwillingness to use any other medium of communication other than writing, we strongly urge you to open other means of communication to foster the efficient resolution of this case.
Please acknowledge your receipt of this email.
Thank you,
Clinton



*from: now firm address below. Please update your contact information*

**Clinton Mikel**

*Partner*
**The Health Law Partners, P.C.**
p:  (248) 996-8510 m:(313) 600-8587
f:  (248) 996-8525
a:  32000 Northwestern Hwy., #240, Farmington Hills, MI 48334
w:  www.thehlp.com e:cmikel@thehlp.com



The Health Law Partners, P.C., (HLP), is a Michigan professional corporation. The HLP operates additional offices in New York as "The Greenberg, Dresevic, Iwrey, Kalmowitz & Pendleton Law Group"

CONFIDENTIAL: This electronic message and all contents contain information which may be privileged, confidential or otherwise protected from use/disclosure. Some information, such as health information, may be further protected by state and federal laws, which may impose liability for the recipient's improper use, disclosure, or retention of the information. The information is for the addressee only. If you are not the addressee, any disclosure, copy, retention, distribution or use of the contents of this message is prohibited. If you have received this electronic message in error, please notify HLP immediately by calling (248) 996-8510, or emailing us at info@thehlp.com, and destroy the original communication and all copies thereof.

000004

**Marianna McIntyre**

| | |
|---|---|
| From: | Clinton Mikel |
| Sent: | Friday, May 18, 2018 4:53 PM |
| To: | 'Esperanza Anderson' |
| Cc: | Monique Selby; James R. Witham (jwitham@thehlp.com) |
| Subject: | LR 7-3 Request and Request for Immediate Pleading Corrections |
| Attachments: | EXHIBIT A - St Bernardine Medical Center to MCH.pdf; EXHIBIT B - Fwd_ HHS OIG FOIA Request 18-0206, Whitham.pdf; EXHIBIT C - SR 18 Transportation Concept Report.pdf |

Hi, Espie,

As you know, in your second amended complaint you alleged that the appropriate route for the Court to evaluate is:

"The most direct route between the two facilities results in a geographic distance between the two hospitals of 23.9 miles. That route travels over California state highways 18 and 173."
2nd Amended Complaint, Dkt. 26, ¶ 36.

I have mapped this out as **EXHIBIT A**. We do not concede this is the appropriate route, but that is what you have pled.

You should be aware that we (and now you) have recently received the following information:

- We received **EXHIBIT B** yesterday. It should be self-explanatory, but you should note that the OIG and the State of California: (a) when evaluating Mountainous Terrain standard in the 2013 OIG Report utilized the State of California's "Mountainous, Rolling, and Flat" designations, as based on the "HPMS Field Manual"; and (b) the OIG noted that "we understand that mountainous terrain is a subjective designation." Of course, as you admitted to the Court, the OIG found that Mountains met the distance requirements in their 2013 OIG Report.
  - We received **EXHIBIT B** yesterday. It led us to **EXHIBIT C**.
- California's DOT recently publicly released its "Transportation Concept Report" for State Route 18, report dated 6/27/17. I have attached the same as **EXHIBIT C** – it is also available here: http://www.dot.ca.gov/hq/tpp/corridor-mobility/D8_docs/SR18.pdf.
  - This was uploaded to DOT website sometime in late December 2017 --
    https://web.archive.org/web/*/http://www.dot.ca.gov/hq/tpp/corridor_mobility/D8_docs/SR18.pdf.

You should note the following from **EXHIBIT C**.

SR-18 is broken into route segments. See pg. 6 of **EXHIBIT C** and immediately below:

000005

# CORRIDOR OVERVIEW

## ROUTE SEGMENTATION

| Segment | Location Description | County_Route_ Begin PM | County_Route_ End PM |
|---------|---------------------|------------------------|----------------------|
| 1 | Junction of SR-210 to 40th Street | SBd_18_6.15 | SBd_18_7.54 |
| 2 | 40th Street to Sierra Way/Arrowhead Road | SBd_18_7.54 | SBd_18_8.26 |
| 3 | Sierra Way/Arrowhead Road to Junction of SR-138 | SBd_18_8.26 | SBd_18_17.73 |
| 4 | Junction of SR-138 to Junction of SR-189/Lake Gregory Drive | SBd_18_17.73 | SBd_18_20.60 |
| 5 | Junction of SR-189/Lake Gregory Drive to Daley Canyon Road | SBd_18_20.60 | SBd_18_23.38 |
| 6 | Daley Canyon Road to Junction of SR-173 | SBd_18_23.38 | SBd_18_24.70 |

Note that PM is the "Post Mile" mile marker. Reference pgs. 49 and 51 of **EXHIBIT C**.

The State of California designates Segments 3 through 5 of SR-18 as being Mountainous terrain. Reference bottom of pg. 12 of **EXHIBIT C**.

Segments 3 -5 are on the route that you have pled that the Court should evaluate. Segment 3 of SR-18 starts at PM 8.26 and Segment 5 of SR-18 ends at PM 23.38. **There is a total mountainous terrain distance, according to the State of California DOT, of 15.12 miles (23.38 – 8.26) just in segments 3 – 5 of SR-18.** This is, of course, before adding in additional mountainous terrain/secondary roads portions of SR-18, before adding in SR-173 (which you pled as being "mountainous terrain" and a secondary road in your 2nd Amended Complaint, ¶ 26 – note that you mistakenly labeled 173 as 178 there, 178 is in Bakersfield), *et cetera.*

In your second amended complaint you stated that:

"On information and belief, the route has not been designated by CalTrans, *which does not use "mountainous terrain"* as a defined road designation."

2nd Amended Complaint, Dkt. 26, ¶ 36.

In your Opposition Brief you removed your "information and belief" qualifier and stated that:

"Further, Highway 18, which is main route between Mountains and the nearest hospital *has never been designated by California as mountainous terrain*... Relator alleges this in the SAC. [SAC, ¶36(b)(i).]"

Opposition to MTD, Dkt. 29, p. 7, lines 13-15

There is no need for me to cite the rest of the sections of the Second Amended Complaint and the Opposition to MTD where you allege that Mountains does not meet the distance requirements.

Obviously, this publicly available information from a California website (note our briefing on this in Dkt 32 and the Court's previous ruling in Dkt 23), reveals that your qui tam lawsuit is also fatally flawed from a factual falsity

000006

perspective. This is before we get into subjective/objective standard distinctions in FCA litigation, regulatory vagueness, knowledge/reckless disregard, intent/scienter, *et cetera*.

Putting that aside, in both your Second Amended Complaint and in your Opposition Brief to our MTD you stated unequivocally that the state of California has never designated Highway 18 as mountainous terrain. You are now on notice, unequivocally, that this is an untrue statement.

Here is our request:

- Please make an immediate correction to the Court (FRCP 11(b) and CRPC 5-200) regarding your statements that: (i) CalTrans "does not use "mountainous terrain" as a defined road designation", and (ii) that "Highway 18... has never been designated by California as mountainous terrain".
    - If you do not do so, I will be bringing this to the Court's attention on Monday.

- In the unlikely event that the Court does not grant our MTD on Monday, please allow this correspondence to serve as our LR 7-3 request for a Motion to Dismiss and Rule 56 conversion.

Please let me know if you would like to discuss further.

Best, Clinton

<u>Monique</u> – Please print/compile 4 copies, single sided color, of email and attachments. Thank you.

*Note new address below. Please update our contact information.*



**Clinton Mikel**
*Partner*
**The Health Law Partners, P.C.**
p:      (248) 996-8510   m: (313) 600-8587
f:      (248) 996-8525
a:      32000 Northwestern Hwy., #240, Farmington Hills, MI 48334
w:      www.thehlp.com   e: cmikel@thehlp.com



The Health Law Partners, P.C. (HLP), is a Michigan professional corporation. The HLP operates additional offices in New York as "The Greenberg, Dresevic, Iwrey, Kalmowitz & Pendleton Law Group"
*********************************************

CONFIDENTIAL. This electronic message and all contents contain information which may be privileged, confidential or otherwise protected from use/disclosure. Some information, such as health information, may be further protected by state and federal laws, which may impose liability for the recipient's improper use, disclosure, or retention of the information. The information is for the addressee only. If you are not the addressee, any disclosure, copy, retention, distribution or use of the contents of this message is prohibited. If you have received this electronic message in error, please notify HLP immediately by calling (248) 996-8510, or emailing us at partners@thehlp.com, and destroy the original communication and all copies thereof.
*********************************************

This message is not meant to constitute an electronic signature or evidence intent to contract electronically.

000007

St. Bernardine Medical Center to Mountains Community Hospital - Goog...        https://www.google.com/maps/dir/St.+Bernardine+Medical+Center,+21...

Google Maps    **St. Bernardine Medical Center to Mountains Community Hospital**        Drive 23.8 miles, 41 min



## St. Bernardine Medical Center
2101 N Waterman Ave, San Bernardino, CA 92404

### Take E Highland Ave to N Waterman Ave

2 min (0.3 mi)

↑  1.  Head east

174 ft

↰  2.  Turn left toward E Highland Ave

203 ft

↰  3.  Turn left onto E Highland Ave

0.2 mi

### Take CA-18 to Kuffel Canyon Rd

32 min (19.9 mi)

↱  4.  Turn right onto N Waterman Ave

2.7 mi

↑  5.  Continue onto CA-18

17.2 mi

### Follow Kuffel Canyon Rd and CA-173 W to Hospital Rd in Lake Arrowhead

8 min (3.6 mi)

000008

1 of 2                                                                  5/18/2018, 11:57 AM

6.  Turn left onto Kuffel Canyon Rd

0.3 mi

7.  Turn right onto S Kuffel Canyon Rd

0.3 mi

8.  Slight right to stay on S Kuffel Canyon Rd

0.6 mi

9.  Turn right onto CA-173 W

2.4 mi

10. Turn right onto Hospital Rd
    ℹ Destination will be on the right

79 ft

## Mountains Community Hospital

29101 Hospital Rd, Lake Arrowhead, CA 92352

These directions are for planning purposes only. You may find that construction projects, traffic, weather, or other events may cause conditions to differ from the map results, and you should plan your route accordingly. You must obey all signs or notices regarding your route.

000009

5/18/2018, 11:57 AM

St. Bernardine Medical Center to Mountains Community Hospital - Goog...    https://www.google.com/maps/dir/St.+Bernardine+Medical+Center,+No...



Google Maps    St. Bernardine Medical Center to Mountains Community Hospital    Drive 23.5 miles, 42 min

## St. Bernardine Medical Center

2101 N Waterman Ave, San Bernardino, CA 92404

**Take E Highland Ave to N Waterman Ave**

| | | | 2 min (0.3 mi) |
|---|---|---|---|
| ↑ | 1. | Head east | 174 ft |
| ↰ | 2. | Turn left toward E Highland Ave | 203 ft |
| ↰ | 3. | Turn left onto E Highland Ave | 0.2 mi |

**Take CA-18 to CA-173 W in Lake Arrowhead**

| | | | 30 min (18.8 mi) |
|---|---|---|---|
| ↱ | 4. | Turn right onto N Waterman Ave | 2.7 mi |
| ↑ | 5. | Continue onto CA-18 | 16.1 mi |

**Follow CA-173 W to Hospital Rd**

10 min (4.4 mi)

000010

5/18/2018, 4:41 PM

St. Bernardine Medical Center to Mountains Community Hospital - Goog...    https://www.google.com/maps/dir/St.+Bernardine+Medical+Center,+No...

↰  6.   Turn left onto CA-173 W
     ⓘ Pass by 7-Eleven (on the left in 1.5 mi)

1.6 mi

↱  7.   **Turn right to stay on CA-173 W**

2.9 mi

↱  8.   Turn right onto Hospital Rd
     ⓘ Destination will be on the right

79 ft

## Mountains Community Hospital

29101 Hospital Rd, Lake Arrowhead, CA 92352

These directions are for planning purposes only. You may find that construction projects, traffic, weather, or other events may cause conditions to differ from the map results, and you should plan your route accordingly. You must obey all signs or notices regarding your route.

| | |
|---|---|
| From: | James Witham |
| To: | Clinton Mikel |
| Subject: | Fwd: HHS OIG FOIA Request 18-0206, Whitham |
| Date: | Thursday, May 17, 2018 8:04:42 PM |
| Attachments: | Whitham Closeout 6.pdf |
| | ATT00001.htm |

Clint,

See FOIA results from Caltrans.

V/r

Randall

Sent from my iPhone

Begin forwarded message:

> **From:** "OIG, FOIA" <FOIA.OIG@oig.hhs.gov>
> **Date:** May 17, 2018 at 12:34:38 PM EDT
> **To:** "jwitham@thehlp.com" <jwitham@thehlp.com>
> **Subject: HHS OIG FOIA Request 18-0206, Whitham**



DEPARTMENT OF HEALTH AND HUMAN SERVICES

# OFFICE OF INSPECTOR GENERAL

WASHINGTON, DC  20201



Freedom of Information Act Office
Cohen Bldg, Suite 1062
330 Independence Ave., SW
Washington DC 20201

May 17, 2018

James Whitham
The Health Law Partners, P.C.
32000 Northwestern Hwy Ste. 240
Farmington Hills, MI 48334-1569

Dear Mr. Whitham:

This is in response to the December 21, 2017, Freedom of Information Act (FOIA) request you submitted to the Department of Health and Human Services (HHS), Office of Inspector General (OIG), seeking any and all information and communications submitted by the California Department of Transportation in response to the OIG's survey.

This office located ten (10) pages responsive to your request; I have determined to partially release all ten (10) pages with portions withheld under FOIA Exemption (b)(6).

Exemption (b)(6) permits the withholding of information that if released would constitute a clearly unwarranted invasion of personal privacy.

There is no charge for FOIA services in this instance because billable fees are under the Department $25.00 cost effective threshold.

If you have reason to believe that any denied portions should not be exempt from disclosure, you may appeal. Your appeal should be mailed within 90 days from the date of this letter, to the U.S. Department of Health and Human Services, ASPA, FOI/Privacy Act Division, Suite 729H, 200 Independence Avenue, SW, Washington, DC 20201.  Clearly mark both the envelope and your letter "Freedom of Information Act Appeal" or email FOIARequest@hhs.gov.

In addition, you may contact our FOIA Requester Service Center at 202.619.2541 or FOIA.rog.hhs.gov, for any further assistance or to discuss any aspect of your request.  Additionally, you may contact the Office of Government Information Services (OGIS) at the National Archives and Records Administration to inquire about the FOIA mediation services they offer.  The contact information for OGIS is as follows: Office of Government Information Services, National Archives and Records Administration, Room 2510, 8601 Adelphi Road, College Park, Maryland 20740-6001, ogis@nara.gov; telephone at 202-741-5770; toll free at 1-877-684-6448; or facsimile at 202-741-5769.

For your information, Congress excluded three discrete categories of law enforcement and national security records from the requirements of the FOIA.  See 5 U.S.C. § 552(c) (2006 & Supp. IV (2010).
This response is limited to those records that are subject to the requirements of the FOIA  This is a standard notification that is given to all our requesters and should not be taken as an indication that excluded records do, or do not, exist.

Sincerely,

Robin R. Brooks
Director
Freedom of Information

000013

Curry, Elliot M (OIG/OEI)

| | |
|---|---|
| From: | Mark Samuelson [mark_samuelson@dot.ca.gov] |
| Sent: | Tuesday, October 02, 2012 1:29 PM |
| To: | Curry, Elliot M (OIG/OEI) |
| Cc: | JM Appleton |
| Subject: | Re: Fw: Mountainous Terrain in CA |
| Attachments: | CAH.pdf; pic15875.jpg; CA - Routes.pdf |

Elliot,

We have reviewed our database to see if the roadway is categorized as Mountainous, Rolling, and Flat for the 3 segments identified in your email below.  To clarify landscape terrain and roadway terrain are different.
The Tahoe Area landscape terrain is Mountainous but the roads can be flat and given a designation of Flat.  The results presented are base on the roadway characteristics and not the landscape characteristics.  The results of our findings are as follows:

    Route #1 (HUM-101): Not Mountainous
    Route #2 (MEN-101): Not Mountainous
    Route #3 (NEV/SIE-080): Yes, Mountainous Attached is the file that was created for this request.  (See attached
file: CAH.pdf)

If you need more information or have questions you may contact me at 916-654-3334.


Thanks,

Mark S. Samuelson, Chief
Office of Highway System Information & Performance Transportation System Information (TSI)


1120 N Street MS-38
Sacramento, CA 95814
Phone: 916-654-3334
Cell: (b)(8)
Fax 916-654-6583



                JM
                Appleton/HQ/Caltr
                ans/CAGov                                          To
                                     mark_samuelson@dot.ca.gov,
                10/01/2012 01:14     tremain_downey@dot.ca.gov
                PM                                                 cc

                                                              Subject
                             Fw: Mountainous Terrain in CA

000014

Please review the email below and coordinate our response ..... If needed I can request
additional time for us to respond ..... let me know ....
thanks.

Jim Appleton

Acting Division Chief
Transportation System Information

(916) 654-6228
(b)(6) .... cell


***********************************************************************************
***************************

CONFIDENTIALITY NOTICE:  This e-mail, including attachments, is for the exclusive use of the
intended recipient(s) and may contain confidential or privileged information.  Any
unauthorized review, use, disclosure, or distribution is prohibited.  If you are not the
intended recipient, please contact the sender by reply e-mail, destroy all copies of the
original message and do not print, copy or forward.

***********************************************************************************
***************************


----- Forwarded by JM Appleton/HQ/Caltrans/CAGov on 10/01/2012 01:13 PM
-----

| | | |
|---|---|---|
| "Curry, Elliot M<br>(OIG/OEI)"<br><Elliot.Curry@oig<br>.hhs.gov> | <jm_appleton@dot.ca.gov> | To |
| | | cc |
| 09/26/2012 03:03<br>PM | | Subject |
| | Mountainous Terrain in CA | |


(Embedded image moved to file: pic15875.jpg)Department of Health and Human
                Services, Office of Inspector General


The United States Department of Health & Human Services, Office of Inspector General, Office
of Evaluation and Inspections is conducting a study of Critical Access Hospitals (CAH).  CAHs

000015

are small, rural hospitals that receive increased Medicare reimbursements.  The goal of this study is to determine the extent to which CAHs meet the Medicare requirements related to location (i.e., that CAHs are located a certain driving distance from the nearest hospital).

The purpose of this request is to determine which routes from CAHs to their nearest hospitals travel through mountainous terrain.  CAHs with routes to the nearest hospital that travel through mountainous terrain have a shorter distance requirement.

Attached to this email is a map of your State that includes numbered routes of CAHs to their nearest hospitals.  Please respond to this email by Oct. 3, 2012 with the numbers of those routes that may travel through mountainous terrain.  After receiving your response, we may follow up with additional questions about the length of the routes that you designated as potentially traveling through mountainous terrain.

We understand that mountainous terrain is a subjective designation. We ask that you respond to this request only to the best of your State's ability.

If you have any questions or difficulty opening the attachment, please alert us as soon as possible by contacting Elliot Curry at elliot.curry@oig.hhs.gov or at 312-353-0570.
We appreciate your State's cooperation in completing this request.
Information gathered from this request will assist us in identifying CAHs that meet Medicare location requirements.

Thank you for your cooperation.


Elliot Curry
U. S. Department of Health & Human Services
Office of Inspector General
233 N. Michigan Ave., Suite 1385
Chicago, IL 60601 | Ph. 312.353.0570  (See attached file: CA - Routes.pdf)

000016





000018



000019



SAINT MARY'S REGIONAL MEDICAL CENTER
235 W 6TH ST
RENO, NV 89503
Long: -119.818308
Lat: 39.532933

Reno

NevadaState
CaliforniaState

(Sierra Co.) PM 1.593
California/Nevada Border

(Nevada Co.) PM 31.783 = (Sierra Co.) PM 0.0
Nevada/Sierra Co. Line

Sierra Co.
Nevada Co.

Total Mountainous Terrain Distance = 18.800 miles
(From Tahoe Forest Hospitals California/Nevada border line)

TAHOE FOREST HOSPITAL
10121 PINE AVE
TRUCKEE, CA 96161
Long: -120.200864
Lat: 39.324924

(Nevada Co.) PM 14.576
Tahoe Forest Hosp.

000020

## Curry, Elliot M (OIG/OEI)

| | |
|---|---|
| **From:** | Mark Samuelson [mark_samuelson@dot.ca.gov] |
| **Sent:** | Friday, October 05, 2012 11:36 AM |
| **To:** | Curry, Elliot M (OIG/OEI) |
| **Cc:** | Eric Y Wong |
| **Subject:** | RE: Mountainous Terrain in CA |
| **Attachments:** | CA Rte 3 dist.pdf; Excel Sheet for CA.xlsx; pic04273.jpg; pic29154.jpg; Excel Sheet for CA.xlsx; CA - Route #3.pdf |

Elliot,

We can only provide mountainous distance from Tahoe Forest Hospital to California/Nevada border line.  It's 18.8 miles.  Please feel free to contact me if you have any further questions or need additional information.

(See attached file: CA Rte 3 dist.pdf)(See attached file: Excel Sheet for CA.xlsx)

(Embedded image moved to file: pic04273.jpg)


Thanks,

Mark S. Samuelson, Chief
Office of Highway System Information & Performance Transportation System Information (TSI)


1120 N Street MS-38
Sacramento, CA 95814
Phone: 916-654-3334
Cell: (b)(6)
Fax 916-654-6583


"Curry, Elliot M
(OIG/OEI)"                                                          To
<Elliot.Curry@oig
.hhs.gov>                          Mark Samuelson
                                  <mark_samuelson@dot.ca.gov>

10/04/2012 07:25                                                   cc
AM

                                                             Subject
                            RE: Mountainous Terrain in CA

(Embedded image moved to file: pic29154.jpg)Department of Health and Human
                     Services, Office of Inspector General


Thank you for your assistance in identifying routes between Critical Access Hospitals (CAH)
and their nearest hospitals that may travel through mountainous terrain.  We now need your
help in determining approximately how many miles of these routes travel through mountainous
terrain.  Your participation with this second and final request will allow us to determine
whether CAHs with routes traveling through mountainous terrain meet the Medicare distance
requirement.

Attached to this email are an Excel sheet and more detailed PDF maps of all of the routes
that you designated as potentially traveling through mountainous terrain. Each map depicts a
single, uniquely-numbered route.
With the aid of these more detailed maps, please approximate how many miles of each route
travel through mountainous terrain and record your responses in the Excel sheet next to the
appropriate route number.

Please submit your completed response by Oct. 12, 2012.

Once again, we understand that mountainous terrain is a subjective designation. When
determining how many miles of each route from a CAH to its closest hospital travel through
mountainous terrain, we ask that you make an approximation only to the best of your State's
ability.

If you have any questions or difficulty opening the attachments, please alert us as soon as
possible by contacting Elliot Curry at Elliot .Curry@oig.hhs.gov or at 312-353-0570.

We appreciate your State's continued cooperation.

Thank you.

            Elliot Curry
            U. S. Department of Health & Human Services
            Office of Inspector General
            233 N. Michigan Ave., Suite 1385
            Chicago, IL 60601 | Ph. 312.353.0570

 (See attached file: Excel Sheet for CA.xlsx)(See attached file: CA - Route
#3.pdf)

## Instructions

The purpose of this request for information is to determine how many miles of routes from Critical Access Hospitals (CAH) to their nearest hosptials travel through mountainous terrain. Below is a list of the uniquely numbered routes that you designated as potentally traveling through mountainous terrain. Each route listing includes the location information of the CAH and its nearest hospital as well as the total length of the route in miles.

1.) Please review this information and the corresponding route map to determine the approximate number of miles of each route that travel through mountainous terrain.

2.) Once calculated, please record your responses in the appropriate cells below.

3.) Finally, please include your State's definition of mountainous terrain in table. If your State does not have a formal definition of mountainous terrain, please list the factors considered when designating terrain as mountainous.

Instructions for submission are at the end of this document. If there are any immediate questions, please contact Elliot Curry at Elliot.Curry@oig.hhs.gov or at 312-353-0570.

**Please submit this request for information by October 12, 2012.**

| Route # | CAH information *(name, address, longitude/latitude)* | Hospital information *(name, address, longitude/latitude)* | Total route length *(miles)* | Approximately how many miles of the route travel through mountainous terrain? *(please estimate to the best of your ability)* |
|---|---|---|---|---|
| 3 | TAHOE FOREST HOSPITAL<br>10121 PINE AVE<br>TRUCKEE, CA 96161<br>Long: -120.200864<br>Lat: 39.324924 | SAINT MARY'S REGIONAL MEDICAL CENTER<br>235 W 6TH ST<br>RENO, NV 89503<br>Long: -119.818308<br>Lat: 39.532933 | 32.323536 miles | 18.8 miles (from Tahoe Forest Hospital to California/Nevada border line.) |

| Please include your State's definition of mountainous terrain. If your State doesn't have a formal definition, please list the factors considered when designating terrain as mountainous. | Terrain, as defined in our system, is: "Identifies the general characteristics of the terrain; should be descriptive of the adjacent topography."<br><br>Factors that will be taken into consideration when designating terrain as mountainous, as is refernced in HPMS Field Manual 2010:<br>"Any combination of grades and horizontal or vertical alignment that causes heavy vehicles to operate at extremely low speeds for significant distances or at frequent intervals." |
|---|---|

## Submission Instructions

Thank you for continued cooperation with this request. We may follow up with you if we have questions about your State's responses.

We recommend saving a copy of this Excel sheet so that you will have it as a reference for any follow-up questions.

Please submit this completed request by email to Elliot.Curry@oig.hhs.gov. When submitting this request, be sure to attach this Excel sheet to the email.

Please contact Elliot Curry at Elliot.Curry@oig.hhs.gov or 312-353-0570 if you have any questions.

**Please submit this completed request by October 12, 2012**



# Transportation Concept Report
## State Route 18
### District 8











Disclaimer: The information and data contained in this document are for planning purposes only and should not be relied upon for final design of any project. Any information in this Transportation Concept Report (TCR) is subject to modification as conditions change and new information is obtained. Although planning information is dynamic and continually changing, the District 8 System Planning Division makes every effort to ensure the accuracy and timeliness of the information contained in the TCR. The information in the TCR does not constitute a standard, specification, or regulation, nor is it intended to address design policies and procedures.

**California Department of Transportation**
Mission: Provide a safe, sustainable, integrated and efficient
transportation system to enhance California's economy and livability.

Approvals:

_Name_    6/27/17 _Date_
RAY I. DESSELLE
Deputy District Director
Planning

_Name_    6/27/17 _Date_
JOHN BULINSKI
District Director

000024

# TABLE OF CONTENTS

About the Transportation Concept Report ............................................................................. 1

Stakeholder Participation .................................................................................................... 1

EXECUTIVE SUMMARY ......................................................................................................... 3

    Concept Summary ............................................................................................................ 3

        Concept Rationale ...................................................................................................... 5

        Proposed Projects and Strategies .............................................................................. 5

CORRIDOR OVERVIEW ......................................................................................................... 6

    Route Segmentation ........................................................................................................ 6

    Route Description ........................................................................................................... 10

    Community Characteristics ............................................................................................ 16

    Land Use ......................................................................................................................... 16

    System Characteristics .................................................................................................. 22

    Bicycle Facility ............................................................................................................... 25

    Pedestrian Facility ......................................................................................................... 27

    Transit Facility ............................................................................................................... 28

    Freight ............................................................................................................................ 35

    Environmental Considerations ...................................................................................... 36

CORRIDOR PERFORMANCE ............................................................................................... 42

KEY CORRIDOR ISSUES ..................................................................................................... 46

CORRIDOR CONCEPT .......................................................................................................... 46

    Concept Rationale ......................................................................................................... 46

    Planned and Programmed Projects and Strategies ...................................................... 46

    Projects and Strategies to Achieve Concept ................................................................ 48

Appendices ........................................................................................................................... 49

    Appendix A: Glossary of Terms and Acronyms ............................................................. 49

        Definitions ............................................................................................................... 50

    Appendix B: Factsheets ................................................................................................. 54

    Appendix C: Additional Corridor Data .......................................................................... 54

    Appendix D: Resources .................................................................................................. 54

    Appendix E: System Planning Flow Chart ..................................................................... 56

000025

*This page intentionally left blank.*

# ABOUT THE TRANSPORTATION CONCEPT REPORT

System Planning is the long-range transportation planning process for the California Department of Transportation (Caltrans). The System Planning process fulfills Caltrans' statutory responsibility as owner/operator of the State Highway System (SHS) (Gov. Code §65086) by evaluating conditions and proposing enhancements to the SHS. Through System Planning, Caltrans focuses on its mission to provide a safe, sustainable, integrated and efficient transportation system to enhance California's economy and livability.

The System Planning process (See Appendix E: System Planning Flow Chart) is primarily composed of four parts: the District System Management Plan (DSMP), the Transportation Concept Report (TCR), the Corridor System Management Plan (CSMP), and the DSMP Project List. The district-wide DSMP is strategic policy and planning document that focuses on maintaining, operating, managing, and developing the transportation system. The **TCR** is a planning document that identifies the existing and future route conditions as well as future needs for each route on the SHS. The **CSMP** is a complex, multi-jurisdictional planning document that identifies future needs within corridors experiencing or expected to experience high levels of congestion. The CSMP serves as a TCR for segments covered by the CSMP. The **DSMP Project List** is a list of planned and partially programmed transportation projects used to recommend projects for funding. These System Planning products are also intended as resources for stakeholders, the public, and partner, regional, and local agencies.

## TCR Purpose

California's State Highway System needs long range planning documents to guide the logical development of transportation systems as required by CA Gov. Code §65086 and as necessitated by the public, stakeholders, and system users. The purpose of the TCR is to evaluate current and projected conditions along the route and communicate the vision for the development of each route in each Caltrans District during a 20-25 year planning horizon. The TCR is developed with the goals of increasing safety, improving mobility, providing excellent stewardship, and meeting community and environmental needs along the corridor through integrated management of the transportation network, including the highway, transit, pedestrian, bicycle, freight, operational improvements and travel demand management components of the corridor.

# STAKEHOLDER PARTICIPATION

The State Route 18 TCR involved a collaboration between agency staff as well as outside stakeholders from local, county and regional public agencies, advocacy organizations, nonprofits and community members at large. Feedback from the stakeholders helped solidify the findings of the performance assessment, bottleneck identification, and causality analysis given their intimate knowledge of local conditions. Moreover, stakeholders have provided support and insight, and shared valuable field and project data without which this study would not have been possible. The stakeholders included representatives from the following organizations: Southern California Association of Governments, San Bernardino County Transportation Authority, the County of San Bernardino, the City of Adelanto, the Town of Apple Valley, the City of Big Bear Lake, the City of San Bernardino, the City of Victorville, and the San Manuel Band of Mission Indians.



# EXECUTIVE SUMMARY

State Route 18 (SR-18) serves many communities through the mountainous and high desert areas in the County of San Bernardino.  The facility ranges from a two to four lane conventional highway.  Within District 8, SR-18 begins at its intersection with State Route 210 (SR-210) and terminates at the San Bernardino/Los Angeles County Line.  The corridor continues into Los Angeles County for approximately 4.5 miles and terminates at its intersection with State Route 138 (SR-138).

The highway provides the main connection for the mountain communities, such as Crestline, Twin Peaks, Blue Jay, Crest Park, Lake Arrowhead, Cedar Glen, Arrowhead Villas, Skyforest, Running Springs, Lake Arrowhead, Green Valley Lake, Big Bear, and the City of Big Bear Lake.  The route also provides the primary east-west corridor connecting the unincorporated community of Lucerne Valley, the Town of Apple Valley, the City of Victorville, and the City of Adelanto.  SR-18 is also a heavily used route between Palmdale and Victorville due to its connection to SR-138.

## CONCEPT SUMMARY

| Seg | Segment Description | Existing Facility | Capital Facility Concept | System Operations and Management Concept | 2040 | | | | Minimum to attain LOS "D" |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | No-Build | | Planned SCAG-RTP | | |
| 1 | Junction of SR-210 to 40th Street | 4L, C | 4L, C | Maintain only | 4 MF | | 4 MF | | 4 MFE |
| | | | | | V/C | LOS | V/C | LOS | |
| | | | | | 0.41 | B | 0.41 | B | |
| 2 | 40th Street to Sierra Way | 4L, C | 4L, C | Maintain only | 4 MF | | 4 MF | | 4 MFE |
| | | | | | V/C | LOS | V/C | LOS | |
| | | | | | 0.28 | B | 0.28 | B | |
| 3 | Sierra Way to Junction of SR-138 | 4L, C | 4L, C | ITS Upgrades | 4 MF | | 4 MF | | 4 MFE |
| | | | | | V/C | LOS | V/C | LOS | |
| | | | | | 0.34 | B | 0.34 | B | |
| 4 | Junction of SR-138 to Junction of SR-189 | 2L, C | 2L, C | ITS Upgrades | 2 MF | | 2 MF | | 2 MFE |
| | | | | | V/C | LOS | V/C | LOS | |
| | | | | | 0.55 | D | 0.55 | D | |
| 5 | Junction of SR-189 to Daley Canyon Road | 2L, C | 2L, C | ITS Upgrades | 2 MF | | 2 MF | | 2 MFE |
| | | | | | V/C | LOS | V/C | LOS | |
| | | | | | 0.46 | D | 0.46 | D | |
| 6 | Daley Canyon Road to Junction of SR-173 | 2L, C | 2L, C | ITS Upgrades | 2 MF | | 2 MF | | 2 MFE |
| | | | | | V/C | LOS | V/C | LOS | |
| | | | | | 0.49 | D | 0.49 | D | |
| 7 | Junction of SR-173 to Junction of SR-330 | 2L, C | 2L, C | ITS Upgrades | 2 MF | | 2 MF | | 4 MFE |
| | | | | | V/C | LOS | V/C | LOS | |
| | | | | | 0.67 | E | 0.67 | E | |
| 8 | Junction of SR-330 to Junction of SR-38 | 2L, C | 2L, C | ITS Upgrades | 2 MF | | 2 MF | | 4 MFE |
| | | | | | V/C | LOS | V/C | LOS | |
| | | | | | 0.70 | E | 0.70 | E | |

| Seg | Segment Description | Existing Facility | Capital Facility Concept | System Operations and Management Concept | 2040 No-Build | | 2040 Planned SCAG-RTP | | Minimum to attain LOS "D" |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | V/C | LOS | V/C | LOS | |
| 9 | Junction of SR-38 to Blue Jay Road | 2L, C | 2L, C | ITS Upgrades | 2 MF | | 2 MF | | 2 MFE |
| | | | | | 0.37 | D | 0.37 | D | |
| 10 | Blue Jay Road to Mill Creek Road | 2L, C | 4L, C | Increase capacity ITS Upgrades | 2 MF | | 4 MF | | 2 MFE |
| | | | | | 0.27 | C | 0.12 | A | |
| 11 | Mill Creek Road to Lakeview Drive | 2L, C | 4L, C | Increase capacity ITS Upgrades | 2 MF | | 4 MF | | 2 MFE |
| | | | | | 0.42 | D | 0.19 | A | |
| 12 | Lakeview Drive to Pine Knot Avenue | 2L, C | 4L, C | Increase capacity ITS Upgrades | 2 MF | | 4 MF | | 4 MFE |
| | | | | | 0.78 | E | 0.38 | B | |
| 13 | Pine Knot Avenue to Moonridge Road/Garstin Drive | 4L, C | 4L, C | ITS Upgrades | 4 MF | | 4 MF | | 4 MFE |
| | | | | | 0.60 | C | 0.60 | C | |
| 14 | Moonridge Road/Garstin Drive to Stanfield Cutoff | 4L, C | 4L, C | Maintain only | 4 MF | | 4 MF | | 4 MFE |
| | | | | | 0.51 | C | 0.51 | C | |
| 15 | Stanfield Cutoff to Junction of SR-38 | 2L, C | 2L, C | Maintain only | 2 MF | | 2 MF | | 4 MFE |
| | | | | | 1.03 | F | 1.03 | F | |
| 16 | Junction of SR-38 to Holcomb Valley Rd. | 2L, C | 2L, C | Increase capacity | 2 MF | | 2 MF | | 2 MFE |
| | | | | | 0.47 | D | 0.47 | D | |
| 17 | Holcomb Valley Rd. to Junction of SR-247 | 2L, C | 2L, C | Maintain only | 2 MF | | 2 MF | | 2 MFE |
| | | | | | 0.18 | C | 0.18 | C | |
| 18 | Junction of SR-247 to Apple Valley Inn Road | 2L, C | 2L, C | Operational and safety improvements | 2 MF | | 2 MF | | 2 MFE |
| | | | | | 0.36 | D | 0.36 | D | |
| 19 | Apple Valley Inn Road to Junction of I-15/Northbound Ramps | 4L, C | 4L, C | Operational and safety improvements | 4 MF | | 4 MF | | 4 MFE |
| | | | | | 0.62 | C | 0.62 | C | |
| | *- Break in Route -* | | | | | | | | |
| 20 | Junction of I-15/Southbound Ramps to Amargosa Road | 4L, C | 4L, C | Maintain only | 4 MF | | 4 MF | | 4 MFE |
| | | | | | 0.88 | D | 0.88 | D | |

| Seg | Segment Description | Existing Facility | Capital Facility Concept | System Operations and Management Concept | 2040 | | | | Minimum to attain LOS "D" |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | No-Build | | Planned SCAG-RTP | | |
| 21 | Amargosa Road to Junction of US-395 | 4L, C | 6L, C | Increase capacity Operational and safety improvements | 4 MF | | 6 MF | | 4 MFE |
| | | | | | V/C | LOS | V/C | LOS | |
| | | | | | 0.48 | B | 0.27 | B | |
| 22 | Jct. US-395 to SBd/LA County Line | 2L, C | 4L, C | Increase capacity | 2 MF | | 4 MF | | 4 MFE |
| | | | | | V/C | LOS | V/C | LOS | |
| | | | | | 0.89 | E | 0.40 | B | |
| 23 | SBd/LA County Line to Junction of SR-138 | 2L, C | 2L, C | Maintain only | 2 MF | | 2 MF | | 4 MFE |
| | | | | | V/C | LOS | V/C | LOS | |
| | | | | | 0.52 | E | 0.52 | E | |

*Traffic forecast data is updated every RTP cycle

C = Conventional Highway
E = Expressway
F = Freeway
L = Number of mainline lanes

MF = Mixed Flow Lane
V/C = Volume to Capacity Ratio
LOS = Level of Service
MFE = Mixed Flow Equivalent Lane

## Concept Rationale

This Transportation Concept Report serves as a guide for the planning and development of transportation improvements on SR-18. The corridor is a 115-mile route that traverses different areas and communities that have varying land uses and travel demand patterns. Many segments in the rural areas will be maintained through system preservation projects. Segments of the corridor that are in developing and more congested areas will be improved for operational, safety, and capacity enhancements. In some areas where the corridor functions as the primary local arterial and adjacent land developments must rely on access points along SR-18, it is recommended that the segments be relinquished to the local jurisdiction to allow better management of the corridor at the local level for the community.

## Proposed Projects and Strategies

Proposed projects on SR-18 primarily consist of operational, safety, and system preservation (maintenance) projects. On Segment 18, there is a proposed project to construct passing lanes to reduce travel delays caused by slow moving vehicles. On Segments 18 and 20, there are proposed projects to construct a center raised curb median. There is a planned project to increase capacity from the existing two lanes to a four lane highway on Segment 22, from US-395 to the San Bernardino/Los Angeles County Line. The City of Big Bear Lake has plans to add Class II bicycle lanes, sidewalks, crosswalks, and ADA curb ramps on SR-18 through an Active Transportation Program grant.

The proposed High Desert Corridor (HDC) is a project to construct a 63-mile east-west multimodal transportation corridor to be parallel to (and north of) SR-18, which may include a high speed passenger rail, two HOV lanes (one in each direction), four to six mixed-flow lanes (two to three lanes in each direction), and a 36-mile bicycle facility. The project is expected to improve interregional mobility between Palmdale and Victorville, enhance multimodal transportation modes, and help meet state goals

on improving air quality and reducing greenhouse gas emissions.  Once the project is constructed, it is proposed that parallel portions of SR-18 will be relinquished to the respective local jurisdictions.  There has been some interest from the Town of Apple Valley to complete relinquishment of their portions of SR-18, even prior to the completion of HDC.  At this time, the HDC Final EIS/EIR has been completed, and project alternatives are being studied to determine the final corridor.

# CORRIDOR OVERVIEW

## ROUTE SEGMENTATION

| Segment | Location Description | County_Route_ Begin PM | County_Route_ End PM |
|---|---|---|---|
| 1 | Junction of SR-210 to 40th Street | SBd_18_6.15 | SBd_18_7.54 |
| 2 | 40th Street to Sierra Way/Arrowhead Road | SBd_18_7.54 | SBd_18_8.26 |
| 3 | Sierra Way/Arrowhead Road to Junction of SR-138 | SBd_18_8.26 | SBd_18_17.73 |
| 4 | Junction of SR-138 to Junction of SR-189/Lake Gregory Drive | SBd_18_17.73 | SBd_18_20.60 |
| 5 | Junction of SR-189/Lake Gregory Drive to Daley Canyon Road | SBd_18_20.60 | SBd_18_23.38 |
| 6 | Daley Canyon Road to Junction of SR-173 | SBd_18_23.38 | SBd_18_24.70 |
| 7 | Junction of SR-173 to Junction of SR-330 | SBd_18_24.70 | SBd_18_31.65 |
| 8 | Junction of SR-330 to Junction of SR-38 | SBd_18_31.65 | SBd_18_44.32 |
| 9 | Junction of SR-38 to Blue Jay Road/Brier Trail | SBd_18_44.32 | SBd_18_46.55 |
| 10 | Blue Jay Road/Brier Trail to Mill Creek Road/Talmadge Road | SBd_18_46.55 | SBd_18_48.07 |
| 11 | Mill Creek Road/Talmadge Road to Lakeview Drive | SBd_18_48.07 | SBd_18_48.36 |
| 12 | Lakeview Drive to Pine Knot Avenue | SBd_18_48.36 | SBd_18_49.11 |
| 13 | Pine Knot Avenue to Moonridge Road/Garstin Drive | SBd_18_49.11 | SBd_18_50.72 |
| 14 | Moonridge Road/Garstin Drive to Stanfield Cutoff | SBd_18_50.72 | SBd_18_51.61 |
| 15 | Stanfield Cutoff to Junction of SR-38/Greenway Drive | SBd_18_51.61 | SBd_18_53.91 |
| 16 | Junction of SR-38 to Holcomb Valley Road | SBd_18_53.91 | SBd_18_58.16 |

| Segment | Location Description | County_Route_Begin PM | County_Route_End PM |
|---------|---------------------|----------------------|---------------------|
| 17 | Holcomb Valley Road to Junction of SR-247 | SBd_18_58.16 | SBd_18_73.78 |
| 18 | Junction of SR-247 to Apple Valley Inn Road | SBd_18_73.78 | SBd_18_90.93 |
| 19 | Apple Valley Inn Road to Junction of I-15/Northbound Ramps | SBd_18_90.93 | SBd_18_96.57 |
| | *- Break In Route -* | | |
| 20 | Junction of I-15/Southbound Ramps to Amargosa Road | SBd_18_96.58 | SBd_18_97.00 |
| 21 | Amargosa Road to Junction of US-395 | SBd_18_97.00 | SBd_18_100.96 |
| 22 | Junction of US-395 to San Bernardino/Los Angeles County Line | SBd_18_100.96 | SBd_18_115.91 |
| 23 | San Bernardino/Los Angeles County Line to Junction of SR-138 | LA_18_0.00 | LA_18_4.50 |





ROUTE DESCRIPTION

**Route Location:**
Within District 8, SR-18 is approximately 110 miles long, beginning at its intersection with SR-210 and terminating at the San Bernardino/Los Angeles County Line. In Los Angeles County (District 7), the corridor continues for 4.5 miles and terminates at its intersection with SR-138.

Segments 1 and 2 of the corridor traverse through the City of San Bernardino, are four lanes in width (two lanes in each direction), and function as a north-south local arterial (North Waterman Avenue). Segment 3 begins traversing through the mountainous areas of the San Bernardino National Forest, and is a four lane expressway (two in each direction). Segment 4 begins at its junction with SR-138 (PM 17.73), where the facility reduces to a two lane conventional highway, and continues east through the mountains. Segments 5 through 12 remain as a two lane conventional highway, and function as the primary arterial connecting various mountain communities, including the City of Big Bear Lake and the unincorporated communities of Valley View Park, Rimforest, Skyforest, Running Springs, and Big Bear City. Segment 8 widens to a four lane conventional highway near the Snow Valley Mountain Resort (PM 36.68 to 37.40) and has spot locations with passing lanes (PM 40.37 to 51.58), before reducing back to a two lane highway. Segments 13 and 14 are four lanes in width from Pine Knot Avenue (PM 49.17) through Stanfield Cutoff (PM 51.61). From Segment 15 through 17, the corridor reverts back to a two lane conventional highway and continues north to the high desert.

Segment 18 begins at its junction with State Route 247 (SR-247), where it continues west as a two lane conventional highway until Central Road (PM 87.87). At Central Road, the corridor widens to a four lane divided highway and continues to Apple Valley Inn Road (PM 90.93), where the civic center of the Town of Apple Valley is located. Since Segment 18 is only four lanes in width for part of the segment, the tables in this report reflect two lanes in width for this segment. Segment 19 begins at the Apple Valley Inn Road and continues as a four lane divided highway until 11th Street (PM 95.52). From 11th Street to its junction with the Interstate 15 (I-15) Northbound Ramps (PM 96.57), the corridor is a four lane undivided highway and traverses through the City of Victorville.

There is a break in the corridor between its junction with the I-15 Northbound Ramps and its junction with the I-15 Southbound Ramps. Segment 20 begins at the I-15 Southbound Ramps (PM 96.58) and ends at Amargosa Road (PM 97.00) in the City of Victorville. Segment 21 is from Amargosa Road to U.S. Highway 395 (US-395). At US-395, the city boundaries of Victorville and Adelanto meet, and at this location, SR-18 begins traversing through the City of Adelanto as a two lane conventional highway. Segment 22 of SR-18 continues as a two lane conventional highway from US-395 to the San Bernardino/Los Angeles County Line (PM 115.91).

From the San Bernardino/Los Angeles County Line, Segment 23 of SR-18 continues into Los Angeles County, is a two lane conventional highway, and terminates at its junction with SR-138 (PM 4.50).

**Route Purpose:**
SR-18 primarily serves residential, commercial, and recreational land uses, which generate commuter, truck, and recreational trips onto the corridor. The route plays a significant role for regional and local mobility due to its connection to important destinations and trip generators, including but not limited to the City of Palmdale, the City of Adelanto, the City of Victorville, the Town of Apple Valley, various

000036

unincorporated communities in the High Desert, the City of Big Bear Lake, several mountain communities, and the City of San Bernardino.

Many residents within the mountain communities rely on SR-18 to commute to work and access services unavailable in the mountains. SR-18 provides the only continuous corridor connecting several mountain communities between Valley View Park and Big Bear City, and also provides access to other state routes, such as I-15, SR-38, SR-138, SR-173, and SR-330. As a result, many of the residents living in the mountain areas must utilize SR-18 to evacuate in the event of an emergency. Additionally, it is common for motorists to experience delays on SR-18 due to traffic volumes, crashes, construction work, lack of passing lanes, and/or weather conditions.

Per the FHWA Functional Classification, SR-18 is classified as "Other Principal Arterial" and "Minor Arterial". The route is classified as Other Principal Arterial in the City of San Bernardino from SR-210 to Sierra Way. From Sierra Way to the SR-330 junction, the route is classified as a Minor Arterial. From SR-330 to Division Drive in the City of Big Bear Lake, the route is classified as Other Principal Arterial. From Division Drive to Central Road in Apple Valley, the route is classified as a Minor Arterial. From Central Road to the SR-138 junction in Los Angeles County, the route is classified as Other Principal Arterial.

**Major Route Features:**
SR-18 functions primarily as a conventional highway with varying terrain depending on the location. The route has many horizontal curves and vertical grades through the mountains, but is mostly flat through the desert areas and in the City of San Bernardino.

SR-18 serves residential, neighborhood retail and commercial stores, recreation, and tourism in the Southern California region. Due to the mountainous setting and favorable weather conditions from Segment 3 through 16, the corridor experiences heavy traffic volumes during the winter and summer seasons, with especially high volumes during winter holidays. Along segments with adjacent vacant land and direct access to SR-18, common developments include commercial and service retail catered for truck travel, solar photovoltaic facilities, and light industrial facilities.

The route is also known as Waterman Avenue in the City of San Bernardino, Rim of the World Highway in the mountains, and Big Bear Boulevard near the Big Bear Lake. North of the City of Bear Lake area, the route is called Greenway Drive and North Shore Drive. When the route enters the Town of Apple Valley, the route is also known as Happy Trails Highway. The route is D Street in the City of Victorville until its junction with I-15. On the west side of I-15, the route is called Palmdale Road. In the County of Los Angeles, Segment 23 of the corridor is also known as Pearblossom Highway.

**Route Designations and Characteristics:**

| Segment # | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Freeway & Expressway System | Yes | Yes | Yes | Yes | Yes | Yes |
| National Highway System | Yes | Yes | No | No | No | Yes |
| Strategic Highway Network | No | No | No | No | No | No |
| Scenic Highway | No | No | No | Eligible | Eligible | Eligible |
| Interregional Road System | Yes | Yes | Yes | Yes | Yes | Yes |
| High Emphasis | No | No | No | No | No | No |
| Focus Route | No | No | No | No | No | No |
| Federal Functional Classification | Other Principal Arterial | Other Principal Arterial | Minor Arterial | Minor Arterial | Minor Arterial | Minor Arterial |
| Goods Movement Route | No | No | No | No | No | No |
| Truck Designation | Terminal Access | Terminal Access | CA Legal Network | CA Legal Network | CA Legal Advisory Route | CA Legal Advisory Route |
| Rural/Urban/Urbanized | Urban | Urban | Rural | Urbanized | Urbanized | Urban |
| Metropolitan Planning Organization | SCAG | SCAG | SCAG | SCAG | SCAG | SCAG |
| Regional Transportation Planning Agency | SCAG | SCAG | SCAG | SCAG | SCAG | SCAG |
| Congestion Management Agency | SBCTA | SBCTA | SBCTA | SBCTA | SBCTA | SBCTA |
| County Transportation Commission | SBCTA | SBCTA | SBCTA | SBCTA | SBCTA | SBCTA |
| Local Agency | City of San Bernardino | City of San Bernardino | San Bernardino County | San Bernardino County | San Bernardino County | City of San Bernardino |
| Tribes | San Manuel Band of Mission Indians | | | | | |
| Air District | SCAQMD | SCAQMD | SCAQMD | SCAQMD | SCAQMD | SCAQMD |
| Terrain | Rolling | Rolling | Mountainous | Mountainous | Mountainous | Rolling |

| Segment # | 7 | 8 | 9 | 10 | 11 | 12 |
|---|---|---|---|---|---|---|
| Freeway & Expressway System | Yes | Yes | Yes | Yes | Yes | Yes |
| National Highway System | Yes | No | No | Yes | Yes | Yes |
| Strategic Highway Network | No | No | No | No | No | No |
| Scenic Highway | Eligible | Eligible | Eligible | Eligible | Eligible | Eligible |
| Interregional Road System | Yes | Yes | Yes | Yes | Yes | Yes |
| High Emphasis | No | No | No | No | No | No |
| Focus Route | No | No | No | No | No | No |
| Federal Functional Classification | Minor Arterial | Minor Arterial | Other Principal Arterial | Other Principal Arterial | Other Principal Arterial | Other Principal Arterial |
| Goods Movement Route | No | No | No | No | No | No |
| Truck Designation | CA Legal Advisory Route | CA Legal Advisory Route | CA Legal Advisory Route | CA Legal Advisory Route | CA Legal Advisory Route | CA Legal Advisory Route |
| Rural/Urban/Urbanized | Urban | Rural | Urbanized | Urbanized | Urban | Urban |
| Metropolitan Planning Organization | SCAG | SCAG | SCAG | SCAG | SCAG | SCAG |
| Regional Transportation Planning Agency | SCAG | SCAG | SCAG | SCAG | SCAG | SCAG |
| Congestion Management Agency | SBCTA | SBCTA | SBCTA | SBCTA | SBCTA | SBCTA |
| County Transportation Commission | SBCTA | SBCTA | SBCTA | SBCTA | SBCTA | SBCTA |
| Local Agency | City of San Bernardino | San Bernardino County | San Bernardino County | San Bernardino County | City of Big Bear Lake | City of Big Bear Lake |
| Tribes | San Manuel Band of Mission Indians | | | | | |
| Air District | SCAQMD | SCAQMD | SCAQMD | SCAQMD | SCAQMD | SCAQMD |
| Terrain | Rolling | Mountainous | Mountainous | Mountainous | Rolling | Rolling |

| Segment # | 13 | 14 | 15 | 16 | 17 | 18 |
|---|---|---|---|---|---|---|
| Freeway & Expressway System | Yes | Yes | Yes | Yes | Yes | Yes |
| National Highway System | No | No | No | Yes | Yes | No |
| Strategic Highway Network | No | No | No | No | No | No |
| Scenic Highway | Eligible | Eligible | Eligible | Eligible | Eligible | No |
| Interregional Road System | Yes | Yes | Yes | Yes | Yes | Yes |
| High Emphasis | No | No | No | No | No | No |
| Focus Route | No | No | No | No | No | No |
| Federal Functional Classification | Other Principal Arterial | Other Principal Arterial | Minor Arterial | Other Principal Arterial | Other Principal Arterial | Minor Arterial |
| Goods Movement Route | No | No | No | No | No | No |
| Truck Designation | CA Legal Advisory Route | CA Legal Advisory Route | CA Legal Advisory Route | CA Legal Advisory Route | Terminal Access | Terminal Access |
| Rural/Urban/Urbanized | Rural | Urbanized | Urbanized | Urban | Urban | Rural |
| Metropolitan Planning Organization | SCAG | SCAG | SCAG | SCAG | SCAG | SCAG |
| Regional Transportation Planning Agency | SCAG | SCAG | SCAG | SCAG | SCAG | SCAG |
| Congestion Management Agency | SBCTA | SBCTA | SBCTA | SBCTA | SBCTA | SBCTA |
| County Transportation Commission | SBCTA | SBCTA | SBCTA | SBCTA | SBCTA | SBCTA |
| Local Agency | San Bernardino County | San Bernardino County | San Bernardino County | San Bernardino County | City of Apple Valley | City of Apple Valley |
| Tribes | San Manuel Band of Mission Indians | | | | | |
| Air District | SCAQMD | MDAQMD | MDAQMD | MDAQMD | MDAQMD | MDAQMD |
| Terrain | Rolling | Rolling | Rolling | Flat | Rolling | Flat |

| Segment # | 19 | 20 | | 21 | 22 | 23 |
|---|---|---|---|---|---|---|
| Freeway & Expressway System | Yes | Yes | | Yes | Yes | Yes |
| National Highway System | No | No | | Yes | Yes | Yes |
| Strategic Highway Network | No | No | | No | No | No |
| Scenic Highway | No | No | | No | No | No |
| Interregional Road System | Yes | Yes | | Yes | Yes | Yes |
| High Emphasis | No | No | | No | No | No |
| Focus Route | No | No | | No | No | No |
| Federal Functional Classification | Minor Arterial | Minor Arterial | | Other Principal Arterial | Other Principal Arterial | Other Principal Arterial |
| Goods Movement Route | No | No | | No | No | No |
| Truck Designation | Terminal Access | Terminal Access | | Terminal Access | Terminal Access | Terminal Access |
| Rural/Urban/Urbanized | Urbanized | Urbanized | | Urbanized | Rural | Rural |
| Metropolitan Planning Organization | SCAG | SCAG | | SCAG | SCAG | SCAG |
| Regional Transportation Planning Agency | SCAG | SCAG | | SCAG | SCAG | SCAG |
| Congestion Management Agency | SBCTA | SBCTA | | SBCTA | SBCTA | SBCTA |
| County Transportation Commission | SBCTA | SBCTA | | SBCTA | SBCTA | SBCTA |
| Local Agency | City of Victorville | City of Victorville | | City of Victorville | County of San Bernardino | County of San Bernardino |
| Tribes | San Manuel Band of Mission Indians | | | | | |
| Air District | MDAQMD | MDAQMD | | MDAQMD | MDAQMD | MDAQMD |
| Terrain | Rolling | Level | | Rolling | Rolling | Flat |

(Column between 20 and 21 labeled vertically: – Break in Route –)

## COMMUNITY CHARACTERISTICS

| Jurisdiction | San Bernardino (City) | Big Bear Lake | Apple Valley | Victorville | Adelanto | Unincorporated Areas of San Bernardino County |
|---|---|---|---|---|---|---|
| Total Population | 215,491 | 4,905 | 74,656 | 123,510 | 33,497 | 309,759 |
| Median Income | $38,213 | $38,394 | $47,134 | $49,072 | $36,690 | $40,862 |
| Drive Alone to Work | 79% | 83% | 72% | 72% | 81% | 81% |

Source: SCAG Local Profiles Report, 2017

The corridor traverses through various cities and unincorporated communities within San Bernardino County. The communities vary in setting, characteristics, and land uses. The City of San Bernardino has many large employers, such as government agencies, educational facilities, and logistics warehouses. The City of Big Bear Lake is primarily known as a year-round tourism destination. The cities of Apple Valley, Victorville, and Adelanto are all considered within the "High Desert" region. In recent years, many local developments have been proposed throughout the High Desert communities, which generally consist of residential, neighborhood retail, truck retail and services, medical, pharmaceutical, and light industrial land uses.

## LAND USE

### City of San Bernardino
In the City of San Bernardino, there are numerous employment centers, such as government, educational, and logistics facilities. Due to the growing logistics industry in the Inland Empire, the city has several large logistics warehouses for companies such as Amazon and Stater Bros. Markets. Many San Bernardino County facilities are also located in the city, including courthouses, land use and public works departments, job services, tax collector's office, and the county fire department. Patton State Hospital, Arrowhead Regional Medical Center, and Loma Linda Medical Center are also some of the major hospitals and medical centers in the area. Due to limited medical services in the mountains, many residents must travel to the metropolitan area to access healthcare facilities. The city has many residential land uses scattered throughout its jurisdiction. Housing options primarily consist of single family homes and some low-rise apartments. North of city limits, tribal lands owned by the San Manuel Band of Mission Indians contain a casino, tribal government offices and residences..

### City of Big Bear Lake and unincorporated mountain communities
The mountain communities, including the City of Big Bear Lake, have low populations and contain low-density developments. Land uses are primarily residential, but also include retail, lodging, recreational, and service amenities geared towards seasonal and year-round tourism. Some of the residences serve as secondary vacation homes.

While the population across the mountain communities is lower in number than the cities in the valley and desert, the local economy relies on tourism, resulting in higher traffic volumes during peak seasons. Popular recreational activities in the communities include hiking, horseback riding, mountain biking, camping, fishing, boating, skiing, snowboarding, and off-highway vehicle use. The area around Big Bear Lake hosts many special events that attract local and regional populations, such as Oktoberfest, the Renaissance Fair, cycling festivals, car shows, fishing competitions, live music, wine or beer festivals, and holiday events.

Growth in the mountain area is limited because many communities are not connected to the state water project and must rely on local water sources. Additionally, land developments and transportation projects in the mountains can be challenging due to environmental and right of way constraints.

One of the latest developments in the mountains is Skypark at Santa's Village. The theme park closed in 1998and reopened in December 2016, with full buildout pending. Additional proposals for Skypark at Santa's Village include a 70-space campground, trail system for biking and hiking, zip line, fly-fishing lake, wedding chapel and banquet facilities. While there are many who have voiced support for the reopening of Skypark at Santa's Village to help improve the local economy, there are also concerns regarding increased traffic volumes. Traffic volumes increase significantly on SR-18 during peak seasons as a result of trips generated by the completed project. The project's traffic study indicated that a traffic signal and additional safety measures are necessary during peak season to facilitate entry and exit from SR-18.

The SR-18 corridor through the City of Big Bear Lake is designated as a Primary Arterial, per the City General Plan. A Primary Arterial is shown to have four travel lanes of 12 foot widths each (two lanes in each direction of travel), eight-foot sidewalks, may have bike lanes or emergency parking, and may have two-way left turn lanes. The typical cross-section of a Primary Arterial requires 80 feet of right of way, with 40 feet on each side of the centerline. (See exhibit on the following page.)

The City of Big Bear Lake has been enforcing the 80 foot right of way as land development occurs along SR-18. To maintain a consistent corridor and right of way, the City has expressed their commitment to continue enforcing the 80 foot right of way on SR-18.



PRIMARY ARTERIAL
(WITH BIKE LANES OR EMERGENCY PARKING)
TYPICAL SECTION

PRIMARY ARTERIAL
(WITH TWO-WAY LEFT-TURN POCKET)
TYPICAL SECTION

CITY OF BIG BEAR LAKE
GENERAL PLAN

EXHIBIT C-2a
RECOMMENDED TYPICAL ROADWAY CROSS-SECTIONS

**Apple Valley**

In the Town of Apple Valley, the corridor is designated as a Major Divided Arterial with a 128-foot right of way. A Major Divided Arterial includes six travel lanes (three in each direction), a six-foot center median, an eight to ten foot bike lane or parking lane, a six-foot sidewalk on each side of the roadway, and a six-foot landscaping buffer between sidewalks and the edge of travel way.









Source: Urban Crossroads 11.24.2008



Apple Valley General Plan
General Plan Roadway Cross Sections
Apple Valley, California

**Victorville and Adelanto**

The High Desert cities of Victorville and Adelanto have continued to develop in recent years. Many residents commute to the Inland Empire, but live in the High Desert areas due to lower housing costs. Some of the major tenants in the area include the Southern California Logistics Airport, Victor Valley College, Desert Valley Hospital, Walmart Supercenter, Costco, and the Mall of Victor Valley. Solar photovoltaic plants have been proposed in the area in recent years due to the availability of vacant, flat land. Additional retail and commercial developments have also been proposed due to the growing residential population.

In the City of Victorville, SR-18 is designated as a Super Arterial for its 2030 facility concept, with a total right of way width of 124-148 feet. A Super Arterial consists of six travel lanes of 12 foot widths each (three lanes in each direction of travel), 12 foot center median, 10-16 foot lanes for bicycling or parking or right turn movements, and ten foot sidewalks on each side of the corridor. (See exhibit on following page.)

The City of Adelanto does not include a future facility concept of SR-18 in their General Plan.



**FIGURE Circ-3a: Roadway Classification Standards**

Source: City of Victorville General Plan 2030 – Circulation Element

## SYSTEM CHARACTERISTICS

| Segment # | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Existing Facility | | | | | | |
| Facility Type | C | C | C | C | C | C |
| General Purpose Lanes | 4 | 4 | 4 | 2 | 2 | 2 |
| Lane Miles | 5.56 | 2.88 | 37.88 | 5.74 | 5.56 | 2.64 |
| Centerline Miles | 1.39 | 0.72 | 9.47 | 2.87 | 2.78 | 1.32 |
| HOV Lanes | 0 | 0 | 0 | 0 | 0 | 0 |
| HOT/Express Lanes | 0 | 0 | 0 | 0 | 0 | 0 |
| Concept Facility 2040 | | | | | | |
| Facility Type | C | C | C | C | C | C |
| General Purpose Lanes | 4 | 4 | 4 | 2 | 2 | 2 |
| Lane Miles | 5.56 | 2.88 | 37.88 | 5.74 | 5.56 | 2.64 |
| Centerline Miles | 1.39 | 0.72 | 9.47 | 2.87 | 2.78 | 1.32 |
| HOV Lanes | 0 | 0 | 0 | 0 | 0 | 0 |
| HOT/Express Lanes | 0 | 0 | 0 | 0 | 0 | 0 |
| TMS Elements | | | | | | |
| TMS Elements 2012 | Intersection Traffic Signal | Intersection Traffic Signal | Call Boxes | Call Boxes, CMS | Call Boxes, CMS | Flashing Beacon, CMS |
| TMS Elements 2040 | Intersection Traffic Signal | Intersection Traffic Signal | Call Boxes | Call Boxes, CMS | Call Boxes, CMS | Flashing Beacon, CMS |

CMS = Changeable Message Sign
CCTV = Closed-Circuit Television
RWIS = Road Weather Information System

| Segment # | 7 | 8 | 9 | 10 | 11 | 12 |
|---|---|---|---|---|---|---|
| **Existing Facility** | | | | | | |
| Facility Type | C | C | C | C | C | C |
| General Purpose Lanes | 2 | 2 | 2 | 2 | 2 | 2 |
| Lane Miles | 13.90 | 25.34 | 4.46 | 3.04 | 0.58 | 1.50 |
| Centerline Miles | 6.95 | 12.67 | 2.23 | 1.52 | 0.29 | 0.75 |
| HOV Lanes | 0 | 0 | 0 | 0 | 0 | 0 |
| HOT/Express Lanes | 0 | 0 | 0 | 0 | 0 | 0 |
| **Concept Facility 2040** | | | | | | |
| Facility Type | C | C | C | C | C | C |
| General Purpose Lanes | 2 | 2 | 2 | 4 | 4 | 4 |
| Lane Miles | 13.90 | 25.34 | 2.46 | 6.08 | 2.32 | 3.00 |
| Centerline Miles | 6.95 | 12.67 | 2.23 | 1.52 | 0.58 | 0.75 |
| HOV Lanes | 0 | 0 | 0 | 0 | 0 | 0 |
| HOT/Express Lanes | 0 | 0 | 0 | 0 | 0 | 0 |
| **TMS Elements** | | | | | | |
| TMS Elements 2012 | CMS, RWIS | CMS | Intersection Traffic Signal, Flashing Beacon, CMS | CMS | Intersection Traffic Signal, CMS | Intersection Traffic Signal, CMS |
| TMS Elements 2040 | CMS, RWIS, Intersection Traffic Signal | CMS | Intersection Traffic Signal, Flashing Beacon, CMS | CMS | Intersection Traffic Signal, CMS | Intersection Traffic Signal, CMS |

| Segment # | 13 | 14 | 15 | 16 | 17 | 18 |
|---|---|---|---|---|---|---|
| Existing Facility | | | | | | |
| Facility Type | C | C | C | C | C | C |
| General Purpose Lanes | 4 | 4 | 2 | 2 | 2 | 2 |
| Lane Miles | 6.44 | 3.56 | 4.60 | 8.50 | 31.24 | 34.30 |
| Centerline Miles | 1.61 | 0.89 | 2.30 | 4.25 | 15.62 | 17.15 |
| HOV Lanes | 0 | 0 | 0 | 0 | 0 | 0 |
| HOT/Express Lanes | 0 | 0 | 0 | 0 | 0 | 0 |
| Concept Facility 2040 | | | | | | |
| Facility Type | C | C | C | C | C | C |
| General Purpose Lanes | 4 | 4 | 2 | 2 | 2 | 2 |
| Lane Miles | 6.44 | 3.56 | 4.60 | 8.50 | 31.24 | 34.30 |
| Centerline Miles | 1.61 | 0.89 | 2.30 | 4.25 | 15.62 | 17.15 |
| HOV Lanes | 0 | 0 | 0 | 0 | 0 | 0 |
| HOT/Express Lanes | 0 | 0 | 0 | 0 | 0 | 0 |
| TMS Elements | | | | | | |
| TMS Elements 2012 | Intersection Traffic Signal, CMS | Intersection Traffic Signal, CMS | Intersection Traffic Signal, CMS, RWIS | N/A | Intersection Traffic Signal | Intersection Traffic Signal |
| TMS Elements 2040 | Intersection Traffic Signal, CMS | Intersection Traffic Signal, CMS | Intersection Traffic Signal, CMS, RWIS | N/A | Intersection Traffic Signal | Intersection Traffic Signal |

| Segment # | 19 | | 20 | 21 | 22 | 23 |
|---|---|---|---|---|---|---|
| **Existing Facility** | | | | | | |
| Facility Type | C | | C | C | C | C |
| General Purpose Lanes | 4 | | 4 | 4 | 2 | 2 |
| Lane Miles | 22.56 | | 1.68 | 15.84 | 29.90 | 9.00 |
| Centerline Miles | 5.64 | -Break in Route- | 0.42 | 3.96 | 14.95 | 4.50 |
| HOV Lanes | 0 | | 0 | 0 | 0 | 0 |
| HOT/Express Lanes | 0 | | 0 | 0 | 0 | 0 |
| **Concept Facility 2040** | | | | | | |
| Facility Type | C | | C | C | C | C |
| General Purpose Lanes | 4 | | 4 | 6 | 4 | 2 |
| Lane Miles | 22.56 | | 1.68 | 23.76 | 59.80 | 9.00 |
| Centerline Miles | 5.64 | -Break in Route- | 0.42 | 3.96 | 14.95 | 4.50 |
| HOV Lanes | 0 | | 0 | 0 | 0 | 0 |
| HOT/Express Lanes | 0 | | 0 | 0 | 0 | 0 |
| **TMS Elements** | | | | | | |
| TMS Elements 2012 | Intersection Traffic Signal | -Break in Route- | Intersection Traffic Signal | Intersection Traffic Signal | Intersection Traffic Signal | N/A |
| TMS Elements 2040 | Intersection Traffic Signal | | Intersection Traffic Signal | Intersection Traffic Signal | Intersection Traffic Signal | N/A |

## BICYCLE FACILITY

### Complete Streets Policy

Bicyclists and pedestrians are permitted to use conventional highways, including SR-18. Because bicyclists and pedestrians utilize conventional highways as their primary route or as a part of their route, it is important to plan, design, and maintain the corridor in a manner that continues to provide safe and accessible use for all bicyclists and pedestrians.

The Caltrans Complete Streets Deputy Directive (DD-64-R2) provides guidance and promotes the consideration for users of all modes and abilities in the planning, design, operations, construction, and maintenance of SHS corridors. Caltrans views all transportation improvements (new and retrofit) as opportunities to improve safety, access, and mobility for all travelers and recognizes bicycle, pedestrian, and transit modes as integral elements of the transportation system.

A Complete Street is defined as a transportation facility that is planned, designed, operated, and maintained to provide safe mobility for all users, including bicyclists, pedestrians, transit riders, and motorists. Implementing Complete Streets help achieve statewide goals for greenhouse gas emissions reductions established by AB 32 and SB 375.

Bicyclists are permitted along the entire corridor of SR-18. However, existing shoulders are narrow or do not exist along many portions of the corridor, especially in the mountain and undeveloped desert regions.

| Segment | Bicycle Access Prohibited | Facility Type |
|---------|---------------------------|---------------|
| 1 | No | No designation – Bicyclists may use the paved shoulder, where available, and may share the road with motorists, where there are no paved shoulders. |
| 2 | No | No designation – Bicyclists may use the paved shoulder, where available, and may share the road with motorists, where there are no paved shoulders. |
| 3 | No | No designation – Bicyclists may use the paved shoulder, where available, and may share the road with motorists, where there are no paved shoulders. |
| 4 | No | No designation – Bicyclists may use the paved shoulder, where available, and may share the road with motorists, where there are no paved shoulders. |
| 5 | No | No designation – Bicyclists may use the paved shoulder, where available, and may share the road with motorists, where there are no paved shoulders. |
| 6 | No | No designation – Bicyclists may use the paved shoulder, where available, and may share the road with motorists, where there are no paved shoulders. |
| 7 | No | No designation – Bicyclists may use the paved shoulder, where available, and may share the road with motorists, where there are no paved shoulders. |
| 8 | No | No designation – Bicyclists may use the paved shoulder, where available, and may share the road with motorists, where there are no paved shoulders. |
| 9 | No | No designation – Bicyclists may use the paved shoulder, where available, and may share the road with motorists, where there are no paved shoulders. |
| 10 | No | No designation – Bicyclists may use the paved shoulder, where available, and may share the road with motorists, where there are no paved shoulders. |
| 11 | No | No designation – Bicyclists may use the paved shoulder, where available, and may share the road with motorists, where there are no paved shoulders. |
| 12 | No | No designation – Bicyclists may use the paved shoulder, where available, and may share the road with motorists, where there are no paved shoulders. |
| 13 | No | No designation – Bicyclists may use the paved shoulder, where available, and may share the road with motorists, where there are no paved shoulders. |
| 14 | No | No designation – Bicyclists may use the paved shoulder, where available, and may share the road with motorists, where there are no paved shoulders. |
| 15 | No | No designation – Bicyclists may use the paved shoulder, where available, and may share the road with motorists, where there are no paved shoulders. |
| 16 | No | No designation – Bicyclists may use the paved shoulder, where available, and may share the road with motorists, where there are no paved shoulders. |

000052

| 17 | No | No designation – Bicyclists may use the paved shoulder, where available, and may share the road with motorists, where there are no paved shoulders. |
| 18 | No | No designation – Bicyclists may use the paved shoulder, where available, and may share the road with motorists, where there are no paved shoulders. |
| 19 | No | No designation – Bicyclists may use the paved shoulder, where available, and may share the road with motorists, where there are no paved shoulders. |
| 20 | No | No designation – Bicyclists may use the paved shoulder, where available, and may share the road with motorists, where there are no paved shoulders. |
| 21 | No | No designation – Bicyclists may use the paved shoulder, where available, and may share the road with motorists, where there are no paved shoulders. |
| 22 | No | No designation – Bicyclists may use the paved shoulder, where available, and may share the road with motorists, where there are no paved shoulders. |
| 23 | No | No designation – Bicyclists may use the paved shoulder, where available, and may share the road with motorists, where there are no paved shoulders. |

**Proposed Bicycle Facilities by Local Jurisdictions**

Per the SBCTA's Active Transportation Plan (2015), Class II bike lanes are proposed on SR-18 in the City of Big Bear Lake (PM 45.5 - 52.7), the Town of Apple Valley (PM 86.87 - 88.97, 91.6-96.5), and through Victorville (PM 96.6-101.0). A Class II bike lane is also proposed for a short segment on SR-18 in Rimforest from PM 22.9 to PM 23.4, to provide a connection between the proposed Class II bike lanes on Bear Springs Road and Daley Canyon Road.

In 2015, the City of Big Bear Lake applied for the Active Transportation Program grant. The city plans to construct Class II bicycle lanes, sidewalks, crosswalks, and ADA curb ramps on SR-18 from Stanfield Cutoff to Division Drive and from Edgemoor Road to Cienega Road. The project is anticipated to be completed in late 2018.

## PEDESTRIAN FACILITY

Due to the rural and mountainous nature of SR-18, sidewalks do not exist along most of the corridor. In recent years, sidewalks have been constructed as adjacent lands are developed. Developments are occurring in the more urban areas, such as the City of San Bernardino, the City of Big Bear Lake, the Town of Apple Valley, the City of Victorville, and the City of Adelanto. It is important to continue developing a continuous pedestrian network throughout these areas as land developments are proposed.

| Segment | Pedestrian Access Prohibited | Sidewalk Present |
|---------|------------------------------|------------------|
| 1 | No | Yes |
| 2 | No | Yes |
| 3 | No | No |
| 4 | No | No |
| 5 | No | No |
| 6 | No | No |
| 7 | No | No |
| 8 | No | No |

| Segment | Pedestrian Access Prohibited | Sidewalk Present |
|---------|------------------------------|------------------|
| 9 | No | No |
| 10 | No | Limited – sidewalks exist in some areas. Sidewalks should continue to be constructed as adjacent land parcels are developed. |
| 11 | No | Yes, sidewalks are present. However, any gaps in the existing sidewalk should continue to be constructed as adjacent land parcels are developed. |
| 12 | No | Yes, sidewalks are present. However, any gaps in the existing sidewalk should continue to be constructed as adjacent land parcels are developed. |
| 13 | No | No |
| 14 | No | No |
| 15 | No | No |
| 16 | No | No |
| 17 | No | Limited – sidewalks exist in some areas. Sidewalks should continue to be constructed as adjacent land parcels are developed. |
| 18 | No | Limited – sidewalks exist in some areas. Sidewalks should continue to be constructed as adjacent land parcels are developed. |
| 19 | No | Limited – sidewalks exist in some areas. Sidewalks should continue to be constructed as adjacent land parcels are developed. |
| 20 | No | Yes, sidewalks are present. However, any gaps in the existing sidewalk should continue to be constructed as adjacent land parcels are developed. |
| 21 | No | Limited – sidewalks exist in some areas. Sidewalks should continue to be constructed as adjacent land parcels are developed. |
| 22 | No | No |
| 23 | No | No |

## TRANSIT FACILITY

There is a proposed, privately-funded high speed passenger rail project, XpressWest, to connect Victorville to Las Vegas.  The XpressWest project is intended to provide a sustainable, reliable, safe, and efficient alternative to driving on I-15 between Southern California and Las Vegas.  The XpressWest project is proposed to connect with the High Desert Corridor project as well as to the existing Metrolink Antelope Valley Line. (See the map on the next page, showing existing Metrolink routes with the proposed XpressWest project.)



Source: XpressWest

The proposed High Desert Corridor (HDC) is a project to construct a 63-mile east-west multimodal transportation corridor parallel and north of SR-18. The corridor may include a combination of a high speed passenger rail line, two HOV lanes (one in each direction), four to six mixed-flow lanes (two to three lanes in each direction), and a 36-mile bicycle facility. The project is expected to improve interregional mobility between Palmdale and Victorville, enhance multimodal transportation modes, and help meet state goals on improving air quality and reducing greenhouse gas emissions. Once the project is constructed, it is expected that parallel portions of SR-18 be relinquished to the respective local jurisdictions. There has been some interest from the City of Apple Valley to complete relinquishment of their portions of SR-18, prior to the completion of HDC. At this time, the HDC Final EIS/EIR has been completed, and project alternatives are being studied to determine the final corridor. (See the below exhibit of the HDC Project Map.)



Source: Los Angeles County Metropolitan Transportation Authority

Mountain Area Regional Transit Authority (Mountain Transit) and Victor Valley Transportation Authority (VVTA) are the two transit agencies that provide public transportation service along portions of SR-18. Mountain Transit also provides Dial-A-Ride service for patrons over 60-years old, people with disabilities, and residents that live more than 0.75 mile away from a fixed-transit stop.  VVTA also provides paratransit services for individuals who have received ADA certification.

Mountain Transit provides daily service to the mountain communities of Crestline, Lake Arrowhead, Running Springs, and Big Bear Lake.  There is also a daily commuter service that provides a connection between the City of San Bernardino and the mountain communities.  Rim-Off-the-Mountain provides service Monday through Saturday primarily during commute hours.  Big Bear Off-the-Mountain provides service seven days a week primarily during commute hours.  Mountain Transit has bus stops on SR-18 at Kuffel Canyon Road, Glenview Drive, Sunset Drive, Running Springs (Dutch's Market), Conifer Camp Road, Deep Creek Drive, Green Valley Lake Road, Snow Valley, Cienaga Road, Lake View Pines Road, Lakewood Lane, Wildrose Lane, Paine Road, Knickerbocker Road, Alden Road, Main Street, Jeffries Road, Georgia Street, Conklin Road, Eureka Drive, Crane Drive, Thrush Drive, Summit Plaza, Fox Farm Road, Stanfield Cutoff, Senior Center at Big Bear, Division Drive, Gildart Drive, Big Tree Drive, Saw Mill Drive, Arbor Lane, North Shore Drive, Gold Mountain Drive, and Paradise Way.  There are 182 bus stops that MT provides service to and from in the Mountain Communities: 137 bus stops in the BBV, 16 bus shelters in the MT mountain service area and 45 in the RIM area.

Rural and low density suburban communities present challenges to public transportation services. There are multiple low density communities along SR-18 which reduces the efficiency of a public transportation system, as compared to denser communities where fewer stops are needed to service the population. Seasonal roadway congestion is also severe enough to significantly impact transit running times, with no dedicated transit right-of-way to avoid these delays.  The "seasonality" of the need for transit services complicates the development of effective transit strategies.  Although there has been some improvement

to local and state transit funding resources, it is still insufficient. The mountain communities also have dispersed populations of transit-dependent elderly, disabled, and low-income populations. There is a need for additional non-emergency medical transportation outside of the mountain communities. There is a lack of transportation for those who don't own or cannot afford an automobile for access to jobs in and around the mountain communities, and connecting to jobs "off the mountain".

VVTA provides transit service seven days a week to the high desert communities of Lucerne Valley, Hesperia, Victorville, Apple Valley, Barstow, Helendale, Tri-Community, and Adelanto. VVTA also provides long distance commuter service to Fort Irwin and the Inland Empire. VVTA has bus stops on SR-18 at Barstow Road, Trade Post Road, Navajo Road, Kiowa Road, Flathead Road, Wakita Boulevard, Bass Hill Road, Piute Road, Mandan Road, St. Timothy Road, Acoma Road, Yanan Road, Tao Road, Corwin Road, Amargosa Road and Palmdale Road, Borego Road, El Evado Road, Cobalt Road, Mesa Linda Avenue, and US-395 (bus bay). Service headways range from every half hour to two hours. Several transit facilities located in Old Town Victorville, adjacent to SR-18 include Victor Valley Transportation Center, Greyhound Victorville Bus Station and Amtrak Victorville Station.

| Segment # | Mode & Collateral Facility | Name | Route End Points | Operating Period | Station Locations | Bikes Allowed | Location Description | # Parking Spaces |
|---|---|---|---|---|---|---|---|---|
| 1 | Commuter Bus | Mountain Transit RIM off the Mountain | Arrowhead Village to San Bernardino Courthouse | Commute Periods | San Bernardino and Mountain Communities | 3 | Multiple stops | 0 |
| 2 | Commuter Bus | Mountain Transit RIM off the Mountain | Arrowhead Village to San Bernardino Courthouse | Commute Periods | San Bernardino and Mountain Communities | 3 | Multiple stops | 0 |
| 3 | Commuter Bus | Mountain Transit RIM off the Mountain | Arrowhead Village to San Bernardino Courthouse | Commute Periods | San Bernardino and Mountain Communities | 3 | Multiple stops | 0 |
|  | Park and Ride | Crestline | N/A | N/A | Forest Shade / Lake Drive | N/A | No Bike Rack | 34 |
| 4 | Commuter Bus | Mountain Transit RIM off the Mountain | Arrowhead Village to San Bernardino Courthouse | Commute Periods | San Bernardino and Mountain Communities | 3 | Multiple stops | 0 |
| 5 | Commuter Bus | Mountain Transit RIM off the Mountain | Arrowhead Village to San Bernardino Courthouse | Commute Periods | San Bernardino and Mountain Communities | 3 | Multiple stops | 0 |
| 6 | Traditional Bus | Mountain Transit Route 2 | Valley of Enchantment to Arrowhead Village | Weekdays | Mountain Communities | 3 | Multiple stops | 0 |
| 7 | Traditional Bus | Mountain Transit Route 4 | Mountain Community Hospital to Dutch's Market | Weekdays | Mountain Communities | 3 | Multiple stops | 0 |
| 8 | Traditional Bus | Mountain Transit Route 4 | Mountain Community Hospital to Dutch's Market | Weekdays | Mountain Communities | 3 | Multiple stops | 0 |
| 9 | Traditional Bus | Mountain Transit Route 4 | Mountain Community Hospital to Dutch's Market | Weekdays | Mountain Communities | 3 | Multiple stops | 0 |

| Segment # | Mode & Collateral Facility | Name | Route End Points | Operating Period | Station Locations | Bikes Allowed | Location Description | # Parking Spaces |
|---|---|---|---|---|---|---|---|---|
| | Commuter Bus | Mountain Transit Big Bear off the Mountain | Interlaken Center to San Bernardino Courthouse | Commute Periods | Big Bear, Highland, San Bernardino, and Mountain Communities | 3 | Multiple stops | 0 |
| 10 | Traditional Bus – Route 1 | Mountain Transit Route 1 | Willow Landing to Oak Lane at F St. | Monday to Sunday | Big Bear and Mountain Communities | ~ | Multiple stops | 0 |
| | Traditional Bus – Route 1A | Mountain Transit Route 1A | Mountain Meadows Senior Apts. To North Shore Dr. at Gold Mountain Dr. | Weekdays | Big Bear and Mountain Communities | ~ | Multiple stops | 0 |
| 11 | Traditional Bus – Route 1 | Mountain Transit Route 1 | Willow Landing to Oak Lane at F St. | Monday to Sunday | Big Bear and Mountain Communities | ~ | Multiple stops | 0 |
| | Traditional Bus – Route 1A | Mountain Transit Route 1A | Mountain Meadows Senior Apts. To North Shore Dr. at Gold Mountain Dr. | Weekdays | Big Bear and Mountain Communities | ~ | Multiple stops | 0 |
| 12 | Traditional Bus – Route 1 | Mountain Transit Route 1 | Willow Landing to Oak Lane at F St. | Monday to Sunday | Big Bear and Mountain Communities | ~ | Multiple stops | 0 |
| | Traditional Bus – Route 1A | Mountain Transit Route 1A | Mountain Meadows Senior Apts. To North Shore Dr. at Gold Mountain Dr. | Weekdays | Big Bear and Mountain Communities | ~ | Multiple stops | 0 |
| 13 | Commuter Bus | Mountain Transit Big Bear off the Mountain | Interlaken Center to San Bernardino Courthouse | Commute Periods | Big Bear, Highland, San Bernardino, and Mountain Communities | | Multiple stops | 0 |
| 13 | Traditional Bus – Route 1 | Mountain Transit Route 1 | Willow Landing to Oak Lane at F St. | Monday to Sunday | Big Bear and Mountain Communities | | Multiple stops | 0 |
| | Traditional Bus – Route 1A | Mountain Transit Route 1A | Mountain Meadows Senior Apts. To North Shore Dr. at Gold Mountain Dr. | Weekdays | Big Bear and Mountain Communities | ~ | Multiple stops | 0 |
| 14 | Traditional Bus – Route 1 | Mountain Transit Route 1 | Willow Landing to Oak Lane at F St. | Monday to Sunday | Big Bear and Mountain Communities | 3 | Multiple stops | 0 |
| | Traditional Bus – Route 1A | Mountain Transit Route 1A | Mountain Meadows Senior Apts. To North Shore Dr. at Gold Mountain Dr. | Weekdays | Big Bear and Mountain Communities | 3 | Multiple stops | 0 |

| Segment # | Mode & Collateral Facility | Name | Route End Points | Operating Period | Station Locations | Bikes Allowed- | Location Description | # Parking Spaces |
|---|---|---|---|---|---|---|---|---|
| 15 | Traditional Bus – Route 1 | Mountain Transit Route 1 | Willow Landing to Oak Lane at F St. | Monday to Sunday | Big Bear and Mountain Communities | 3 | Multiple stops | 0 |
| | Traditional Bus – Route 1A | Mountain Transit Route 1A | Mountain Meadows Senior Apts. To North Shore Dr. at Gold Mountain Dr. | Weekdays | Big Bear and Mountain Communities | 3 | Multiple stops | 0 |
| 16 | Traditional Bus – Route 23 | VVTA Route 23 | Apple Valley Post Office | Monday to Sunday | Apple Valley, Lucerne Valley | 3 | Multiple stops | 0 |
| 17 | Traditional Bus – Route 23 | VVTA Route 23 | Apple Valley Post Office | Monday to Sunday | Apple Valley, Lucerne Valley | 3 | Multiple stops | 0 |
| | Traditional Bus – Route 43 | VVTA Route 43 | Apple Valley Post Office | Monday to Sunday | Apple Valley, Victorville | 3 | Multiple stops | 0 |
| 17 | Traditional Bus – Route 40 | VVTA Route 40 | Apple Valley Post Office | Monday to Sunday | Apple Valley | 3 | Multiple stops | 0 |
| | Traditional Bus – Route 41 | VVTA Route 41 | Lorene and 7th | Monday to Sunday | Apple Valley, Victorville | 3 | Multiple stops | 0 |
| 18 | Traditional Bus – Route 40 | VVTA Route 40 | Apple Valley Post Office | Monday to Sunday | Apple Valley | 3 | Multiple stops | 0 |
| | Traditional Bus – Route 41 | VVTA Route 41 | Lorene and 7th | Monday to Sunday | Apple Valley, Victorville | 3 | Multiple stops | 0 |
| 19 | Traditional Bus – Route 41 | VVTA Route 41 | Lorene and 7th | Monday to Sunday | Apple Valley, Victorville | 3 | Multiple stops | 0 |
| | Intercity Passenger Rail | Amtrak | Los Angeles and Chicago | Monday to Sunday | Victorville | 6 | Old Town Victorville | 16 |
| | Park and Ride | Victor Valley Transportation Center | N/A | N/A | Transit, Greyhound, Amtrak | | N/A | 170 |

| Segment # | Mode & Collateral Facility | Name | Route End Points | Operating Period | Station Locations | Bikes Allowed | Location Description | # Parking Spaces |
|---|---|---|---|---|---|---|---|---|
| | Traditional Bus – Route 41 | VVTA Route 41 | Lorene and 7th | Monday to Sunday | Apple Valley, Victorville | 3 | Multiple stops | 0 |
| 20 | Park and Ride | San Bernardino County Fairgrounds | N/A | N/A | City of Victorville | - | N/A | 48 |
| | Traditional Bus- 32 | VVTA Route 32 | Lorene and 7th | Monday to Sunday | Adelanto, Victorville | 3 | Multiple stops | 0 |
| 20 | Traditional Bus- 31 | VVTA Route 31 | Lorene and 7th | Monday to Sunday | Adelanto, Victorville | 3 | Multiple stops | 0 |
| 21 | Traditional Bus- 32 | VVTA Route 32 | Lorene and 7th | Monday to Sunday | Adelanto, Victorville | 3 | Multiple stops | 0 |
| 22 | Traditional Bus- 31 | VVTA Route 31 | Lorene and 7th | Monday to Sunday | Adelanto, Victorville | 3 | Multiple stops | 0 |
| 22 | Traditional Bus- 33 | VVTA Route 33 | Highway 395 and Palmdale | Monday to Sunday | Adelanto | 3 | Multiple stops | 0 |

*VVTA - Bus stops that have more than 25 boardings per day have benches, and bus stops that have more than 50 passengers per day have a shelter

## FREIGHT

SR-18 serves as the primary goods movement corridor through several mountain communities, including Crestline, Lake Arrowhead, and Running Springs, as well as the City of Big Bear Lake. Truck volumes are relatively low on SR-18. SR-18 is a California Legal Advisory Route in the mountains and a Terminal Access Route in the High Desert and Inland Empire areas. The vertical grades and horizontal curves in the mountains require trucks to travel at much slower speeds than passenger vehicles, and can cause travel delays when passenger vehicles are unable to pass slower moving trucks.

The Southern California Logistics Airport located in Victorville is expected to increase cargo capacity in future years. As a result, truck trips for moving goods to and from the Southern California Logistics Airport are also anticipated to increase on SR-18.

| Facility Type/ Freight Generator | Location | Mode | Name | Major Commodity/ Industry |
|---|---|---|---|---|
| Highway | SR-210 to Old Waterman Canyon Rd and Marble Canyon Rd to LA Co. line | Trucks, Terminal Access Route | SR-18 | Passenger, Light Cargo |
| Highway | Old Waterman Canyon Rd to Marble Canyon Rd | Trucks, Legal Advisory Route | SR-18 | Electronics, Manufactured Products, Agriculture |
| Highway | SR-18 and SR-138 Jct. to SR-138 and I-15 Jct. | Trucks, Legal Advisory Route | SR-138 | Electronics, Manufactured Products, Agriculture |
| Highway | SR-18 and SR-173 Jct. to SR-189 Jct. | Trucks, Legal Advisory Route | SR-173 | Electronics, Manufactured Products, Agriculture |
| Highway | SR-18 and SR-189 Jct. to restricted portion | Trucks, Legal Advisory Route | SR-189 | Electronics, Manufactured Products, Agriculture |
| Highway | SR-18 to Forest Service Rd | Trucks, California Legal Network | SR-330 | Agriculture |
| Highway | SR-18 to SR-62 | Trucks, Legal Advisory Route | SR-247 | Agriculture |
| Interstate | Victorville | Trucks, National Network Route | I-15 | Food |
| Highway | Victorville | Trucks, National Network Route | SR-395 | Agriculture |
| Rail | Victorville | Class I Railway | BNSF Railway | Manufactured Products |
| Rail | Victorville | Class I Railway | Union Pacific Railroad | Manufactured Products |

## ENVIRONMENTAL CONSIDERATIONS

The purpose of this environmental section is to conduct a high level identification of environmental factors that may need future analysis in the project development process. This information does not represent all possible environmental considerations that may exist on or near the corridor.

Section 4(f) Land:
Section 4(f) refers to the original section within the U.S. Department of Transportation Act of 1966 which established the requirement for consideration of park and recreational lands, wildlife and waterfowl refuges, and historic sites in transportation project development. The law, now codified in 49 U.S.C. §303 and 23 U.S.C. §138, is implemented by the Federal Highway Administration (FHWA) through the regulation of 23 CFR 774. SR-18 traverses through the San Bernardino National Forest. Adjacent to the corridor are also Boulder Bay Park, Baylis Park (a USFS picnic ground) and the Wildwood Park. The project planning and development process should avoid, minimize, and mitigate any adverse impacts to Section 4(f) lands.

**Farmland/Timberland:**

Forests and woodlands in the mountainous areas of SR-18 contain Coulter Pine, Canyon Live Oak, and Black Oak with scattered stands of Juniper and single-l Pinyon Pine in the northeast section of the Place. At the higher elevations, Jeffrey Pine, Ponderosa Pine and Incense Cedar are present. Big Cone Douglas Fir occupies drainages within the chaparral-covered hillsides and Mountain Dogwood occupies shaded stream corridors at higher elevations. Large acreages of dense conifer forest on both national forest and private land have been affected by high tree mortality related to drought, and the threat of wildfires in rural and urban areas are a significant concern. Pinyon-Juniper woodland, Jeffrey Pine forest, and mixed conifer and subalpine forests are found here. One of the two quaking aspen groves in Southern California and the Champion Lodgepole pine occur here.

Drought-induced mortality in Jeffrey Pine forest is occurring at a high rate, raising the risk of wildfires. There is potential for stand replacing fires and type conversion in the pinyon -juniper woodland within the unit, as large acreages of this vegetation type have burned to the north and east. Community defense zones are needed to protect the City of Big Bear Lake, as well as the communities of Green Valley Lake, Big Bear City, Fawnskin, Moonridge, Sugarloaf, Baldwin Lake, Erwin Lake and Lake Williams. Firewood collection is an important local use here. No livestock grazing allotments are present. Community protection from wildland fire is of the highest priority. It will be emphasized through public education, fire prevention, and fuels management. Forest health projects will be implemented to remove dead trees and reduce stand density that will result in a more natural pattern of low intensity fires and return intervals. Holcomb Valley consists of Jeffrey Pine, Western Juniper, Canyon Live Oak and White Fir. The valued landscape attributes to be preserved over time are the stands of Joshua trees and Pinyon juniper, the large montane meadow system and the open high-desert undeveloped character; all an important part of the landscape character associated with mining and Native American use.

The high desert landscape in the eastern and northeastern portion along the SR-18 is characterized by Joshua Tree and Pinyon-Juniper covered hillsides. Joshua Trees at the lower elevations lead to shaded canyons and forested ridges. Some of the largest occurrences of federally listed native plants are found here in the carbonate deposits laid down by ancient inland seas. This is the location where the north slope of the San Bernardino Mountains links up with the Mojave Desert. The majority of land is valued for the presence of large quantities of high quality, limestone mineral deposits used in the production of pharmaceuticals and cement. There is a cement facility located between the communities of Lucerne Valley and Baldwin Lake. Access through the Desert Rim from the mountains to the desert is through SR-18 west to Lucerne Valley 3NO3, and 2N02 east to Pioneer Town. Most of the private parcels are utilized for limestone mining operations; no residential uses of land exist. Utility and transportation rights-of-way occur within the area.

**Environmental Justice:**

With a county average of 19.2% and state average of 16.4% of the population below poverty level, the unincorporated community of Big Bear City had the highest percentage of poverty at 21.3%. Running Springs had the lowest rate at 11.8%, followed by Lake Arrowhead at 13.2% and the City of Big Bear Lake at 15.8%. The Mountain Transit service area as a whole is below the county poverty level at 16.7%. Project planning efforts should be made to avoid any disproportionately high and adverse impacts on these populations and ensure that all populations, regardless of race and income level are included in the project development and public engagement process.

**Cultural Resources:**
Cultural resources encompass both the built and archeological environments, which includes both prehistoric and historic archeological sites. The southern portion of the route has a potential for discovery due to the proximity to tribal lands and Big Bear. Heritage resources are identified, protected, and interpreted through establishment of tribal partnerships. Potential discoveries may include not only physical evidence of the past but also intangible evidence such as traditional cultural lands and sacred sites. Record searches and often pedestrian surveys would be required to assess the potential for these resources within the SR-18 corridor. There are places identified in the San Bernardino National Forest that include High concentrations of prehistoric and historic heritage resources, with some of the oldest habitation sites on the national forest. Natural features, such as Baldwin Lake and Pan Hot springs figure prominently in Native American creation stories and legends. The protection and interpretation of these sites is an ongoing concern. Rock Camp (a large prehistoric encampment named for its numerous bedrock milling features) is one of the best known heritage sites in southern California. Historically, the area was an important location of early logging activity and the setting of the "Battle of Indian Hill," the last major encounter between Euro-Americans and Native Americans in southern California.

**Visual Aesthetics:**
Segments 3 through 15 of the corridor traverse through scenic, mountainous terrain with abundant, year-round recreation and wildlife viewing and fishing opportunities. Segments 4 through 17 are eligible for Scenic Highway designation. Visitors from throughout Southern California are drawn to the mountain communities for its weather, climate, beautiful landscapes, and recreational opportunities. Planning and development of transportation improvements should take into consideration the visual aesthetics and community characteristics along SR-18. It is also important for transportation investments to remain consistent with the goals, policies, and visions described in the local and regional jurisdictions' community, general, specific, and active transportation plans.

**Geology/ Soils/ Seismic:**
Earthquakes are the principal geologic activity occurring within San Bernardino County. SR-18 traverses several faults, including the San Andreas, Santa Ana, Helendale, Doble and Arrowhead faults, in one of the most tectonically active regions in the United States. As such, geotechnical considerations should be an important part of the project development process.

**Floodplain:**
SR-18 bridges several washes and water bodies along the corridor within the mountain and Mojave watersheds. These zones are considered to be within the 100-year floodplain. Project planning should minimize encroachment into the floodplain as well as avoid any type of longitudinal encroachment.

**Climate Change:**
Within California, transportation sources including passenger cars, light duty trucks, other trucks, buses, and motorcycles make up the largest source (second to electrical generation) of Greenhouse Gas emissions sources. The project development process should include all possible measures that support efforts to reduce vehicle miles traveled by working with local jurisdictions on planning activities.

**Hazardous Materials and Naturally Occurring Asbestos:**
An Initial Site Assessment may be required to identify potential sources of hazardous materials. Proper disposal of hazardous material is vital if it is disturbed during project construction. Coordination with federal, tribal, state, city and county agencies and local landowners to develop emergency response

guidelines for hazardous spills on National Forest System land or on adjacent non-National Forest System land with potential to affect threatened, endangered, proposed, candidate, and sensitive fish and amphibian habitat is an important consideration under Section 4(f).

**Air Quality:**
Most of California's transportation air quality requirements come from the Federal Clean Air Act (FCAA) and the California Clean Air Act (CCAA). The FCAA sets nationwide standards called National Ambient Air Quality Standards (NAAQS) managed by the U.S. Environmental Protection Agency (EPA). As such, the U.S. EPA has set both primary (health) and secondary (welfare) standards for the six "criteria pollutants"—carbon monoxide, lead, nitrogen dioxide, ozone, sulfur dioxide, and particulates (PM10 and PM2.5). The California Clean Air Act, managed by the California Environmental Protection Agency (Cal EPA), sets California's vehicle emission control and fuel standards at more stringent levels than Federal standards. This often results in differing air quality designations for the same region within California. Both federal and state designations are provided in the table for Imperial County pollutants. Ozone and PM10 are the remaining criteria pollutants that have non-attainment federal and state designations. For PM2.5, only the federal designation is nonattainment.

*Ozone (O3):*
According to MDAQMD is classified as non-attainment for ozone National Ambient Air Quality Standards (NAAQS) standard pursuant to the provisions of Federal Clean Air Act (FCAA). A portion of the Mojave Desert Air Quality Management District (MDAQMD) is included in the Southeast Desert Modified AQMA.

*Particulate Matter (PM10):*
According to MDAQMD, Mojave Desert Planning Area is classified as non-attainment/maintenance for PM10. The Maintenance Plan for PM10 approval by the U.S. Environmental Protection Agency was published in the Federal Register on March 19, 2013.

*Fine Particulate Matter (PM2.5):*
According to MDAQMD is unclassified attainment for PM2.5 (Annual Federal). Nonattainment (portion of MDAQMD outside of Western Mojave Desert Ozone Nonattainment Area is unclassified/attainment)

*Carbon Monoxide (CO) and Nitrogen Dioxide (NO2):*
According to MDAQMD, is Unclassified /Attainment for CO and NO2.

**Noise:**
Project planning efforts should identify sensitive receptors along the route and determine reasonable and feasible measures to reduce noise levels exceeding federal and state thresholds.

**Waters and Wetlands:**
Within the SR-18 corridor, Santa Ana River, Mill Creek and City Creek are major watershed features. The identification and permitting of potential project filling and/or dredging within a jurisdictional water body would need to be coordinated with the appropriate regulatory agency.

**Wild and Scenic Rivers:**
There are no designated Wild and Scenic Rivers along SR-18.

**Special Status Species:**

Narrow canyons of critical riparian habitat and rounded summits with patches of Montane Conifer are found in the mountain areas. The vegetation includes Coastal Sage Scrub, mixed chaparral, and stands of Bigcone Douglas Fir, with Canyon Live Oak and Coulter Pine at the lower elevations. Jeffrey, Ponderosa, Sugar and Knobcone pine, White Fir and Black and Canyon Live Oak are present at the higher elevations. Poor air quality affects vegetation health and vigor. Frequent fires have decimated Coastal Sage Scrub and chaparral to nonnative grasslands and noxious weeds. Important habitat for Southwestern Willow Flycatcher and Speckled Dace exists in the mountain region. The lower segments of SR-18 contains critical habitat for the San Bernardino Kangaroo Rat, California Gnatcatcher, and the Santa Ana Sucker. National Forest lands near Oak Glen provide a connection to regional habitat linkage connecting the San Bernardino Mountains to the Redlands Badlands and San Jacinto/ Lake Perris Core Reserve.

During the project development process, a records search and a potential natural environment study would be required to identify the presence of any special status species within the SR-18 corridor. Evaluate potential long-term impacts of new projects and activities on important landscape level habitats that are identified in the places. These include landscape linkages, wildlife movement corridors, key deer and bighorn sheep fawning and lambing areas, and winter ranges, and raptor nesting sites. Minimize or mitigate impacts to maintain their functionality over the long-term (all Places). As SR-18 passes through the "Rim of the World" and the "Desert Rim" regions, the route comes in close proximity to Special Interest Areas such as Big Horn Mountain Wilderness, Big Mountain Wilderness, Bear Creek, Holcomb Creek, Siberia Creek, Deep Creek, Arrastre Creek, Black Hawk, Broom Flat, Baldwin Lake Holcomb Valley and Childrens Forest. Potential project effects on this area of critical concern would need to be minimized and coordinated with the appropriate regulatory agency.

**Habitat Connectivity:**
There are various significant natural areas adjacent to SR-18 as the route runs along the corridor. This supports diverse plant and wildlife communities including a large expanse of high quality California Spotted Owl habitat and much of the known range of the Southern Rubber Boa. Southwestern Willow Flycatcher, Yellow Warbler, Northern Flying Squirrel, and many other special status species are found here. Wintering Bald Eagle day and night roost sites are present on national forest land adjacent to Lake Arrowhead and Silverwood Lake. Private land throughout the area has high potential for development, which is increasing species dependence on national forest land. Critical habitat for the Arroyo Southwestern Toad is designated below 5,000 feet along Deep Creek and is proposed for the Southwestern Willow Flycatcher. Deep Creek also supports native fish including a hybridized population of the Mohave Tui Chub. This corridor serves as an important habitat linkage, connecting Southwestern Willow Flycatcher habitat in the desert to habitat in the mountains. An important landscape linkage for deer and bear is present in the Heap's Peak/ Sheep Creek area, connecting desert and coastal areas. Potential project effects on these natural areas would need to be minimized and coordinated with the appropriate regulatory agency.

Many forest service roads such as 3N16, 3N14 and 3N03 provide access to national forest lands from SR-18. This area has the highest number of unclassified roads and trails in all four Southern California national forests, with approximately three miles of road per square mile.

## Environmental Scan

| Segment | Section 4(f) Land | Coastal Zone | Farmland/Timberland | Environmental Justice | Cultural Resources | Visual Aesthetics | Geology/Soils/Seismic | Floodplain | Climate Change and Sea Level Rise Vulnerability | Hazardous Materials | Naturally Occurring Asbestos | Air Quality – Ozone | Air Quality – PM 2.5 | Air Quality – PM 10 | Air Quality – CO | Noise | Waters and Wetlands | Wild and Scenic Rivers | Special Status Species | Fish Passage | Habitat Connectivity |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Low | | | | Medium | Low | | | | Low | | Non-Attainment | Non-Attainment | Maintenance | Attainment/Maintenance | | | N/A | | N/A | Low |
| 2 | Low | N/A | Low | | Medium | | | 100 yr. | | Low | Low | Non-Attainment | Non-Attainment | Maintenance | Attainment/Maintenance | | High | High | Low | N/A | Low |
| 3 | Medium | N/A | | | | | | N/A | | Mild | Low | Non-Attainment | Non-Attainment | Maintenance | Attainment/Maintenance | | | N/A | N/A | Low | Low |
| 4 | Medium | N/A | | Medium | High | Med | Med | N/A | | High | | Non-Attainment | Non-Attainment | Maintenance | Attainment/Maintenance | Med | | N/A | N/A | N/A | Low |
| 5 | High | N/A | | Medium | High | Med | | N/A | N/A | Med | Med | Non-Attainment | Non-Attainment | Maintenance | Attainment/Maintenance | Med | N/A | N/A | N/A | N/A | Low |
| 6 | High | N/A | | Medium | Low | | | N/A | N/A | Low | Med | Non-Attainment | Non-Attainment | Maintenance | Attainment/Maintenance | Med | N/A | N/A | N/A | N/A | Low |
| 7 | High | N/A | | Medium | Low | | Medium | N/A | N/A | High | High | Non-Attainment | Non-Attainment | Maintenance | Attainment/Maintenance | Med | N/A | N/A | N/A | N/A | Low |
| 8 | | N/A | Medium | Medium | Low | Medium | Medium | N/A | N/A | | | Non-Attainment | Non-Attainment | Maintenance | Attainment/Maintenance | Low | N/A | Medium | Medium | N/A | High |
| 9 | | N/A | Medium | Medium | Low | Medium | Medium | N/A | N/A | | | Non-Attainment | Non-Attainment | Maintenance | Attainment/Maintenance | Low | N/A | Medium | Medium | N/A | High |
| 10 | | N/A | Medium | Medium | Low | Medium | Medium | N/A | N/A | | | Non-Attainment | Non-Attainment | Maintenance | Attainment/Maintenance | Low | N/A | Medium | Medium | N/A | High |
| 11 | High | N/A | Medium | Medium | Low | Medium | Medium | 100 yr. | N/A | Medium | | Non-Attainment | Non-Attainment | Maintenance | Attainment/Maintenance | Low | Medium | Medium | Medium | N/A | High |
| 12 | High | N/A | | Medium | Low | Medium | Medium | N/A | N/A | Medium | | Non-Attainment | Non-Attainment | Maintenance | Attainment/Maintenance | Low | Medium | Medium | Medium | N/A | High |
| 13 | High | N/A | | Medium | Low | Medium | Medium | N/A | N/A | Low | | Non-Attainment | Non-Attainment | Maintenance | Attainment/Maintenance | Low | Low | | | Medium | High |
| 14 | High | N/A | | Medium | Low | Medium | Medium | N/A | N/A | Low | | Non-Attainment | Non-Attainment | Maintenance | Attainment/Maintenance | Low | Low | | | N/A | High |
| 15 | High | N/A | | Medium | Low | Medium | Medium | N/A | N/A | Low | | Non-Attainment | Non-Attainment | Maintenance | Attainment/Maintenance | Low | Low | | | N/A | High |
| 16 | High | N/A | | Medium | Low | Medium | | 100 yr. | N/A | Low | | Non-Attainment | Non-Attainment | Maintenance | Attainment/Maintenance | Low | Low | | | N/A | High |
| 17 | Medium | | Low | Medium | Medium | | | 100 yr. | N/A | Low | | Non-Attainment | Attainment/Unclassified | Non-Attainment | Attainment/Unclassified | Low | | Low | Low | N/A | Medium |
| 18 | Medium | | Low | Medium | Medium | | | 100 yr. | N/A | Low | | Non-Attainment | Attainment/Unclassified | Non-Attainment | Attainment/Unclassified | Low | | Low | Low | N/A | Medium |
| 19 | Medium | | Low | Medium | | | | | N/A | Low | | Non-Attainment | Attainment/Unclassified | Non-Attainment | Attainment/Unclassified | Low | | | | | Medium |
| — Break in Route — | | | | | | | | | | | | | | | | | | | | | |
| 20 | Low | N/A | Low | Low | Low | Low | | N/A | N/A | Low | Low | Non-Attainment | Attainment/Unclassified | Non-Attainment | Attainment/Unclassified | Low | Low | Low | Low | N/A | Low |
| 21 | Low | N/A | Low | Low | Low | Low | | N/A | N/A | Low | Low | Non-Attainment | Attainment/Unclassified | Non-Attainment | Attainment/Unclassified | Low | Low | Low | Low | N/A | Low |
| 22 | Low | N/A | Low | Low | Low | Low | | N/A | N/A | Low | Low | Non-Attainment | Attainment/Unclassified | Non-Attainment | Attainment/Unclassified | Low | Low | Low | Low | N/A | Low |
| 23 | Low | N/A | Low | Low | Low | Low | | N/A | N/A | Low | Low | Non-Attainment | Attainment/Unclassified | Non-Attainment | Attainment/Unclassified | Low | Low | Low | Low | N/A | Low |

## CORRIDOR PERFORMANCE

| Segment | 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| **Basic System Operations** | | | | | | | |
| AADT 2012 | 25,300 | 16,500 | 16,000 | 8,000 | 9,000 | 10,500 | 7,500 |
| AADT 2040 | 29,200 | 25,000 | 24,300 | 15,300 | 13,400 | 15,900 | 18,100 |
| LOS Method | HCM | HCM | HCM | HCM | HCM | HCM | HCM |
| LOS 2012 | B | A | B | D | D | D | D |
| LOS 2040 | B | B | B | D | D | D | E |
| VMT 2012 | 35,200 | 11,900 | 151,500 | 23,000 | 25,000 | 13,900 | 52,100 |
| VMT 2040 | 40,600 | 18,000 | 230,100 | 43,900 | 37,300 | 21,000 | 125,800 |
| **Truck Traffic** | | | | | | | |
| Total Average Annual Daily Truck Traffic (AADTT) 2012 | 3,460 | 1,680 | 1,790 | 1,460 | 1,640 | 1,820 | 960 |
| Total Average Annual Daily Truck Traffic (AADTT) 2040 | 3,500 | 3,500 | 2,190 | 2,450 | 2,420 | 2,550 | 2,530 |
| Total Trucks (% of AADT) 2012 | 14% | 10% | 11% | 18% | 18% | 17% | 13% |
| Total Trucks (% of AADT) 2040 | 12% | 14% | 9% | 16% | 18% | 16% | 14% |
| 5+ Axle Average Annual Daily Truck Traffic (AADTT) 2012 | 780 | 220 | 230 | 100 | 120 | 130 | 60 |
| 5+ Axle Average Annual Daily Truck Traffic (AADTT) 2040 | 880 | 460 | 280 | 170 | 170 | 180 | 150 |
| 5+ Axle Trucks (% of AADT) 2012 | 3% | 1% | 1% | 1% | 1% | 1% | 1% |
| 5+ Axle Trucks (% of AADT) 2040 | 3% | 2% | 1% | 1% | 1% | 1% | 1% |
| **Peak Hour Traffic Data** | | | | | | | |
| Peak Hour Direction | NB | SB | SB | SB | SB | NB | NB |
| Peak Hour Time of Day | PM | PM | PM | PM | PM | PM | PM |
| Peak Hour Directional Split 2012 | 54/46 | 60/40 | 60/40 | 60/40 | 60/40 | 60/40 | 60/40 |
| Peak Hour Directional Split 2040 | 55/45 | 64/36 | 60/40 | 60/40 | 54/46 | 52/48 | 51/49 |
| Peak Hour V/C (2012) | 0.36 | 0.25 | 0.31 | 0.42 | 0.40 | 0.44 | 0.33 |
| Peak Hour V/C (2040) | 0.41 | 0.28 | 0.34 | 0.55 | 0.46 | 0.49 | 0.67 |

| Segment # | 8 | 9 | 10 | 11 | 12 | 13 | 14 |
|---|---|---|---|---|---|---|---|
| **Basic System Operations** | | | | | | | |
| AADT 2012 | 7,700 | 4,700 | 6,500 | 9,000 | 10,300 | 30,000 | 22,500 |
| AADT 2040 | 11,600 | 7,700 | 7,500 | 13,700 | 14,100 | 45,500 | 34,100 |
| LOS Method | HCM | HCM | HCM | HCM | HCM | HCM | HCM |
| LOS 2012 | D | D | D | D | E | C | B |
| LOS 2040 | E | D | A | A | B | C | C |
| VMT 2012 | 97,600 | 10,500 | 9,900 | 2,600 | 7,700 | 48,300 | 20,000 |
| VMT 2040 | 147,000 | 17,200 | 11,400 | 4,000 | 10,600 | 73,300 | 30,300 |
| **Truck Traffic** | | | | | | | |
| Total Average Annual Daily Truck Traffic (AADTT) 2012 | 770 | 520 | 720 | 990 | 1,130 | 3,300 | 2,480 |
| Total Average Annual Daily Truck Traffic (AADTT) 2040 | 1,050 | 770 | 750 | 1,090 | 1,130 | 3,640 | 2,730 |
| Total Trucks (% of AADT) 2012 | 10% | 11% | 11% | 11% | 11% | 11% | 11% |
| Total Trucks (% of AADT) 2040 | 9% | 10% | 10% | 8% | 8% | 8% | 8% |
| 5+ Axle Average Annual Daily Truck Traffic (AADTT) 2012 | 70 | 70 | 100 | 140 | 160 | 460 | 350 |
| 5+ Axle Average Annual Daily Truck Traffic (AADTT) 2040 | 90 | 110 | 110 | 150 | 160 | 510 | 380 |
| 5+ Axle Trucks (% of AADT) 2012 | 1% | 1% | 2% | 2% | 2% | 2% | 2% |
| 5+ Axle Trucks (% of AADT) 2040 | 1% | 1% | 1% | 1% | 1% | 1% | 1% |
| **Peak Hour Traffic Data** | | | | | | | |
| Peak Hour Direction | NB | NB | NB | NB | NB | NB | NB |
| Peak Hour Time of Day | PM | PM | PM | PM | PM | PM | PM |
| Peak Hour Directional Split (2012) | 55/45 | 56/44 | 52/48 | 55/45 | 54/46 | 53/47 | 53/47 |
| Peak Hour Directional Split (2040) | 57/43 | 72/28 | 58/42 | 61/39 | 59/41 | 55/45 | 55/45 |
| Peak Hour V/C (2012) | 0.44 | 0.28 | 0.34 | 0.49 | 0.55 | 0.57 | 0.42 |
| Peak Hour V/C (2040) | 0.70 | 0.37 | 0.12 | 0.19 | 0.38 | 0.60 | 0.51 |

| Segment # | 15 | 16 | 17 | 18 | 19 | | 20 |
|---|---|---|---|---|---|---|---|
| **Basic System Operations** | | | | | | | |
| AADT 2012 | 19,500 | 7,800 | 2,700 | 10,500 | 35,900 | *-Break in Route-* | 40,000 |
| AADT 2040 | 29,600 | 10,600 | 4,900 | 12,600 | 50,800 | | 60,700 |
| LOS Method | HCM | HCM | HCM | HCM | HCM | | HCM |
| LOS 2012 | E | D | C | D | C | | C |
| LOS 2040 | F | D | C | D | C | | D |
| VMT 2012 | 44,900 | 33,200 | 42,200 | 180,100 | 202,500 | | 16,800 |
| VMT 2040 | 68,100 | 45,000 | 76,500 | 216,100 | 286,500 | | 25,500 |
| **Truck Traffic** | | | | | | | |
| Total Average Annual Daily Truck Traffic (AADTT) 2012 | 2,150 | 990 | 330 | 2,050 | 3,980 | *-Break in Route-* | 3,520 |
| Total Average Annual Daily Truck Traffic (AADTT) 2040 | 4,140 | 1,900 | 680 | 2,520 | 4,580 | | 4,860 |
| Total Trucks (% of AADT) 2012 | 11% | 13% | 12% | 20% | 11% | | 9% |
| Total Trucks (% of AADT) 2040 | 14% | 18% | 14% | 20% | 9% | | 8% |
| 5+ Axle Average Annual Daily Truck Traffic (AADTT) 2012 | 300 | 240 | 50 | 750 | 950 | | 920 |
| 5+ Axle Average Annual Daily Truck Traffic (AADTT) 2040 | 580 | 460 | 120 | 800 | 1,040 | | 1,260 |
| 5+ Axle Trucks (% of AADT) 2012 | 2% | 3% | 2% | 7% | 3% | | 2% |
| 5+ Axle Trucks (% of AADT) 2040 | 2% | 4% | 2% | 6% | 2% | | 2% |
| **Peak Hour Traffic Data** | | | | | | | |
| Peak Hour Direction | NB | NB | NB | NB | NB | *-Break in Route-* | SB |
| Peak Hour Time of Day | PM | PM | PM | PM | PM | | PM |
| Peak Hour Directional Split (2012) | 59/41 | 56/44 | 57/43 | 52/48 | 53/47 | | 55/45 |
| Peak Hour Directional Split (2040) | 55/45 | 55/45 | 55/45 | 55/45 | 56/44 | | 55/45 |
| Peak Hour V/C (2012) | 0.93 | 0.36 | 0.14 | 0.27 | 0.58 | | 0.63 |
| Peak Hour V/C (2040) | 1.03 | 0.47 | 0.18 | 0.36 | 0.62 | | 0.88 |

| Segment # | 21 | 22 | 23 |
|---|---|---|---|
| Basic System Operations | | | |
| AADT 2012 | 30,000 | 8,400 | 5,200 |
| AADT 2040 | 35,900 | 32,900 | 20,400 |
| LOS Method | HCM | HCM | IICM |
| LOS 2012 | C | D | C |
| LOS 2040 | B | B | E |
| VMT 2012 | 118,800 | 125,600 | 23,400 |
| VMT 2040 | 142,200 | 491,900 | 91,800 |
| Truck Traffic | | | |
| Total Average Annual Daily Truck Traffic (AADTT) 2012 | 2,340 | 660 | 420 |
| Total Average Annual Daily Truck Traffic (AADTT) 2040 | 2,880 | 2,960 | 1,830 |
| Total Trucks (% of AADT) 2012 | 8% | 8% | 8% |
| Total Trucks (% of AADT) 2040 | 8% | 9% | 9% |
| 5+ Axle Average Annual Daily Truck Traffic (AADTT) 2012 | 960 | 270 | 170 |
| 5+ Axle Average Annual Daily Truck Traffic (AADTT) 2040 | 1,180 | 1,200 | 750 |
| 5+ Axle Trucks (% of AADT) 2012 | 3% | 3% | 3% |
| 5+ Axle Trucks (% of AADT) 2040 | 3% | 4% | 4% |
| Peak Hour Traffic Data | | | |
| Peak Hour Direction | SB | SB | SB |
| Peak Hour Time of Day | PM | PM | PM |
| Peak Hour Directional Split (2012) | 58/42 | 51/49 | 51/49 |
| Peak Hour Directional Split (2040) | 55/45 | 54/46 | 54/46 |
| Peak Hour V/C (2012) | 0.50 | 0.33 | 0.20 |
| Peak Hour V/C (2040) | 0.27 | 0.40 | 0.52 |

SR-18 Transportation Concept Report

000071

## KEY CORRIDOR ISSUES

On SR-18, there are several primary concerns for the future development of the corridor. Currently, traffic congestion and travel delays occur due to construction work, traffic accidents, slow moving vehicles, weather-related road conditions, and seasonal travel demands. Many portions of the corridor lack sidewalks, bicycle lanes and shoulders, which are vital to developing Complete Streets that are safe and accessible to users of all modes and abilities. Portions of the route that are located in the mountainous area would be challenging to widen for standard shoulder widths, sidewalks, and/or increasing capacity, due to environmental and right of way constraints. In the Adelanto, Victorville, and Apple Valley, widening of the corridor may also pose a challenge, due to adjacent land developments. It is important that Caltrans and local jurisdictions coordinate and collaborate on local developments that are proposed along SR-18 to ensure that the future facility will be a consistent, efficient, and safe corridor for all users. In Adelanto, Victorville, and Apple Valley, portions of the corridor have been recommended for relinquishment to local jurisdictions.

## CORRIDOR CONCEPT

### CONCEPT RATIONALE

The corridor is a 115-mile route that traverses different areas and communities that have varying land uses and travel demand patterns. Many segments in the rural areas will be maintained through system preservation projects. Segments of the corridor that are in developing and more congested areas will be improved for operational, safety, and capacity enhancements. In some areas where the corridor functions as the primary local arterial and adjacent land developments must rely on access points along SR-18, it is recommended that portions of segments be relinquished to the local jurisdiction to allow better management of the corridor at the local level for the community.

### PLANNED AND PROGRAMMED PROJECTS AND STRATEGIES

| Seg. | Description | Planned or Programmed | Location | Source |
|------|-------------|----------------------|----------|--------|
| 1-7 | Roadway protective betterments | Planned | From Junction of SR-210 to approximately 1.4 miles east of Kuffel Canyon Road | 2020 SHOPP |
| 3 | Rehabilitate pavement | Programmed | Near Crestline, from Arrowhead Springs Road to SR-138 | 2016 SHOPP |
| 3-13 | Culverts and ITS Upgrades | Planned | Various location in and near communities of Crestline, Rimforest, Skyforest, Running Springs, and City of Big Bear Lake | 2020 SHOPP |
| 7 | Install guardrail | Programmed | Near Lake Arrowhead, from East of SR-173 to Nob Hill Drive | 2016 SHOPP |
| 9-15 | Sediment stabilization and erosion control | Programmed | In and near Big Bear Lake, from SR-38 to Gildart Drive | 2016 SHOPP |

| Seg. | Description | Planned or Programmed | Location | Source |
|---|---|---|---|---|
| 9-17 | Reline or Replace Culverts | Planned | Various locations in and near Big Bear Lake and Lucerne Valley, from Big Bear Dam to Artic Canyon Wash | 2018 SHOPP |
| 18 | Construct passing lanes | Planned | On SR-18 from 0.8 miles west of Orchard Drive to 2.1 miles west of Orchard Drive | 2016 RTP |
| 18 | Install ground-in rumble strips | Programmed | Near Apple Valley and Lucerne Valley, from Cluster Avenue to Pauhaska Road | 2016 SHOPP |
| 18 | Construct raised curb median | Programmed | In Apple Valley, from Navajo Road to Kiowa Road | 2016 SHOPP |
| 19 | Pavement, culverts, sign panel, and curb ramps | Planned | From Dale Evans Parkway (in Apple Valley) to Junction of I-15/D Street (in Victorville) | 2020 SHOPP |
| 19 | Bridge Repair | Planned | In Victorville, at Mojave River Overcrossing | 2018 SHOPP |
| 18-19 | Realignment with turn and approach lanes | Programmed | SR-18 at Apple Valley Road | 2017 FTIP ID# 20110602, RTP ID #4AL04 |
| 21 | Construct raised curb median | Programmed | In Victorville, from Amargosa Road to Colbalt Road | 2016 SHOPP |
| 21 | Construct raised curb median | Programmed | In Victorville, from Cobalt Road to US-395 | 2016 SHOPP |
| 22 | Widen shoulders and add centerline and shoulder rumble strips | Programmed | In and near Adelanto, from US-395 to west of Oasis Road | 2016 SHOPP |
| 22 | Widen from 2 to 4 lanes | Planned | From US-395 to SBd/LA County Line | 2016 RTP |
| 22 | Cold plane and overlap, install centerline rumble strips, upgrade curb ramps, AC dikes, guardrails, and shoulder backing where needed | Planned | In and near Adelanto, from US-395 to SBd/LA County Line | 2018 SHOPP |

**Projects by Other Agencies**

The City of Big Bear Lake received an Active Transportation Program grant and plans to add Class II bicycle lanes, sidewalks, crosswalks, and ADA curb ramps on SR-18.

In the City of Big Bear Lake, on Segments 10 through 12, there are visible portions of the corridor where additional right of way has been acquired as adjacent land parcels are developed. Per the 2016 SCAG RTP Model, these segments of the corridor are planned for capacity enhancement. Since a specific project has not been planned or programmed in the FTIP, SCAG RTP, or SHOPP program, the above list does not identify a project to widen Segments 10-12 from two lanes to four lanes. However, the Concept Summary table on Page 3 reflects the future facility concept per the 2016 SCAG RTP Model.

In the City of Victorville, on Segment 21, there are visible portions of the corridor where additional right of way has been dedicated by local land development projects. Per the 2016 SCAG RTP Model, this segment is planned to become a six lane conventional highway, to be consistent with the local jurisdiction's General Plan. Since a specific project has not been planned or programmed in the FTIP, SCAG RTP, or SHOPP program, the above list does not identify a project to widen Segment 21 from four lanes to six lanes. This increase in capacity is, however, reflected on the Concept Summary table on Page 3, which identifies the future facility concept per the 2016 SCAG RTP Model.

The High Desert Corridor is proposed to construct a 63-mile east-west multimodal transportation corridor to be parallel to (and north of) SR-18, which may include a high speed passenger rail, two HOV lanes (one in each direction), four to six mixed-flow lanes (two to three lanes in each direction), and a 36-mile bicycle facility. The project is expected to improve interregional mobility between Palmdale and Victorville, enhance multimodal transportation modes, and help meet state goals on improving air quality and reducing greenhouse gas emissions.

## PROJECTS AND STRATEGIES TO ACHIEVE CONCEPT

| Seg. | Description | Location |
|------|-------------|----------|
| 8 | Widen to 4 lanes | Junction of SR-330 to Junction of SR-38 |
| 15 | Widen to 4 lanes | Stanfield Cutoff to Junction of SR-38 |
| 16-23 | Relinquishment recommended beginning from PM 54.5 through end of route | Greenway Drive/North Shore Drive/SR-38 to End of Route |

# APPENDICES

## APPENDIX A:

### GLOSSARY OF TERMS AND ACRONYMS

#### Acronyms

| | |
|---|---|
| AADT | — Annual Average Daily Traffic |
| ADT | — Average Daily Traffic |
| AQMD | — Air Quality Management District |
| Caltrans | — California Department of Transportation |
| CMA | — Congestion Management Plan |
| CSS | — Context Sensitive Solutions |
| FHWA | — Federal Highway Administration |
| GHG | — Green House Gas |
| HCP | — Habitat Conservation Plan |
| HCS | — Highway Capacity Software |
| HOV | — High Occupancy Vehicle Lane |
| HOT | — High Occupancy Toll Lane |
| IC | — Interchange |
| ITS | — Intelligent Transportation System |
| LOS | — Level of Service |
| MF | — Mixed-Flow Lane |
| MFE | — Mixed-Flow Lane Equivalent |
| ML | — Managed Lane |
| MPO | — Metropolitan Planning Organizations |
| NOA | — Naturally Occurring  Asbestos |
| NCCP | — Natural Community Conservation Plan |
| OC | — Overcrossing |
| PID | — Project Initiation Document |
| PM | — Post Mile |
| PSR | — Project Study Report |
| RCTC | — Riverside County Transportation Commission |
| Riv | — Riverside County |
| RTP | — Regional Transportation Plan |
| RTIP | — Regional Transportation Improvement Program |
| RTPA | — Regional Transportation Planning Agency |
| SBCTA | — San Bernardino County Transportation Authority |
| SBd | — San Bernardino County |
| SCAG | — Southern California Association of Governments |
| SCS | — Sustainable Community Strategies |
| SHOPP | — State Highway Operation Protection Program |
| STIP | — State Transportation Improvement Program |
| T | — Truck Lane |
| TDM | — Transportation Demand Management |
| TMS | — Transportation Management System |
| TSN | — Transportation System Network |

Acronyms

| UC | – Undercrossing |
| V/C | – Volume to Capacity Ratio |
| VMT | – Vehicle Miles Traveled |

Definitions

**Air Quality** – Air pollution comes from many different sources: stationary sources such as factories, power plants, and smelters and smaller sources such as dry cleaners and degreasing operations; mobile sources such as cars, buses, planes, trucks, and trains; and naturally occurring sources such as windblown dust, and volcanic eruptions, all contribute to air pollution. Air Quality can be affected in many ways by the pollution emitted from these sources. These pollution sources can also emit a wide variety of pollutants.
- **PM 2.5** – fine inhalable particles, with diameters that are generally 2.5 micrometers and smaller.
- **PM 10** – inhalable particles, with diameters that are generally 10 micrometers and smaller.
- **CO** – Carbon Monoxide; a colorless, odorless gas that can be harmful when inhaled in large amounts. The greatest sources of CO to outdoor air are cars, trucks and other vehicles or machinery that burn fossil fuels.
- **Ozone** – O3; created by chemical reactions between oxides of nitrogen (NOx) and volatile organic compounds (VOC) in the presence of sunlight.

**Annual Average Daily Traffic (AADT)** – Annual Average Daily Traffic is the total volume for the year divided by 365 days. The traffic count year is from October 1st through September 30th. Traffic counting is generally performed by electronic counting instruments moved from location throughout the State in a program of continuous traffic count sampling. The resulting counts are adjusted to an estimate of annual average daily traffic by compensating for seasonal influence, weekly variation and other variables which may be present. Annual ADT is necessary for presenting a statewide picture of traffic flow, evaluating traffic trends, computing accident rates, planning and designing highways, and other purposes.

**Bikeway Class I (Bike Path)** – Provides a completely separated right of way for the exclusive use of bicycles and pedestrians with cross flow by motorists minimized.

**Bikeway Class II (Bike Lane)** – Provides a striped lane for one-way bike travel on a street or highway.

**Bikeway Class III (Bike Route)** – Provides for shared use with pedestrian or motor vehicle traffic.

**Bikeway Class IV (Separated Bikeways/Cycle Tracks)** – Provides for the exclusive use of bicycles, on a street or highway, and requires a separation between the bikeway and through vehicular traffic. The separation may include, but is not limited to, grade separation, flexible posts, inflexible posts, inflexible barriers, or on-street parking.

**Capacity** – The maximum sustainable hourly flow rate at which persons or vehicles reasonably can be expected to traverse a point or a uniform section of a lane or roadway during a given time period under prevailing roadway, environmental, traffic, and control conditions.

**Capital Facility Concept** – The 20-25 year vision of future development on the route to the capital facility. The capital facility can include capacity increasing, state highway, bicycle facility, pedestrian facility, transit facility (Intercity Passenger rail, Mass Transit Guide way etc.), grade separation, and new managed lanes.

**Concept LOS** – The minimum acceptable level of service over the next 20-25 years.

**Conceptual Project** – A conceptual improvement or action is a project that is needed to maintain mobility or serve multimodal users, but is not currently included in a financially constrained plan and is not currently programmed.  It could be included in a General Plan or in the unconstrained section of a long-term plan.

**Corridor** – A broad geographical band that follows a general directional flow connecting major sources of trips that may contain a number of streets, highways, bicycle, pedestrian, and transit route alignments. Off system facilities are included for informational purposes and not analyzed in the TCR.

**Facility Concept** – Describes the facility and strategies that may be needed within 20-25 years.  This can include capacity increasing, state highway, bicycle facility, pedestrian facility, transit facility, non-capacity increasing operational improvements, new managed lanes, conversion of existing managed lanes to another managed lane type or characteristic, TMS field elements, transportation demand management, and incident management.

**Facility Type** – The facility type describes the state highway facility type.  The facility could be freeway, expressway, conventional, or one-way city street.

**Freight Generator** – Any facility, business, manufacturing plant, distribution center, industrial development, or other location (convergence of commodity and transportation system) that produces significant commodity flow, measured in tonnage, weight, carload, or truck volume.

**Headway** – The time between two successive vehicles as they pass a point on the roadway, measured from the same common feature of both vehicles.

**Intelligent Transportation System (ITS)** – Improves transportation safety and mobility and enhances productivity through the integration of advanced communications technologies into the transportation infrastructure and in vehicles. Intelligent transportation systems encompass a broad range of wireless and wire line communications-based information and electronics technologies to collect information, process it, and take appropriate actions.

**Level of Service (LOS)** – It is a qualitative measure describing operational conditions within a traffic stream and their perception by motorists. A LOS definition generally describes these conditions in terms of speed, travel time, freedom to maneuver, traffic interruption, comfort, and convenience.  LOS can generally be categorized as follows:



**LOS A** describes free flowing conditions. The operation of vehicles is virtually unaffected by the presence of other vehicles, and operations are constrained only by the geometric features of the highway.



**LOS B** is also indicative of free-flow conditions. Average travel speeds are the same as in LOS A, but drivers have slightly less freedom to maneuver.



**LOS C** represents a range in which the influence of traffic density on operations becomes marked. The ability to maneuver with the traffic stream is now clearly affected by the presence of other vehicles.



**LOS D** demonstrates a range in which the ability to maneuver is severely restricted because of the traffic congestion. Travel speed begins to be reduced as traffic volume increases.



**LOS E** reflects operations at or near capacity and is quite unstable. Because the limits of the level of service are approached, service disruptions cannot be damped or readily dissipated.



**LOS F** is a stop and go, low speed conditions with little or poor maneuverability. Speed and traffic flow may drop to zero and considerable delays occur. For intersections, LOS F describes operations with delay in excess of 60 seconds per vehicle. This level, considered by most drivers unacceptable often occurs with oversaturation, that is, when arrival flow rates exceed the capacity of the intersection.

**Mainline** – Includes travelway for through traffic but not freeway to freeway interchanges, local road interchanges, ramps, or auxiliary lanes.

**Multimodal** – The availability of transportation options using different modes within a system or corridor, such as automobile, subway, bus, rail, or air.

**Peak Hour** – The hour of the day in which the maximum volume occurs across a point on the highway.

**Peak Hour Volume** – The hourly volume during the highest hour traffic volume of the day traversing a point on a highway segment. It is generally between six percent and 10 percent of the Annual Daily Traffic (ADT). The lower values are generally found on roadways with low volumes.

**PeMS** – Caltrans Performance Measurement System is an archived data user service that provides over ten years of data for historical analysis. PEMS provides access to real-time and historical performance data which conducts assessment of freeway performance, base operational decisions on knowledge of the current state of the freeway network, and identifies congestion bottlenecks.

**Planned Project** – A planned improvement or action is a project in a financially constrained section of a long-term plan, such as an approved Regional or Metropolitan Transportation Plan (RTP or MTP), Capital Improvement Plan, or measure.

**Post-25 Year Concept** – This dataset may be defined and re-titled at the District's discretion.  In general, the Post-25 Year concept could provide the maximum reasonable and foreseeable roadway needed beyond a 20-25 year horizon.  The post-25 year concept can be used to identify potential widening, realignments, future facilities, and rights-of-way required to complete the development of each corridor.

**Post Mile (PM)** – A post mile is an identified point on the State Highway System. The milepost values increase from the beginning of a route within a count to the next county line. The milepost values start over again at each county line. Mile post values usually increase from south to north or west to east depending upon the general direction the route follows within the state.  The mile post at a given location will remain the same year after year. When a section of road is relocated, new milepost (usually noted by an alphabetical prefix such as "R" or "M") are established for it. If relocation results in a change in length, "mile post equations" are introduced at the end of each relocated portion so that mile posts on the reminder of the route within the county will remain unchanged.

**Programmed Project** – A programmed improvement or action is a project in a near-term programming document identifying funding amounts by year, such as the State Transportation Improvement Program or the State Highway Operations and Protection Program.

**Route Designation** –A route's designation is adopted through legislation and identifies what system the route is associated with on the State Highway System. A designation denotes what design standards should apply during project development and design. Typical designations include but not limited to National Highway System (NHS), Interregional Route System (IRRS), and Scenic Highway System.

**Rural** – Fewer than 5,000 in population designates a rural area. Limits are based upon population density as determined by the U.S. Census Bureau.

**RTP Model** – Forecasting model developed by Southern California Association of Governments (SCAG) prepares travel demand model approximately every 4 years in conjunction with the Regional Transportation Plan Project List.  SCAG's trip based model is structured on a four-step gravity model, which includes trip generation, trip distribution, mode choice, and trip assignment.

**Segment** – A portion of a facility between two points.

**System Operations and Management Concept** – Describes the system operations and management elements that may be needed within 20-25 years. This can include Non-capacity increasing operational improvements (Auxiliary lanes, channelization's, turnouts, etc.), conversion of existing managed lanes to another managed lane type or characteristic (e.g. HOV lane to HOT lane), TMS Field Elements, Transportation Demand Management, and Incident Management.

**Transportation Demand Management (TDM)** – Programs designed to reduce or shift demand for transportation through various means, such as the use of public transportation, carpooling, telework, and alternative work hours. Transportation Demand Management strategies can be used to manage congestion during peak periods and mitigate environmental impacts.

**Transportation Management System (TMS)** – Is the business processes and associated tools, field elements, and communications systems that help maximize the productivity of the transportation system. TMS includes, but is not limited to, advanced operational hardware, software, communications systems,

and infrastructure, for integrated Advanced Transportation Management Systems and Information Systems, and for Electronic Toll Collection System.

**Urban** – 5,000 to 49,999 in population designates an urban area. Limits are based upon population density as determined by the U.S. Census Bureau.

**Urbanized** – Over 50,000 in population designates an urbanized area. Limits are based upon population density as determined by the U.S. Census Bureau.

**Vehicle Miles Traveled (VMT)** – Is the total number of miles traveled by motor vehicles on a road or highway segments.

## APPENDIX B:
### FACTSHEETS

There are no factsheets available for this route.

## APPENDIX C:
### ADDITIONAL CORRIDOR DATA

There is no additional corridor data for this route.

## APPENDIX D:
### RESOURCES

- CalEPA Area Designations Map:
  https://www.arb.ca.gov/desig/adm/adm.htm
- Caltrans District 8 District System Management Plan, June 2017
- Caltrans District 8 TASAS Highway Sequence Listing
- City of Adelanto General Plan:
  http://www.ci.adelanto.ca.us/352/City-of-Adelanto-General-Plan
- City of Big Bear Lake General Plan:
  https://www.citybigbearlake.com/index.php/city-departments/planning
- City of Victorville General Plan:
  http://www.victorvilleca.gov/generalplan.aspx
- High Desert Corridor Project:
  https://www.metro.net/projects/high-desert-corridor/
- Mountain Transit:
  http://mountaintransit.org/plans-and-reports/
- SCAG Local Profile Reports:
  http://www.scag.ca.gov/DataAndTools/Pages/LocalProfiles.aspx
- SBCTA Non-Motorized Transportation Plan for San Bernardino County, Revised May 2015:
  http://www.gosbcta.com/plans-projects/plans-non-motor.html
- SCAG 2016 Regional Transportation Plan/Sustainable Communities Strategy (RTP/SCS):
  http://scagrtpscs.net/Pages/FINAL2016RTPSCS.aspx
- SCAG 2016 RTP/SCS Project List:
  http://scagrtpscs.net/Documents/2016/final/f2016RTPSCS_ProjectList.pdf

- Scenic Highway Routes:
  http://www.dot.ca.gov/hq/LandArch/16_livability/scenic_highways/scenic_hwy.htm
- Streets and Highways Code §250-257:
  http://www.leginfo.ca.gov/cgi-bin/displaycode?section=shc&group=00001-01000&file=250-257
- Town of Apple Valley General Plan:
  http://www.applevalley.org/services/planning-division/2009-general-plan
- Truck Route List and Truck Network Maps:
  http://www.dot.ca.gov/hq/traffops/trucks/truckmap/
- U.S. Census 2010:
  http://www.census.gov/2010census/
- Victor Valley Transit Agency:
  http://vvta.org/
- XpressWest Project:
  http://www.xpresswest.com/

## APPENDIX E:
### SYSTEM PLANNING FLOW CHART



**Marianna McIntyre**

| | |
|---|---|
| From: | Clinton Mikel |
| Sent: | Friday, June 08, 2018 4:00 PM |
| To: | Esperanza Anderson |
| Cc: | James Witham; Marianna McIntyre; Monique Selby |
| Subject: | LR 7-3 Request and FRCP 11 Motion |
| Attachments: | EXHIBIT A - St Bernardine Medical Center to MCH.pdf; EXHIBIT B - Fwd_ HHS OIG FOIA Request 18-0206, Whitham.pdf; EXHIBIT C - SR 18 Transportation Concept Report.pdf; DRAFT - Mountains Rule 11 Motion 4828-7230-6023 v.pdf |

Hi, Espie,

See email string below and attachments.

I have previously brought to your attention certain written information that you have provided to the Court that is demonstrably wrong, namely that --

In your second amended complaint you stated that:
     "On information and belief, the route has not been designated by CalTrans, *which does not use "mountainous terrain"* as a defined road designation."
     2nd Amended Complaint, Dkt. 26, ¶ 36.

In your Opposition Brief you removed your "information and belief" qualifier and stated that:

     "Further, Highway 18, which is main route between Mountains and the nearest hospital *has never been designated by California as mountainous terrain*... Relator alleges this in the SAC. [SAC, ¶36(b)(i).]"
     Opposition to MTD, Dkt. 29, p. 7, lines 13-15

As you know, attached EXHIBIT C (available at http://www.dot.ca.gov/hq/tpp/corridor-mobility/D8_docs/SR18.pdf), an official CalTrans publication, conclusively demonstrates that: (a) CalTrans does use Mountainous Terrain as a defined road designation; and (b) portions of Highway 18 have been designated as "Mountainous Terrain" by CalTrans.

Here is our LR 7-3 request –

- We will file a joint notice/Motion to Amend to the Court (under FRCP15/LR 15),  that states, benignly and narrowly, that:

     Relator has previously plead (Dkt. 26, ¶ 36; Dkt. 29, p. 7, lines 13-15), that: (a) CalTrans does not use Mountainous Terrain as a defined road designation; and (b) Highway 18 has never been designated as "Mountainous Terrain" by CalTrans.

     However, upon the Parties receiving further information, those two assertions are no longer supportable.

     We would be happy to provide you with a draft joint stipulated notice that will not be materially different than above.

     *OR, ALTERNATIVELY,*

000083

- We will be forced to file a FRCP 11 Motion. Attached is a draft of our FRCP 11 Motion, which we are serving on you under FRCP 11(c)(2). We are separately mailing this Motion and a copy of this email to you today, to effectuate service under FRCP 5.

  Please consider this our LR 7-3 request on this issue, noting that we will be filing this Motion within 21 days of serving this request to you unless the claim/contention is withdrawn or otherwise appropriately corrected.

It goes without saying that we also request that you withdraw the entirety of your complaint. Presuming that you will not consent to that, however, for now we are merely requesting your consent to the narrow corrections noted above.

I would be happy to discuss and further LR 7-3 dialogue if you would like to schedule a call or trade emails.

Best, Clinton

*Note new address below. Please update our contact information.*



**Clinton Mikel**

*Partner*
**The Health Law Partners, P.C.**
p:    (248) 996-8510  m: (313) 600-8587
f:    (248) 996-8525
a:    32000 Northwestern Hwy., #240, Farmington Hills, MI 48334
w:   www.thehlp.com  e: cmikel@thehlp.com



The Health Law Partners, P.C. (HLP), is a Michigan professional corporation. The HLP operates additional offices in New York as "The Greenberg, Dresevic, Iwrey, Kalmowitz & Pendleton Law Group".

**CONFIDENTIAL:** This electronic message and all contents contain information which may be privileged, confidential or otherwise protected from use/disclosure. Some information, such as health information, may be further protected by state and federal laws, which may impose liability for the recipient's improper use, disclosure, or retention of the information. The information is for the addressee only. If you are not the addressee, any disclosure, copy, retention, distribution or use of the contents of this message is prohibited. If you have received this electronic message in error, please notify HLP immediately by calling (248) 996-8510, or emailing us at partners@thehlp.com, and destroy the original communication and all copies thereof.

This message is not meant to constitute an electronic signature or evidence intent to contract electronically.

**From:** Clinton Mikel
**Sent:** Friday, May 18, 2018 4:53 PM
**To:** 'Esperanza Anderson' <esperanza@andersonlitigation.com>
**Cc:** Monique Selby <mselby@thehlp.com>; James R. Witham (jwitham@thehlp.com) <jwitham@thehlp.com>
**Subject:** LR 7-3 Request and Request for Immediate Pleading Corrections

Hi, Espie,

As you know, in your second amended complaint you alleged that the appropriate route for the Court to evaluate is:

"The most direct route between the two facilities results in a geographic distance between the two hospitals of 23.9 miles. That route travels over California state highways 18 and 173."
2nd Amended Complaint, Dkt. 26, ¶ 36.

I have mapped this out as **EXHIBIT A**. We do not concede this is the appropriate route, but that is what you have pled.

You should be aware that we (and now you) have recently received the following information:

000084

- We received **EXHIBIT B** yesterday. It should be self-explanatory, but you should note that the OIG and the State of California: (a) when evaluating Mountainous Terrain standard in the 2013 OIG Report utilized the State of California's "Mountainous, Rolling, and Flat" designations, as based on the "HPMS Field Manual"; and (b) the OIG noted that "we understand that mountainous terrain is a subjective designation." Of course, as you admitted to the Court, the OIG found that Mountains met the distance requirements in their 2013 OIG Report.
  - We received **EXHIBIT B** yesterday. It led us to **EXHIBIT C**.
- California's DOT recently publicly released its "Transportation Concept Report" for State Route 18, report dated 6/27/17. I have attached the same as **EXHIBIT C** – it is also available here: http://www.dot.ca.gov/hq/tpp/corridor-mobility/D8_docs/SR18.pdf.
  - This was uploaded to DOT website sometime in late December 2017 -- https://web.archive.org/web/*/http://www.dot.ca.gov/hq/tpp/corridor-mobility/D8_docs/SR18.pdf.

You should note the following from **EXHIBIT C**.

SR-18 is broken into route segments. See pg. 6 of **EXHIBIT C** and immediately below:

# CORRIDOR OVERVIEW

## ROUTE SEGMENTATION

| Segment | Location Description | County_Route_Begin PM | County_Route_End PM |
|---------|---------------------|----------------------|--------------------|
| 1 | Junction of SR-210 to 40th Street | SBd_18_6.15 | SBd_18_7.54 |
| 2 | 40th Street to Sierra Way/Arrowhead Road | SBd_18_7.54 | SBd_18_8.26 |
| 3 | Sierra Way/Arrowhead Road to Junction of SR-138 | SBd_18_8.26 | SBd_18_17.73 |
| 4 | Junction of SR-138 to Junction of SR-189/Lake Gregory Drive | SBd_18_17.73 | SBd_18_20.60 |
| 5 | Junction of SR-189/Lake Gregory Drive to Daley Canyon Road | SBd_18_20.60 | SBd_18_23.38 |
| 6 | Daley Canyon Road to Junction of SR-173 | SBd_18_23.38 | SBd_18_24.70 |

Note that PM is the "Post Mile" mile marker. Reference pgs. 49 and 51 of **EXHIBIT C**.

The State of California designates Segments 3 through 5 of SR-18 as being Mountainous terrain. Reference bottom of pg. 12 of **EXHIBIT C**.

Segments 3 -5 are on the route that you have pled that the Court should evaluate. Segment 3 of SR-18 starts at PM 8.26 and Segment 5 of SR-18 ends at PM 23.38. **There is a total mountainous terrain distance, according to the State of California DOT, of 15.12 miles (23.38 – 8.26) just in segments 3 – 5 of SR-18.** This is, of course, before adding in additional mountainous terrain/secondary roads portions of SR-18, before adding in SR-173 (which you pled as being "mountainous terrain" and a secondary road in your 2nd Amended Complaint, ¶ 26 – note that you mistakenly labeled 173 as 178 there, 178 is in Bakersfield), *et cetera*.

In your second amended complaint you stated that:

000085

"On information and belief, the route has not been designated by CalTrans, *which does not use "mountainous terrain"* as a defined road designation."
2nd Amended Complaint, Dkt. 26, ¶ 36.

In your Opposition Brief you removed your "information and belief" qualifier and stated that:

"Further, Highway 18, which is main route between Mountains and the nearest hospital *has never been designated by California as mountainous terrain…* Relator alleges this in the SAC. [SAC, ¶36(b)(i).]"
Opposition to MTD, Dkt. 29, p. 7, lines 13-15

There is no need for me to cite the rest of the sections of the Second Amended Complaint and the Opposition to MTD where you allege that Mountains does not meet the distance requirements.

Obviously, this publicly available information from a California website (note our briefing on this in Dkt 32 and the Court's previous ruling in Dkt 23), reveals that your qui tam lawsuit is also fatally flawed from a factual falsity perspective. This is before we get into subjective/objective standard distinctions in FCA litigation, regulatory vagueness, knowledge/reckless disregard, intent/scienter, *et cetera*.

Putting that aside, in both your Second Amended Complaint and in your Opposition Brief to our MTD you stated unequivocally that the state of California has never designated Highway 18 as mountainous terrain. You are now on notice, unequivocally, that this is an untrue statement.

Here is our request:

- Please make an immediate correction to the Court (FRCP 11(b) and CRPC 5-200) regarding your statements that: (i) CalTrans "does not use "mountainous terrain" as a defined road designation", and (ii) that "Highway 18… has never been designated by California as mountainous terrain".
  - If you do not do so, I will be bringing this to the Court's attention on Monday.

- In the unlikely event that the Court does not grant our MTD on Monday, please allow this correspondence to serve as our LR 7-3 request for a Motion to Dismiss and Rule 56 conversion.

Please let me know if you would like to discuss further.

Best, Clinton

<u>Monique</u> – Please print/compile 4 copies, single sided color, of email and attachments. Thank you.

*Note new address below. Please update our contact information.*



Clinton Mikel

*Partner*
**The Health Law Partners, P.C.**
p:      (248) 996-8510   m: (313) 600-8587
f:      (248) 996-8525
a:      32000 Northwestern Hwy., #240, Farmington Hills, MI 48334
w:      www.thehlp.com   e: cmikel@thehlp.com



The Health Law Partners, P.C. (HLP), is a Michigan professional corporation. The HLP operates additional offices in New York as "The Greenberg, Dresevic, Iwrey, Kalmowitz & Pendleton Law Group".

**CONFIDENTIAL:** This electronic message and all contents contain information which may be privileged, confidential or otherwise protected from use/disclosure. Some information, such as health information, may be further protected by state and federal laws, which may impose liability for the recipient's improper use, disclosure, or retention of the information. The information is for the addressee only. If you are not the addressee, any disclosure, copy, retention, distribution or use of the contents of this message is prohibited. If you have received this electronic message in error, please notify HLP immediately by calling (248) 996-8510, or emailing us at partners@2thehlp.com, and destroy the original communication and all copies thereof.
*******************************************************************

This message is not meant to constitute an electronic signature or evidence intent to contract electronically.

000087

St. Bernardine Medical Center to Mountains Community Hospital - Goog...    https://www.google.com/maps/dir/St.+Bernardine+Medical+Center,+21...



Google Maps    St. Bernardine Medical Center to Mountains Community Hospital    Drive 23.8 miles, 41 min

## St. Bernardine Medical Center

2101 N Waterman Ave, San Bernardino, CA 92404

### Take E Highland Ave to N Waterman Ave

2 min (0.3 mi)

↑   1.   Head east

174 ft

↰   2.   Turn left toward E Highland Ave

203 ft

↰   3.   Turn left onto E Highland Ave

0.2 mi

### Take CA-18 to Kuffel Canyon Rd

32 min (19.9 mi)

↱   4.   Turn right onto N Waterman Ave

2.7 mi

↑   5.   Continue onto CA-18

17.2 mi

### Follow Kuffel Canyon Rd and CA-173 W to Hospital Rd in Lake Arrowhead

8 min (3.6 mi)

000088

↰   6.   Turn left onto Kuffel Canyon Rd

0.3 mi

↱   7.   Turn right onto S Kuffel Canyon Rd

0.3 mi

⤷   8.   Slight right to stay on S Kuffel Canyon Rd

0.6 mi

↱   9.   Turn right onto CA-173 W

2.4 mi

↱   10.   Turn right onto Hospital Rd
          ⓘ Destination will be on the right

79 ft

## Mountains Community Hospital

29101 Hospital Rd, Lake Arrowhead, CA 92352

These directions are for planning purposes only. You may find that construction projects, traffic, weather, or other events may cause conditions to differ from the map results, and you should plan your route accordingly. You must obey all signs or notices regarding your route.

000089

5/18/2018, 11:57 AM

St. Bernardine Medical Center to Mountains Community Hospital - Goog...     https://www.google.com/maps/dir/St.+Bernardine+Medical+Center,+No...



Google Maps    St. Bernardine Medical Center to Mountains Community Hospital     Drive 23.5 miles, 42 min

## St. Bernardine Medical Center

2101 N Waterman Ave, San Bernardino, CA 92404

**Take E Highland Ave to N Waterman Ave**

2 min (0.3 mi)

&uarr; 1.  Head east

174 ft

&#x2196; 2.  Turn left toward E Highland Ave

203 ft

&#x2196; 3.  Turn left onto E Highland Ave

0.2 mi

**Take CA-18 to CA-173 W in Lake Arrowhead**

30 min (18.8 mi)

&#x2197; 4.  Turn right onto N Waterman Ave

2.7 mi

&uarr; 5.  Continue onto CA-18

16.1 mi

**Follow CA-173 W to Hospital Rd**

10 min (4.4 mi)

000090

St. Bernardine Medical Center to Mountains Community Hospital - Goog...     https://www.google.com/maps/dir/St.+Bernardine+Medical+Center,+No...

6. Turn left onto CA-173 W
   ⓘ Pass by 7-Eleven (on the left in 1.5 mi)

                                                                    1.6 mi

7. **Turn right to stay on CA-173 W**

                                                                    2.9 mi

8. Turn right onto Hospital Rd
   ⓘ Destination will be on the right

                                                                    79 ft

## Mountains Community Hospital

29101 Hospital Rd, Lake Arrowhead, CA 92352

These directions are for planning purposes only. You may find that construction projects,
traffic, weather, or other events may cause conditions to differ from the map results, and
you should plan your route accordingly. You must obey all signs or notices regarding your
route.

000091

| | |
|---|---|
| **From:** | James Witham |
| **To:** | Clinton Mikel |
| **Subject:** | Fwd: HHS OIG FOIA Request 18-0206, Whitham |
| **Date:** | Thursday, May 17, 2018 8:04:42 PM |
| **Attachments:** | Whitham Closeout 6.pdf |
| | ATT00001.htm |

Clint,

See FOIA results from Caltrans.

V/r

Randall

Sent from my iPhone

Begin forwarded message:

> **From:** "OIG, FOIA" <FOIA.OIG@oig.hhs.gov>
> **Date:** May 17, 2018 at 12:34:38 PM EDT
> **To:** "jwitham@thehlp.com" <jwitham@thehlp.com>
> **Subject: HHS OIG FOIA Request 18-0206, Whitham**



DEPARTMENT OF HEALTH AND HUMAN SERVICES

# OFFICE OF INSPECTOR GENERAL

WASHINGTON, DC 20201



FOIA Servicer: 202-6201

Freedom of Information Act Office
Cohen Bldg. Suite 1062
330 Independence Ave., SW
Washington DC 20201

May 17, 2018

James Whitham
The Health Law Partners, P.C.
32000 Northwestern Hwy Ste. 240
Farmington Hills, MI 48334-1569

Dear Mr. Whitham:

This is in response to the December 21, 2017, Freedom of Information Act (FOIA) request you submitted to the Department of Health and Human Services (HHS), Office of Inspector General (OIG), seeking any and all information and communications submitted by the California Department of Transportation in response to the OIG's survey.

This office located ten (10) pages responsive to your request; I have determined to partially release all ten (10) pages with portions withheld under FOIA Exemption (b)(6).

Exemption (b)(6) permits the withholding of information that if released would constitute a clearly unwarranted invasion of personal privacy.

There is no charge for FOIA services in this instance because billable fees are under the Department $25.00 cost effective threshold.

If you have reason to believe that any denied portions should not be exempt from disclosure, you may appeal. Your appeal should be mailed within 90 days from the date of this letter, to the U.S. Department of Health and Human Services, ASPA, FOI/Privacy Act Division, Suite 729H, 200 Independence Avenue, SW, Washington, DC 20201. Clearly mark both the envelope and your letter "Freedom of Information Act Appeal" or email FOIARequest@hhs.gov.

In addition, you may contact our FOIA Requester Service Center at 202.619.2541 or FOIA@oig.hhs.gov, for any further assistance or to discuss any aspect of your request. Additionally, you may contact the Office of Government Information Services (OGIS) at the National Archives and Records Administration to inquire about the FOIA mediation services they offer. The contact information for OGIS is as follows: Office of Government Information Services, National Archives and Records Administration, Room 2510, 8601 Adelphi Road, College Park, Maryland 20740-6001, ogis@nara.gov; telephone at 202-741-5770; toll free at 1-877-684-6448; or facsimile at 202-741-5769.

For your information, Congress excluded three discrete categories of law enforcement and national security records from the requirements of the FOIA. See 5 U.S.C. § 552(c) (2006 & Supp. IV (2010).
This response is limited to those records that are subject to the requirements of the FOIA. This is a standard notification that is given to all our requesters and should not be taken as an indication that excluded records do, or do not, exist.

Sincerely,

Robin R. Brooks
Director
Freedom of Information

000093

**Curry, Elliot M (OIG/OEI)**

| | |
|---|---|
| From: | Mark Samuelson [mark_samuelson@dot.ca.gov] |
| Sent: | Tuesday, October 02, 2012 1:29 PM |
| To: | Curry, Elliot M (OIG/OEI) |
| Cc: | JM Appleton |
| Subject: | Re: Fw: Mountainous Terrain in CA |
| Attachments: | CAH.pdf; pic15875.jpg; CA - Routes.pdf |

Elliot,

We have reviewed our database to see if the roadway is categorized as Mountainous, Rolling, and Flat for the 3 segments identified in your email below.  To clarify landscape terrain and roadway terrain are different.
The Tahoe Area landscape terrain is Mountainous but the roads can be flat and given a designation of Flat.  The results presented are base on the roadway characteristics and not the landscape characteristics.  The results of our findings are as follows:

    Route #1 (HUM-101): Not Mountainous
    Route #2 (MEN-101): Not Mountainous
    Route #3 (NEV/SIE-080): Yes, Mountainous Attached is the file that was created for this request.  (See attached
file: CAH.pdf)

If you need more information or have questions you may contact me at 916-654-3334.


Thanks,

Mark S. Samuelson, Chief
Office of Highway System Information & Performance Transportation System Information (TSI)


1120 N Street MS-38
Sacramento, CA 95814
Phone: 916-654-3334
Cell:  (b)(6)
Fax 916-654-6583


|  |  |  |
|---|---|---|
| JM Appleton/HQ/Caltrans/CAGov |  | To |
|  | mark_samuelson@dot.ca.gov, | |
| 10/01/2012 01:14 PM | tremain_downey@dot.ca.gov | |
|  |  | cc |
|  |  | Subject |
|  | Fw: Mountainous Terrain in CA | |

Please review the email below and coordinate our response ..... If needed I can request additional time for us to respond ..... let me know ....
thanks.

Jim Appleton

Acting Division Chief
Transportation System Information

(916) 654-6228
(b)(6) ████████ .... cell


\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

CONFIDENTIALITY NOTICE:  This e-mail, including attachments, is for the exclusive use of the intended recipient(s) and may contain confidential or privileged information.  Any unauthorized review, use, disclosure, or distribution is prohibited.  If you are not the intended recipient, please contact the sender by reply e-mail, destroy all copies of the original message and do not print, copy or forward.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*


----- Forwarded by JM Appleton/HQ/Caltrans/CAGov on 10/01/2012 01:13 PM -----

| | | |
|---|---|---|
| "Curry, Elliot M (OIG/OEI)" <Elliot.Curry@oig.hhs.gov> | <jm_appleton@dot.ca.gov> | To |
| | | cc |
| 09/26/2012 03:03 PM | | Subject |
| | Mountainous Terrain in CA | |


(Embedded image moved to file: pic15875.jpg)Department of Health and Human Services, Office of Inspector General

The United States Department of Health & Human Services, Office of Inspector General, Office of Evaluation and Inspections is conducting a study of Critical Access Hospitals (CAH).  CAHs

2

000095

are small, rural hospitals that receive increased Medicare reimbursements.  The goal of this study is to determine the extent to which CAHs meet the Medicare requirements related to location (i.e., that CAHs are located a certain driving distance from the nearest hospital).

The purpose of this request is to determine which routes from CAHs to their nearest hospitals travel through mountainous terrain.  CAHs with routes to the nearest hospital that travel through mountainous terrain have a shorter distance requirement.

Attached to this email is a map of your State that includes numbered routes of CAHs to their nearest hospitals.  Please respond to this email by Oct.
3, 2012 with the numbers of those routes that may travel through mountainous terrain.  After receiving your response, we may follow up with additional questions about the length of the routes that you designated as potentially traveling through mountainous terrain.

We understand that mountainous terrain is a subjective designation. We ask that you respond to this request only to the best of your State's ability.

If you have any questions or difficulty opening the attachment, please alert us as soon as possible by contacting Elliot Curry at elliot.curry@oig.hhs.gov or at 312-353-0570.
We appreciate your State's cooperation in completing this request.
Information gathered from this request will assist us in identifying CAHs that meet Medicare location requirements.

Thank you for your cooperation.


        Elliot Curry
        U. S. Department of Health & Human Services
        Office of Inspector General
        233 N. Michigan Ave., Suite 1385
        Chicago, IL 60601 | Ph. 312.353.0570  (See attached file: CA - Routes.pdf)









SAINT MARY'S REGIONAL MEDICAL CENTER
235 W 6TH ST
RENO, NV 89503
Long. -119.818308
Lat. 39.532933

Reno

Nevada State
California State

(Sierra Co.) PM 1.593
California/Nevada Border

(Nevada Co.) PM 31.783 = (Sierra Co.) PM 0.0
Nevada/Sierra Co. Line

Sierra Co.
Nevada Co.

Total Mountainous Terrain Distance = 18.800 miles
(From Tahoe Forest Hospital to California/Nevada border line)

TAHOE FOREST HOSPITAL
10121 PINE AVE
TRUCKEE, CA 96161
Long. -120.200864
Lat. 39.324924

(Nevada Co.) PM 14.576
Tahoe Forest Hospital

000100