Clinton Mikel (SBN 251319)
cmikel@thehlp.com
The Health Law Partners, P.C.
32000 Northwestern Hwy., Suite 240
Farmington Hills, MI 48334
P: (248) 996-8510; F: (248) 996-8525
Attorneys for Defendant
San Bernardino Mountains Community Hospital District

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION – RIVERSIDE

| United States of America, *ex rel.*, Frank Adomitis, <br><br> Plaintiff, <br><br> vs. <br><br> San Bernardino Mountains Community Hospital District; <br> Does 1 through 20, inclusive; <br><br> Defendants. | Case No.: 5:17-cv-00002-JGB-KK <br> (Hon. Jesus G. Bernal) <br><br> **[Proposed] Order Granting Defendant's Motion for Attorneys' Fees and Expenses With Memorandum of Points and Authorities in Support** <br><br> *Date*: November 12, 2018 <br> *Time*: 9:00 AM <br> *Courtroom*: 1 |
|---|---|

On November 11, 2018, the Motion of Defendant, SAN BERNARDINO MOUNTAINS COMMUNITY HOSPITAL DISTRICT, for Attorneys' Fees and Expenses With Memorandum of Points and Authorities in Support came on regularly

**Page 1**

Defendant Mountains' [Proposed] Order Granting Motion for Attorneys' Fees and Expenses With Memorandum of Points and Authorities in Support
Case No.: 5:17-cv-00002-JGB-KK

scheduled hearing before the Honorable Jesus G. Bernal. The Court, having fully considered the moving and opposing papers and the oral argument of counsel, orders:

The award of $272,495.00 in attorneys' fees and $8,383.85 in expenses pursuant to 31 U.S.C.A. § 3730(d)(4) because: 1) Relator's claims against Mountains were frivolous; and 2) Relator's claims against Mountains were vexatious and constituted harassment against Defendant.

Furthermore, the Court finds that Defendant's requested attorneys' fee award of $272,495.00 and $8,383.85 in expenses is fair and reasonable in light of the reasonable hourly fees charged by Defendant's counsel and the reasonable number of hours spent by Defendant's counsel.

The attorneys' fees and expenses set forth in the Order shall be paid by Relator within (60) days.

**IT IS SO ORDERED**.

DATED: _____, 2018

_____
Honorable Jesus G. Bernal

# PROOF OF SERVICE

## STATE OF MICHIGAN, COUNTY OF OAKLAND

At the time of service, I was over 18 and not a party to this action. I am employed in the County of Oakland, State of Michigan. My business address is 32000 Northwestern Highway, Suite 240, Farmington Hills, Michigan, 48334.

On October 11, 2018, I served true copies of the foregoing document(s) described as **[Proposed] Order Granting Defendant's Motion for Attorneys' Fees and Expenses With Memorandum of Points and Authorities in Support** on the interested parties:

Esperanza Cervantes Anderson (SBN 197953)
LAW OFFICE OF ESPERANZA CERVANTES ANDERSON
1037 North Allen Avenue, Pasadena, California 91104
esperanza@andersonlitigation.com
Attorney for Plaintiff Relator
FRANK ADOMITIS

Kent A. Kawakami (SBN 149803)
Assistant U.S. Attorney
Room 7516, Federal Building, 300 North Los Angeles Street, Los Angeles, CA 90012
kent.kawakami@usdoj.gov
Attorney for Plaintiff United States of America

**CM/ECF NOTICE OF ELECTRONIC FILING**: I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

Executed on October 11, 2018, at Farmington Hills, Michigan.

/s/Marianna M. McIntyre
Marianna M. McIntyre

4827-8033-3175, v. 3