Clinton Mikel (SBN 251319)
cmikel@thehlp.com
The Health Law Partners, P.C.
32000 Northwestern Hwy., Suite 240
Farmington Hills, MI 48334
P: (248) 996-8510; F: (248) 996-8525
Attorneys for Defendant
San Bernardino Mountains Community Hospital District

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## EASTERN DIVISION – RIVERSIDE

| | |
|---|---|
| United States of America, *ex rel.*, Frank Adomitis, <br><br> Plaintiff, <br><br> vs. <br><br> San Bernardino Mountains Community Hospital District; Does 1 through 20, inclusive; <br><br> Defendants. | Case No.: 5:17-cv-00002-JGB-KK <br> (Hon. Jesus G. Bernal) <br><br> **Declaration of Charles Harrison in Support of Mountains' Motion for Attorney Fees** <br><br> *Date*: November 12, 2018 <br> *Time*: 9:00 AM <br> *Courtroom*: 1 |

## DECLARATION OF CHARLES HARRISON

I, Charles Harrison, declare as follows:

1.  I am the CEO of San Bernardino Mountains Community Hospital District ("**Mountains**").

2.   Mountains is a "local agency" of the State of California within the meaning of Section 6585(f ) of the California Government Code, and is governed by The Local Health Care District Law found at the California Health & Safety Code, 32000 to 32492. As a local agency, Mountains was formed by voter action in San Bernardinos' 1984 elections.

3.   I have been Mountains' CEO since late 2008.

4.   I was present when Frank Adomitis was fired from San Bernardino Mountains Community Hospital District by James Hoss, its then-CEO, on November 24, 2008.

5.   Mr. Adomitis then negotiated a 2-week severance agreement (the "**Severance Agreement**") allowing him to resign his employment, and releasing all claims against Mountains. See **EXHIBIT A**.

6.   The release in the Severance Agreement included the following:

> 1. RELEASE. In exchange for the terms and conditions set forth herein, EMPLOYEE agrees to, and by signing this document, does waive and release all claims known and unknown, which he might otherwise have had against EMPLOYER, its related entities, officers, directors, employers, agents, representatives, successors, assigns, attorneys, insurance carriers, workers' compensation carriers, and all other agents and representatives of any kind, regarding any aspect of his employment or the termination thereof…

> 7. WAIVER OF CIVIL CODE §1542. EMPLOYEE understands and agrees that this Release extends to all claims of every nature, known or unknown, suspected or unsuspected, past, present, or future, attributed to any action or omission to act arising out of the employment relationship and/or its termination. In agreeing to this, EMPLOYEE understands and agrees that EMPLOYEE is waiving the provisions of California Civil Code §1542, which reads as follows:

HLP® THE HEALTH LAW PARTNERS, P.C.

> "*A general release does not extend the claims in which the creditor does not know or suspects to exist in his favor at the time of executing the release, which, is known to him, would have materially, affected his settlement with the debtor.*"

7.   Having obtained a broad general release from Mr. Adomitis, Mountains expected to be left alone.

8.   Instead, in the years since his departure, Mr. Adomitis has made it a point to harass and defame Mountains at every turn.

9.   Mr. Adomitis has on numerous instances contacted Mountains employees, reporters in the local community, Mountains board members, and others, in order to harass Mountains.

10.   Mr. Adomitis has particularly focused his anger on me, and on Mountains' CFO, Yvonne Waggener.

11.   For background, Ms. Waggener and I previously had a 20+ year relationship. We are no longer in such relationship, though we continue to work together amicably.

12.   Additionally, I have worked with Ms. Waggener in various capacities for over 14 years.

13.   This fact was known to the Board of Mountains at the time Ms. Waggener was hired.

14.   Immediately prior to being hired by Mountains, contrary to Mr. Adomitis' assertions (detailed further below), Ms. Waggener was employed as CFO of Boulder City Hospital. She left that job to work at Mountains.

15.   The decision to hire Ms. Waggener was made by Mountains' Board.

16.   The decision by Mountains Board had nothing to do with Ms. Waggener's relationship with me.

17.   Though not relevant, Mountains' Board long ago implemented controls and reporting responsibilities to ensure that the relationship between me and Ms. Waggener would not interfere with work.

18.  Nevertheless, our previous relationship appears to be one of the primary triggers for Mr. Adomitis' ten years of seeking vengeance.

19.  Though Mr. Adomitis was fired in 2008, for over ten years Mr. Adomitis has continually ranted/raved/harassed Mountains, and contacted the hospital, various individuals in the community, reporters, board members, executives at the hospital.

20.  Some of these examples of Mr. Adomitis' constant harassment, excerpted in part here due to their length, include:

    a.  **EXHIBIT B** – Emails from Mr. Adomitis dated March 25 & 30, 2010. Quoting Adomitis:

        i.  "In reality hoss retired and I was fired because **you wanted to replace me with your unemployed girlfriend** and because hoss was mad that I wouldn't change the 2009 budget to reflect what he felt the hospital's profitably would be, hoss was mad that I wouldn't fire Pam and the entire PFS department because he thought it was their fault for the system installation fiasco, hoss was made that told the board of all the problems I found, hoss was mad that I wanted to get quotes for health insurance since the cost appeared too high to me and stern, and hoss was mad because he thought the 2008 financials were wrong."

    b.  **EXHIBIT C** – Emails with Mr. Adomitis dated May 18, 20, and 21, 2010:

        i.  When Mountains refuses to provide Mr. Adomitis with contact information for private individuals/community members, in the course of his harassing Mountains, Mr. Adomitis chillingly replies: "No problem. They shouldn't be too hard to find".

c. **EXHIBIT D** – Email from Mr. Adomitis to Mountains' Executive
Assistant/Mountains Finance Committee dated May 28, 2010.
Quoting Adomitis:

    i. "Somewhere in these minutes there must be an indication of a
plan **by Charlie and Yvonne, his girlfriend if you didn't
know,** to pull the hospital out of the deep red. They overspent
based on my budget for 2009 by over $500K and looks like they
are doing it again in 2010…**As for LAFCO, there is really no
specific need for the hospital to exist in its current state** in
my opinion, **esp. since it is so badly managed. Again my very
knowledgeable opinion. The hospital would not be in its
current condition, i.e. years of losses, if it were not very
badly managed. Letting me go to allow Charlie to hire his
unemployed girlfriend is just one of many, many examples.**"

d. **EXHIBIT E** – Email from Mr. Adomitis to Mountains' Executive
Assistant dated June 5, 2010.

e. **EXHIBIT F** – Email from Mr. Adomitis to Mountains' then-Director
of Marketing/Foundation dated June 13, 2010.

    i. This email particularly disturbed me since, on the heels of
seeking contact information regarding private citizens, Mr.
Adomitis had made it clear that he was searching property
records in the Lake Arrowhead region to obtain mine and Ms.
Waggener's home address. Quoting Adomitis:

        1. "**you didn't have a few minutes to discuss how MCH
is doing since I was replaced by Charile's unemployed
girlfriend Yvonne and made the "fall guy" for MCH's**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**problems.** I was able to get the financial statements for 2009, YTD for March 2010. The situation looks very bleak, **even after Charlie's and Yvonne's accounting tricks,** i.e. writing off retroactively $600K+ of prior loan costs that were being amortized. **Apparently they threw out Tucker in order to get their buddies in so they can do these manipulations…** My guess is that Hoss blanked out on my budget's accuracy. He blanked out on everything else that didn't fit into how he felt… The big question is what is the root cause of MCH problems? That's easy. **There is only one real root cause and that is simply incompetence. Hoss was clearly incompetent and to boot, he was a hypocrite.** He was let go by CHW because he failed at St. Johns. St. Johns is one of CHW's flagship hospitals. He came out of retirement, yea right, and put MCH near bankruptcy since he let the hospital deteriorate. **He surrounded himself with sycophants who would never say anything Hoss didn't agree with and simply parroted what he said.** For example, you remember when I presented to the board the very serious problems I had found with the revenue cycle? Your response was not that "wow!" these are bad and need to be corrected ASAP, but that it made Hoss look bad and the hospital could be sued. **Your response exposed that you are a coward since I know you know better. Hoss was fired by CHW for far less significant reasons than what I found.** Hoss is hypocrite because he wanted everyone to take "ownership" yet he allowed the hospital

to fall apart, e.g. he didn't raise prices for years**. I routinely smelled alcohol so my guess is that he had a drinking problem. This is in addition to his other psychological problems, e.g. he used psychological project to protect his egg shell ego.** Of course I am no psychologist, but to me it was clear. **The board is incompetent but one cannot expect anything from a so called financial planner, he doesn't even know that index funds routinely outperform actively managed funds, a guy who works at the water company, a real estate agent, an eye doctor, and a retired nurse.** When I did present the problems I found, Hoss should have been let go right there. At that point, the hospital was coming off two consecutive of negative years and was 9+ months into another terrible year. I will bet the prior CEO at Big Bear was fired for far less. They didn't even question Hoss which means in effect their public fiduciary responsibilities are secondary to protecting themselves. I will bet they even gave him money when he left. I know you remember Berkhart's $250K expense claim he submitted during 2008. The hospital is bleeding money, but he still thought it OK to submit a $250K expense claim. **The board didn't choose the best candidate for CEO. In fact Charlie was my last choice. The lady with the red hair should have been chosen. She and I were in agreement on how to pull the hospital out the red.** Charlie's grand idea was to improve the cost report. That was it. **Charlie's character is questionable given**

THE HEALTH LAW PARTNERS, P.C.

**that when he and Jim let me go he told me that I reminded him of his ex-wife.** He barely spoke to me for a month and half. I do hope I eventually live up to Charlie's expectations. **The board turning over the hospital to a guy who should be retiring and to his unemployed, twenty years his junior (It looks) girlfriend shows their lack of competence.** If Charlie and Yvonne were not needed at Boulder City, a hospital in a similar situation, why would they be needed by MCH? Charlie was replaced by the Director of Business Development and Yvonne was not replaced…**By the way, has Charlie and Yvonne bought a house in Lake Arrowhead. I see Hoss sold, but I don't see they bought.** If not, they don't show much commitment."

   f.   **EXHIBIT G** -- Email to Mountains' then-Director of Marketing/Foundation dated July 10, 2010:

        i.   Regarding Mountains' ex-CEO, quoting Adomitis: "I told him that he fired me since he needed a scapegoat for all the problems he created at the hospital and I told him he was basically a fraud and was the cause of the hospitals problems."

   g.   **EXHIBIT H** – Email to Mountains' Board Member dated July 10, 2010. Quoting Adomitis:

        i.   **"Firing me has backfired given that hospital lost 1.3M in 2009 and will probably lose over a 1M this year… The main problems were that Charlie and his previously unemployed girlfriend overspent to the tune of 500K+ and Bachman**

THE HEALTH LAW PARTNERS, P.C.

**couldn't obtain the grants he claimed he could get. So in a nut shell, you going along with Hoss and Charlie to fire me, i.e. using me as the fall guy and allowing Charlie to hire is unemployed girlfriend, cost the hospital at least $1M … Just to put things in perspective how bad the hospital has been run**….. By the way, if you had hired the red hair lady, who was the best candidate for the CEO position and not went along in firing me, the hospital would be in the black by now… Here are some things you should do now. First, stop spending money on advertising and fire Bachman… **Backman is deadweight and simply goes to meetings…. Beyond this, you really should fire Charlie and Yvonne.** The results of the first two years are horrible. If it wasn't enough to fix the accounting department, the accounts payable department, the statistics, the admitting department, and the PFS department and to collect a record amount of cash in a little more than a year given the complete mess these areas were in, then these results should easily result in those two being let go. **Lastly, all the board should step down. Based on what I saw, there is nothing to suggest this current group can do the job**."

h. **EXHBIT I** – Email from Frank Adomitis to me on December 1, 2010:

   i. This email was particularly disturbing. Mr. Adomitis disclosed that he had sought out consulting work from my previous employer in Nevada, Boulder City Hospital.

   ii. Quoting Adomitis:

"One more thing. I would appreciate if you could get Yvonne to refrain from calling Boulder City and

mentioning my name. I am currently working with them on a consulting project."

iii. Both I, and Mountains' CFO, Yvonne Waggener, were previously employed by Boulder City Hospital. We were also patients at Boulder City Hospital facilities.

iv. At this point I feared that Mr. Adomitis might inappropriately access might medical records, and that his purpose in seeking out consulting work with Boulder City was an attempt to try to further his vendetta against me, Mountains, and Yvonne Waggener. This fear was well-founded, since, as detailed below, Mr. Adomitis, in his future harassment of Mountains, contained a focus on both mine and Yvonne Waggener's time at Boulder City Hospital.

v. I have also learned from Mountains' legal counsel that Mr. Adomitis sued Boulder City Hospital (unsuccessfully).

i. **EXHIBIT J** – Emails to Mountains' Board Member and others dated August 10 and 11, 2011, subject line "Did Charlie Manipulate The Numbers At BCH??". Quoting Adomitis:

i. "**Based on this article it looks like some think Charlie and probably Yvonne were playing with the numbers to justify getting more tax dollars.** Could such a thing be going on at MCH? **How would you know given what I understand to be the relationship between C[harlie] & Y[vonne]?** It happened before with Luke and Hoss. I gave an accurate picture, **but there were too cowards needing to blame someone.** If the red haired lady would have been hired and you had not went along with

Hoss, the hospital would be running firmly in the black by now."

21. The foregoing information has been excerpted in this declaration due to the sheer length and volume of Mr. Adomitis' harassment of the hospital.

22. By the time all of the foregoing had occurred, myself and others at Mountains were in fear for our safety.

23. Years after his employment ended with Mountains, he continued to harass Mountains and Mountains executives, going so far as to seek home addresses and to pursue work in a different state with my previous employer/health care provider.

24. A notable incident then occurred with the recruiting firm that placed both Yvonne Waggener and me at Mountains.

25. On July 16, 2014, I received a 9-line demand letter from a law firm representing Mr. Adomitis, stating that I had defamed Mr. Adomitis, and that I should settle for $50,000. **EXHIBIT K**.

26. The recruiting firm that had placed me at Mountains, HFS Consultants ("**HFS**"), had created a "Case Study"/success story page on their website, touting the results Yvonne and I had achieved at Mountains. See **EXHIBIT K**, 6th page.

27. Contained in the demand letter were correspondences from Mr. Adomitis to HFS, again referencing my previous relationship with Yvonne Waggener, and casting the hospital in a bad light.

28. HFS's Case Study did not mention Mr. Adomitis, or refer to Mountains' previous CFO.

29. HFS's Case Study had a quotation from me, which did not mention Mr. Adomitis or refer to Mountains' previous CFO.

30. Mountains was told that the demand letter was frivolous by our attorney.

31.  Next, on August 1, 2014, Mr. Adomitis contacted Mountains, without his previous attorneys who wrote the demand letter, demanding $7,500 for his "defamation" claim. **EXHIBIT L.**

32.  On August 21, 2014, Mr. Adomitis (without an attorney) filed a small claims lawsuit against Mountains demanding $7,500. **EXHIBIT M.**

33.  On October 15, 2014, I appeared on Mountains' behalf in small claims court.

34.  After the hearing, Mr. Adomitis followed me towards my car.

35.  I tried to go out of my way to avoid him, however, he continued following me.

36.  Mr. Adomitis began screaming at me in the courthouse parking lot.

37.  Mr. Adomitis got directly in my face while *screaming* at me.

**38.  I was frightened for my physical safety.**

**39.  Mr. Adomitis screamed at me that I, and "that _cunt_ girlfriend of yours, Yvonne," had ruined his career at Mountains.**

**40.  At that point, given how unhinged Mr. Adomitis had become, I further feared for my safety, and the safety of those affiliated with Mountains.**

41.  I immediately called Mountains' attorney to discuss my fear and stress regarding what had just occurred.

42.  The small claims court case was dismissed by the court on December 24, 2014.

43.  In February of 2015, Mr. Adomitis again began contacting Mountains in a harassing manner regarding local news press coverage Mountains had received. **EXHIBIT N.**

      a.  Mr. Adomitis made it a point in his email to mention that he had tracked down information that Ms. Waggener and myself had owned a home together in Henderson, NV.

      b.  This further contributed to my fear of Mr. Adomitis.

44.  Mr. Adomitis next, on February 9, 2015, contacted a local newspaper and several Mountains board members. See **EXHIBIT O.**

      a.  Again, Mr. Adomitis disparaged Mountains.

b. And, causing me further fear, Mr. Adomitis again referenced me and Ms. Waggener into the correspondence in a manner that made it clear he was seeking out our address:

   i. **"Charlie Harrison and Yvonne Waggoner worked together in Nevada (http://www.topix.com/forum/city/boulder-city-nv/TEFG5PHE9OR5F4POD). Furthermore they have owned a house together in Henderson, Nevada since 2001 (see the attached property records)… I am not saying they have been or this has occurred, but I think the public needs to know exactly what their relationship is. Do they currently own or rent a house together now? There needs to be full disclosure of their relationship…"**

45.  Mr. Adomitis continued corresponding in a harassing and disturbing manner with Mountains, reporters, the Lake Arrowhead Chamber of Commerce, Mountains' Board, and the foundation that raises money for Mountains. See **EXHIBIT P,** with correspondences from Mr. Adomitis on February 12, 22, and 26 2015.

46.  There, Mr. Adomitis continued the frightening theme:

   a. Quoting Adomitis: "Charlie Harrison, CEO and Yvonne Waggener, CFO are not independent in that they have owned a house together in Henderson, NV since 2001. It would be hard for me to believe the board doesn't know this."

47.  On March 3, 2015, Mr. Adomitis again wrote a letter to a reporter disputing a local news piece that she had run regarding Mountains. **EXHIBIT Q**.

48.  Mr. Adomitis again contacted me in a harassing manner on May 1 of 2015. **EXHIBIT R**.

49.  At this point, Mr. Adomitis' harassment reached the level that our attorney determined that it was appropriate to send a cease and desist letter. The letter was sent on

May 18, 2015. **EXHIBIT S**. Mr. Adomitis was banned from entering into Mountains locations.

50.  Our attorney also contacted the local sheriff's office around the time that he sent the cease and desist letter to apprise them in the event that there were any further incidents.

51.  Over the years, Mr. Adomitis' harassment has cost Mountains/San Bernardino taxpayers an untold amount of wasted time, money, and stress – money that could have otherwise been utilized for Mountains' core mission (excellent patient care in an underserved area).

52.  I believe that Mr. Adomitis is likely to continue his harassment absent Court intervention.

53.  To this day, I am afraid that Mr. Adomitis may attempt to physically and otherwise harm myself and others affiliated with Mountains.

54.  If called upon to testify, I could and would testify truthfully to the matters set forth herein.

*REMAINDER OF PAGE INTENTIONALLY BLANK*

Declaration of Charles Harrison in Support of Mountains' Request for Attorney Fees
Case No.: 5:17-cv-00002-JGB-KK

1

2       I declare under penalty of perjury under the laws of the United States that the

3   foregoing is true and correct.

4

5   **Dated this 11th day of October 2018 in Lake Arrowhead, California.**

6

7   Dated: October 11, 2018                    /s/ Charles Harrison

8                                              Charles Harrison
                                               CEO
9                                              San Bernardino Mountains Community
10                                             Hospital District

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

THE HEALTH LAW PARTNERS, P.C.

Declaration of Charles Harrison in Support of Mountains' Request for Attorney Fees
Case No.: 5:17-cv-00002-JGB-KK

## **PROOF OF SERVICE**

## **STATE OF MICHIGAN, COUNTY OF OAKLAND**

At the time of service, I was over 18 and not a party to this action. I am employed in the County of Oakland, State of Michigan. My business address is 32000 Northwestern Highway, Suite 240, Farmington Hills, Michigan, 48334.

On October 11, 2018, I served true copies of the foregoing document(s) described as **Declaration of Charles Harrison in Support of Mountains' Request for Attorneys Fees** on the interested parties:

Esperanza Cervantes Anderson (SBN 197953)
LAW OFFICE OF ESPERANZA CERVANTES ANDERSON
1037 North Allen Avenue, Pasadena, California 91104
esperanza@andersonlitigation.com
Attorney for Plaintiff Relator
FRANK ADOMITIS

Kent A. Kawakami (SBN 149803)
Assistant U.S. Attorney
Room 7516, Federal Building, 300 North Los Angeles Street, Los Angeles, CA 90012
kent.kawakami@usdoj.gov
Attorney for Plaintiff United States of America

**CM/ECF NOTICE OF ELECTRONIC FILING**: I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

Executed on October 11, 2018, at Farmington Hills, Michigan.

/s/Marianna M. McIntyre

4847-4804-2872, v. 1