# EXHIBIT B

MCH - 000008

# Charles Harrison

**From:** Frank Adomitis [franksc@linkline.com]
**Sent:** Tuesday, March 30, 2010 7:13 AM
**To:** Charles Harrison
**Subject:** Budget 2010

Charlie,

<u>Please send me the board approved budget for 2010.</u>  It looks like you fired Tucker and brought in your own firm, more money of course.  I think they consist of old Anderson employees.  Tucker most likely would have never agreed to your prior period adjustments that in effect "pad" the bottom lines going forward in the amount of $923K.  Is that the reason the comparative 2009 statements were not included in the audit report but were included in the MDA (Tucker being fired)?

I have a problem with statements made on page 6.  The negative financial performance was caused exclusively by hoss and luke, but the sentence doesn't make this clear.  It lumps me with those two which is defamatory and needs to be restated.  Next, this statement and the accompanying bullets are misleading: "Midway through the fiscal year ended June 30, 2009, new senior management was hired, and the following actions were implemented:"  Again this is defamatory.  The implication is that the prior management was fired for cause.  In reality hoss retired and I was fired because you wanted to replace me with your unemployed girlfriend and because hoss was mad that I wouldn't change the 2009 budget to reflect what he felt the hospital's profitably would be, hoss was mad that I wouldn't fire Pam and the entire PFS department because he thought it was their fault for the system installation fiasco, hoss was made that told the board of all the problems I found, hoss was mad that I wanted to get quotes for health insurance since the cost appeared too high to me and stern, and hoss was mad because he thought the 2008 financials were wrong.  He couldn't accept the huge loss so he blanked out and blamed me for the financials being wrong.   I was right in all cases.  Your bullet points indicate that these issues were solved by the "new senior management."  Days would not have dropped from 130+ to the 70 day range and record cash collected if nearly all the PFS problems including admitting problems related to work flow had not been solved, accounts not been collected upon, lack of experienced PFS management, lack of training, etc.  The bottom line is that hospital would now be almost assuredly bankrupt if Pam and I had not fixed the PFS problems and collected the cash.    Also, I wanted to get the CDM fixed in September 2007, but hoss said we had no money.  I told him how can we have money for advertising but none to fix the cdm?  He had as usual no answer.  And I told the board that we would be very lucky if the MRI trucked in by hoss without any analysis broke even.  Hoss was furious, but again I was right.

No virus found in this incoming message.
Checked by AVG - www.avg.com
Version: 8.5.437 / Virus Database: 271.1.1/2779 - Release Date: 03/30/10 06:32:00

MCH - 000009

3/30/2010

## Charles Harrison

**From:** Julie Atwood
**Sent:** Thursday, March 25, 2010 10:40 AM
**To:** Charlie Harrison
**Subject:** FW: 401K Rollover

I guess I spoke to soon ☺

**From:** Frank Adomitis [mailto:franksc@linkline.com]
**Sent:** Thursday, March 25, 2010 5:10 AM
**To:** Julie Atwood
**Subject:** Re: 401K Rollover

Julie,

I was made privy to your opinions you communicated to unemployment. They were inaccurate; check my list of major problems I found, e.g. days at 130+, admitting staff untraining, prices not being raised for years, etc, etc. Those who allowed them to happen, e.g. jim, are the ones your opinion matches. Have you heard about Pam now at St B's? I guess she was worth more than you thought but I knew she was worth. That is not too bad, i.e. going from someone who I was told to fire to the director of PFS at an one of the major hospitals in the inland empire. She is easily into six figures. Finally, I heard that all patients are admitted via the ER, central admitting as it is called, since there is not enough money to keep the front admitting area open, even after cutting the OB department out. I could never figure why the hospital needed a marketing department, a secretary for marketing, and a clerk for the hr department.

Hope all is well with you and your family.

----- Original Message -----
**From:** Julie Atwood
**To:** Franksc@linkline.com
**Cc:** Charles Harrison
**Sent:** Monday, March 22, 2010 3:03 PM
**Subject:** 401K Rollover

Hi Frank,

Charlie shared with me your desire to rollover your 401k. Lincoln has a form for you to complete. I will drop that in the mail today. Please complete and send back (or Fax to me at 909-336-3821) so that I may sign and forward to Lincoln. Should you have any questions please do not hesitate to contact me.

Hope all is well with you and your family.

**Julie Atwood**
**Director of Human Resources**
**Mountains Community Hospital**
**909.436.3270 Direct**
**909.336.3821 Fax**