# EXHIBIT C

MCH - 000011

**Charles Harrison**

| | |
|---|---|
| **From:** | Frank Adomitis [franksc@linkline.com] |
| **Sent:** | Friday, May 21, 2010 4:46 PM |
| **To:** | Charles Harrison |
| **Subject:** | Re: Additional Information |

No problem. They shouldn't be too hard to find.

> ----- Original Message -----
> **From:** Charles Harrison
> **To:** franksc@linkline.com
> **Sent:** Friday, May 21, 2010 2:20 PM
> **Subject:** Additional Information
>
> Frank:
>
> Mr. Good and Mr. Gibson are non elected, community members of the Finance Committee. As such we will not be giving you their contact information.
>
> *Charlie*
>
> Charles H. Harrison
> Chief Executive Officer
> San Bernardino Mountains Community Hospital District
> P.O. Box 70
> Lake Arrowhead, CA 92352
> (909) 436-3200 Phone
> (909) 336-4730 FAX
> charles.harrison@mchcares.com
>
> No virus found in this incoming message.
> Checked by AVG - www.avg.com
> Version: 9.0.819 / Virus Database: 271.1.1/2887 - Release Date: 05/20/10 23:26:00

**Charles Harrison**

---

**From:** Charles Harrison
**Sent:** Friday, May 21, 2010 2:20 PM
**To:** 'franksc@linkline.com'
**Subject:** Additional Information

Frank:

Mr. Good and Mr. Gibson are non elected, community members of the Finance Committee. As such we will not be giving you their contact information.

*Charlie*

Charles H. Harrison
Chief Executive Officer
San Bernardino Mountains Community Hospital District
P.O. Box 70
Lake Arrowhead, CA 92352
(909) 436-3200 Phone
(909) 336-4730 FAX
charles.harrison@mchcares.com

MCH - 000013

## Jennifer Hopkins

| | |
|---|---|
| **From:** | Frank Admitis [franksc@linkline.com] |
| **Sent:** | Friday, May 21, 2010 6:45 AM |
| **To:** | Jennifer Hopkins |
| **Subject:** | John Good and Jim Gibson |
| **Attachments:** | Fishing.jpg |

> John Good, Committee Member
>
> Jim Gibson, Committee Member

OK I have their names but who are they and how can I contact them?

Thanks

Frank Admitis

1

**Jennifer Hopkins**

**From:** Frank Adomitis [franksc@linkline.com]
**Sent:** Thursday, May 20, 2010 7:48 PM
**To:** Jennifer Hopkins
**Subject:** Re: Additional Information
**Attachments:** image001.jpg

What are their first names and how may I contact them. I think they would find my perspective different.

----- Original Message -----
**From:** Jennifer Hopkins
**To:** Frank Adomitis
**Sent:** Thursday, May 20, 2010 9:49 AM
**Subject:** RE: Additional Information

Frank,

You were sent everything that was handed out at the finance committee; the financial indicators are part of the 1st page and the comparative statistics is the 6/30/09 column. Mr. Good and Mr. Gibson are community members on the finance committee.

Regards,

Jennifer

**From:** Frank Adomitis [mailto:franksc@linkline.com]
**Sent:** Thursday, May 20, 2010 6:58 AM
**To:** Jennifer Hopkins
**Subject:** Additional Information

Jennifer,

Please forward the the "Comparative Statistics and selected financial indicators".

Thanks.

Frank Adomitis

1

**Jennifer Hopkins**

| | |
|---|---|
| **From:** | Frank Adomitis [franksc@linkline.com] |
| **Sent:** | Thursday, May 20, 2010 6:55 AM |
| **To:** | Jennifer Hopkins |
| **Subject:** | Additional Information |
| **Attachments:** | Fishing.jpg |

Jennifer,

Who is John Good and Jim Gibson?

**Jennifer Hopkins**

**From:** Jennifer Hopkins
**Sent:** Wednesday, May 19, 2010 9:06 AM
**To:** 'Frank Adomitis'
**Subject:** RE: Request for Information
**Attachments:** MCH_FINANCIAL STATEMENTS_033110.pdf; 17 April Board Minutes.pdf; 6 April Finance Minutes.pdf; image001.jpg

Frank,

Here is the financials that were presented at the May 4th Meeting. Also attached is the April Board and Finance minutes. May minutes will not be available until the end of June.

Have a great day,

*Jennifer Hopkins*, **Executive Assistant**
**Mountains Community Hospital**
**PO Box 70**
**Lake Arrowhead, CA 92352**
**(909) 436-3201 (PH)**
**(909) 495-1319 (Fax)**
jennifer.hopkins@mchcares.com


**From:** Frank Adomitis [mailto:franksc@linkline.com]
**Sent:** Tuesday, May 18, 2010 6:40 AM
**To:** Jennifer Hopkins
**Subject:** Request for Information

Hi Jennifer,

Please forward me the most current monthly financials and the most recent board minutes including the minutes from the finance committee.

Thanks

Frank Adomitis

## Charles Harrison

**From:** Frank Adomitis [franksc@linkline.com]
**Sent:** Tuesday, March 30, 2010 7:13 AM
**To:** Charles Harrison
**Subject:** Budget 2010

Charlie,

<u>Please send me the board approved budget for 2010</u>. It looks like you fired Tucker and brought in your own firm, more money of course. I think they consist of old Anderson employees. Tucker most likely would have never agreed to your prior period adjustments that in effect "pad" the bottom lines going forward in the amount of $923K. Is that the reason the comparative 2009 statements were not included in the audit report but were included in the MDA (Tucker being fired)?

I have a problem with statements made on page 6. The negative financial performance was caused exclusively by hoss and luke, but the sentence doesn't make this clear. It lumps me with those two which is defamatory and needs to be restated. Next, this statement and the accompanying bullets are misleading: "Midway through the fiscal year ended June 30, 2009, new senior management was hired, and the following actions were implemented:" Again this is defamatory. The implication is that the prior management was fired for cause. In reality hoss retired and I was fired because you wanted to replace me with your unemployed girlfriend and because hoss was mad that I wouldn't change the 2009 budget to reflect what he felt the hospital's profitably would be, hoss was mad that I wouldn't fire Pam and the entire PFS department because he thought it was their fault for the system installation fiasco, hoss was made that told the board of all the problems I found, hoss was mad that I wanted to get quotes for health insurance since the cost appeared too high to me and stern, and hoss was mad because he thought the 2008 financials were wrong. He couldn't accept the huge loss so he blanked out and blamed me for the financials being wrong. I was right in all cases. Your bullet points indicate that these issues were solved by the "new senior management." Days would not have dropped from 130+ to the 70 day range and record cash collected if nearly all the PFS problems including admitting problems related to work flow had not been solved, accounts not been collected upon, lack of experienced PFS management, lack of training, etc. The bottom line is that hospital would now be almost assuredly bankrupt if Pam and I had not fixed the PFS problems and collected the cash. Also, I wanted to get the CDM fixed in September 2007, but hoss said we had no money. I told him how can we have money for advertising but none to fix the cdm? He had as usual no answer. And I told the board that we would be very lucky if the MRI trucked in by hoss without any analysis broke even. Hoss was furious, but again I was right.

No virus found in this incoming message.
Checked by AVG - www.avg.com
Version: 8.5.437 / Virus Database: 271.1.1/2779 - Release Date: 03/30/10 06:32:00

## Charles Harrison

| | |
|---|---|
| **From:** | Charles Harrison |
| **Sent:** | Thursday, March 25, 2010 11:17 AM |
| **To:** | 'franksc@linkline.com' |
| **Subject:** | Financial Statements |
| **Attachments:** | 20100325130621.pdf; 2009 Mountains FS.pdf |

Frank:

As you requested, I have attached the Audited Statements for FYE 6/30/09 as well as the 1/31/10 statements which were presented at the 3/2/10 Finance Committee Meeting. If you have any questions, please call me.

*Charlie*

Charles H. Harrison
Chief Executive Officer
San Bernardino Mountains Community Hospital District
P.O. Box 70
Lake Arrowhead, CA 92352
(909) 436-3200 Phone
(909) 336-4730 FAX
charles.harrison@mchcares.com

MCH - 000019

3/25/2010