# EXHIBIT G

MCH - 000031

**From:** Frank Adomitis <franksc@linkline.com>
**Date:** July 10, 2010 8:42:49 AM PDT
**To:** Tom Bachman <tbachman@me.com>
**Subject: Jim Hoss**

Hey Tom,

I contacted Hoss and asked him what his take on the current condition of the hospital was, the fact that the loss for 2009 was 1.3M and will probably be 1M this year and that I budgeted only a loss of 350K in 2009.  He had no response.  I told him that he fired me since he needed a scapegoat for all the problems he created at the hospital and I told him he was basically a fraud and was the cause of the hospitals problems.  He said I didn't get it.  I said that hiring and firing will not solve problems and reminded him that Pam is now the PFS director at St. Bernardine.  He wanted me to fire Pam so thereby blaming her for the system installation fiasco.

Again no response.   When you blank out on reality and only go on feeling, that's all you can do when presented with facts showing that you are wrong.  He ended up hanging up on me.  I was really just seeing if he would just capitulate and admit he was wrong.   He wouldn't.