# EXHIBIT I

MCH - 000037

# Charles Harrison

| | |
|---|---|
| **From:** | Frank Adomitis [franksc@linkline.com] |
| **Sent:** | Wednesday, December 01, 2010 8:55 PM |
| **To:** | Charles Harrison |
| **Cc:** | David I. Samuels, FHFMA, MPA |
| **Subject:** | Re: Your request |

One more thing. I would appreciate if you could get Yvonne to refrain from calling Boulder City and mentioning my name. I am currently working with them on a consulting project.

----- Original Message -----
**From:** Charles Harrison
**To:** Frank Adomitis
**Cc:** Jennifer Hopkins
**Sent:** Wednesday, December 01, 2010 3:41 PM
**Subject:** Your request

Frank:

We have received your request regarding inspecting certain public information:

1. The FY 2010 unaudited balance sheet and income statement.
2. The FY 2010 audited financial statements if available
3. The days in AR as of June 30, 2010
4. The board approved FY 2011 budgeted income statement
5. The board approved FY 2011 budgeted balance sheet
6. The board approved FY 2011 budgeted cash flow statement
7. The board approved FY 2011 budgeted statistics, i.e. number of ER visits, number of OP surgeries, number of IP patient days including swing days, number of clinic visits, number of LTC days, etc
8. The board approved capital budget for 2011.
9. The FY 2011 monthly balance sheets for July, Aug, and Sept 2010
10. The FY 2011 monthly income statements for July, Aug, and Sept 2010
11. The FY 2011 number of ER visits, number of OP surgeries, number of IP patient days including swing days, number of clinic visits, number of LTC days, etc. for July, August and September.
12. The days in AR as of September 30, 2010.

We understand that you would like these records provided to you in electronic format pursuant to Government Code § 6253.9.

We do have public records which are disclosable that generally meet your request:

1. The FY 2010 unaudited balance sheet and income statement.
2. The FY 2010 audited financial statements **are not yet available**.
3. The days in AR as of June 30, 2010
4. The board approved FY 2011 budgeted income statement
5. The board approved FY 2011 budgeted balance sheet **(we do not prepare a budgeted balance sheet)**
6. The board approved FY 2011 budgeted cash flow statement **(we do not prepare a budgeted cash flow statement)**
7. The board approved FY 2011 budgeted statistics, i.e. number of ER visits, number of OP surgeries, number of IP patient days including swing days, number of clinic visits, number of LTC days, etc
8. The board approved capital budget for 2011.
9. The FY 2011 monthly balance sheets for July, Aug, and Sept 2010

1

10. The FY 2011 monthly income statements for July, Aug, and Sept 2010
11. The FY 2011 number of ER visits, number of OP surgeries, number of IP patient days including swing days, number of clinic visits, number of LTC days, etc. for July, August and September.
12. The days in AR as of September 30, 2010.

We have the requested public records available in an electronic format. Pursuant to Government Code §§ 6253, 6253.9 and 54957.5, we will make that information available to you in its electronic format at the Administration Department of the Hospital during our normal office hours of eight a.m. to five p.m. Monday through Friday.

If you would like to provide us with a USB/Flash Drive, we would be happy to upload the electronic public records to your drive at no charge. If you would like the public records made available to you on CD, we charge $3.00 per CD. Payment must be made prior to production of the CD. After we receive payment from you, we will notify you when your copies are available for pickup.

*Charlie*

Charles H. Harrison
Chief Executive Officer
San Bernardino Mountains Community Hospital District
P.O. Box 70
Lake Arrowhead, CA 92352
(909) 436-3200 Phone
(909) 336-4730 FAX
charles.harrison@mchcares.com

2