# EXHIBIT J

MCH - 000040

**From:** Frank Adomitis <franksc@linkline.com>
**Date:** August 11, 2011 9:57:42 PM PDT
**To:** Tom Bachman <tbachman@me.com>
**Cc:** joycewelton@aol.com
**Subject: Fw: Did Charlie Manipulate The Numbers At BCH??**

I sent this to the stern and he probably doesn't get it.  Maybe you should ask you boss about it?


----- Original Message -----
**From:** Frank Adomitis
**To:** david.stern@natplan.com
**Sent:** Sunday, July 17, 2011 7:44 AM
**Subject:** Did Charlie Manipulate The Numbers At BCH??

Based on this article it looks like some think Charlie and probably Yvonne were playing with the numbers to justify getting more tax dollars.   Could such a thing be going on at MCH?   How would you know given what I understand to be the relationship between C & Y?  It happened before with Luke and Hoss.  I gave an accurate picture, but there were too cowards needing to blame someone.   If the red haired lady would have been hired and you had not went along with Hoss, the hospital would be running firmly in the black by now.

http://groups.yahoo.com/group/bouldercitypoliticalforum/message/14017

Frank Adomitis
The Revenue Cycle Network
909-289-4077
franka@therevenuecyclenetwork.com



**Confidentiality Notice**: This email message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure, or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.


**Confidentiality Notice**: This email message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure, or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.


**Confidentiality Notice**: This email message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure, or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.