# EXHIBIT K

MCH - 000043

**PARKER STANBURY LLP**
ATTORNEYS AT LAW
444 SOUTH FLOWER STREET
NINETEENTH FLOOR
LOS ANGELES, CA 90071-2901
TELEPHONE (213) 622-5124
FAX (213) 622-4858
E-MAIL: LA@PARKSTAN.COM
MANAGING PARTNER
ROBERT W. LoPRESTI

DOUGLASS H. MORI
JOHN D. BARRETT, JR. *
ROBERT W. LoPRESTI *
RONALD L. SMITH
J. LUIS GARCIA
MICHAEL E. McCABE
CHRISTOPHER M. MOEN
MATTHEW W. DAVIS
REYNALDO C. SANTOS
DAVID E. COWAN
GEORGE A. HUNLOCK

ALEX L. SHIA
B. PETER LEE
MARCUS BASTIDA
THERESA J. CARROLL
ROSEMARIE MERRILL
DAVID C. LANE
DANA C. GIOVINE
MATHEW L. MAY
PATRICK M. HEVESY
ALAN B. SHEATS
JOHN E. REDD

JEFF H. GREEN
GLENN M. HABAS
GEORGANN CARMAN
MARI N. CARELLA
MICHAEL J. GRUSH
WILLIAM M. PAO
JOEL O. MARTINEZ
TIEN H. LE
RICARDO A. MERCADO
GLORIA M. JUAREZ
H. MICHAEL SONG

J. MARTIN LATHROP
CHUONG Q. PHUNG
JERRY L. JOHNSON
JAMES L. WOLFSEN
ALEX MONTEALEGRE
BERNARD R. USSERY
GEORGE C. GONZALEZ
KELLY A. SHERIDAN
MAY KIM
FELIX P. MONTERO
CINDY G. MAGANA

* MEMBER OF AMERICAN BOARD OF TRIAL ADVOCATES

HARRY D. PARKER (1891-1976)
RAYMOND G. STANBURY (1904-1966)

IRVINE • LOS ANGELES • SACRAMENTO
RIVERSIDE • SAN DIEGO

July 8, 2014

Trahan Whitten
HFS Consultants
505 Fourteenth Street, 5th Floor
Oakland, CA 94612-1912

Charles Harrison
Mountains Community Hospital
29101 Hospital Road
P.O. Box 70
Lake Arrowhead, CA 92352

Dear Sirs:

Re: Frank Adomitis
Our File No.: 3490016

We have been consulted by Frank Adomitis regarding a recent posting on the HFS website referring to Mr. Adomitis' tenure at Mountains Community Hospital. This included defamatory statements that "the computer system was dysfunctional" and "the A/R was dismal" during his time there. This is provably false as Mr. Adomitis points out in the enclosed email and we understand the posting has now been removed.

However, this has not changed the fact that Mr. Adomitis has been substantially damaged by the posting. Mr. Adomitis has authorized us to offer settlement of his claim to you in the amount of $50,000.00. In light of the circumstances this seems more than reasonable.

Please respond to the undersigned in writing.

Very truly yours,
Parker Stanbury, LLP

By _____
Michael McCabe

cc. Frank Adomitis.

MCH - 000044

# Charles Harrison

| | |
|---|---|
| **From:** | FA [franksc@linkline.com] |
| **Sent:** | Wednesday, July 16, 2014 8:20 AM |
| **To:** | Charles Harrison |
| **Subject:** | Defamation |
| **Attachments:** | HFS Consultants - Healthcare Management and Financial Consulting_6272014.pdf; Mountains Home Community Hospital Case Study_ExhibitB.pdf; ParkerStanburyHFS.pdf; EmailToHFS1.pdf |

Hi Charlie,

As you know the information displayed on HFS' website was defamatory. See attached.  I would like to resolve this matter amicably, and as such, the only question is who is at fault?   I seriously doubt HFS would put such claptrap up without your approval, so you personally and MCH seems to be the liable parties.   What needs to be done now is for you to either (1) work with us on a settlement or (2) provide us all the support proving the statements are true.  The problem with the latter is that I prove they are false.

To settle this in court is not what either of us want and given the hospital has D&O coverage, lets just end this now.



**Frank Adomitis, CPA**
909-289-4077
franka@therevenuecyclenetwork.com
www.therevenuecyclenetwork.com

1

Print                                                                                                          Close

# Fw: Contents of Website

From: **Frank Adomitis** (franka@therevenuecyclenetwork.com)
Sent: Wed 7/02/14 7:45 PM
To:    sustainthegain@outlook.com

    3 attachments
    HFS Consultants - Healthcare Management and Financial Consulting.pdf (715.5 KB),
    DAR_Mountains.pdf (18.5 KB), Mountains Home Community Hospital Case
    Study.pdf (146.7 KB)

**From:** Frank Adomitis
**Sent:** Monday, June 23, 2014 8:57 PM
**To:** consultants@hfsconsultants.com
**Subject:** Contents of Website

Please forward this email to Don Whiteside.

Hi Don,

It has come to my attention that HFS is bragging about the "success" you had finding a new CEO and CFO at Mountains Community Hospital. The problem is your missive on HFS' website, see attached, contains a number inaccuracies that I think are libelous. Here they are:

1. "Its computer system was dysfunctional"
2. "The A/R was dismal"
3. "On the heels of that successful search, HFS then helped the hospital to place CFO."

Let's set the facts straight. I had installed a new ticketing system to ensure all IT problems were address timely, I reinstalled ALL the Healthland systems the hospital had purchased, AP, GL, Admitting, Billing, and purchasing, and they were working exceptionally, I fixed the bill scrubber system, a new EHS was being installed, and a denial management systems was to be installed. Trace Kateley the then IT manager worked at the hospital until I believe April 2013, so if these systems were so bad why was he not fired? If these systems had not been reinstalled successfully there is no doubt the hospital would have been bankrupt.

The A/R was far, far from dismal, see attached. I brought down days dramatically and collected a record amount of cash. This is with PFS personnel Hoss wanted me to fire. The only problem I was not able to fix was there were a number of old accounts that were either not billed timely or

authorization was not obtained. In both cases the insurance companies refused to pay. Hoss wouldn't acknowledge this was his problem or Ron Lukes.

Finally, you didn't find a new CFO. Yvonne Waggener use to work with Charlie at Boulder City and Charlie wanted to hire her. But you know this and probably your know a lot more. Just to give you an idea of the character of Charlie, he tells me as he is letting me go that I remind him of his ex-wife. He didn't even know me. He probably got this from Hoss since I had reported to the board the problems I had found and this made Hoss mad. I went from being the next CEO to the dog house, but I was 100% correct.

Don I don't care what stories you tell to sell your services, but you can't refer me, directly or indirectly, in anyway that could harm my reputation. Your missive could be found by a potential employer or client given they would know I worked at Mountains just prior to Charlie being hired. You need to immediately take this off HFS' website. I will be obtaining legal help to determine the applicable damages. I have lots of support to prove your statements false.



**Frank Adomitis, CPA**

909-289-4077

franka@therevenuecyclenetwork.com

www.therevenuecyclenetwork.com





BLOG
OFFICE LOCATIONS
NEWSLETTER SIGN-UP

ABOUT US   MANAGEMENT   SERVICES   EXPERIENCE   INFORMATION   CONTACT US



## From The Blog

**Regulatory Updates for Clinics and other Safety Net Providers**

Medi-call Code 18, payments, rate setting ....

LEARN MORE ▶

## Latest Case Study

**High Performance Solutions**

Using a comprehensive three-phase approach HFS helped a hospital identify and implemented approximately $9M in annual labor cost reductions exceeding their goal of $8.6M.

LEARN MORE ▶

## HELPING HEALTHCARE PROVIDERS MAKE KEY DECISIONS

**Are you looking for a CFO, business office management, reorganization or consultation on healthcare financial reporting? Or do you need assistance with management strategy for a new unit or help starting a new healthcare facility?**

HFS Consultants offers a broad range of healthcare services focused on the needs of hospitals and other healthcare facilities seeking assistance with financial and strategic management, reorganization and other issues.

VIEW SERVICES ▶

HEADQUARTERS · 505 Fourteenth Street · Fifth Floor · Oakland, CA 94612-1912 · 510.768.0066 · Email HFS · Blog

ABOUT US | MANAGEMENT | SERVICES | EXPERIENCE | INFORMATION | CONTACT US          ©2013 HFS Consultants



Complete Solutions for Healthcare Management



BLOG
OFFICE LOCATIONS
NEWSLETTER SIGN-UP

ABOUT US　　MANAGEMENT　　SERVICES　　EXPERIENCE　　INFORMATION　　CONTACT US

# CASE STUDIES

## *Mountains Community Hospital Case Study*

### Successful Executive Placement Leads to Healthier Hospital

**SITUATION**

Mountains Community Hospital, in California's Lake Arrowhead, is a Critical Access hospital. Several years ago, the hospital's internal problems were substantial. It was suffering financially, its computer system was dysfunctional, the A/R was dismal, and MD relationships were subpar and expensive. The community's perception of the hospital was also not what the District Board wanted. Many local residents preferred a harrowing 45-minute ride down the mountain to seek care elsewhere.

**SOLUTIONS**

When the CEO retired, the hospital issued a Request for Proposal and HFS was chosen to conduct the search. Don Whiteside, HFS's managing director of executive search and interim management, realized the challenges of finding the right person for the job. He knew that he needed to find someone for the CEO position who had a strong understanding of small, rural hospitals, a grasp of the politics of a small community, good executive leadership abilities, financial acumen, and fine-tuned community and physician relationship skills. It was clear that a seasoned, highly experienced executive was needed to improve the hospital.

**RESULTS**

After a six-month search, HFS presented the hospital's board of directors with eight candidates. Those eight were then narrowed down to four, who were interviewed. Seasoned executive, Charlie Harrison was chosen as CEO. On the heels of that successful search, HFS then helped the hospital to place a CFO. Today, five years later, the hospital is a thriving CAH hospital with a positive bottom line. The hospital has a loyal medical staff, and has added new services. Recently, HFS was called on to replace the retiring COO/CNO, and once again has successfully placed a highly experienced professional.

*"We think of HFS as our trusted partner and "go to" consultants for many situations. We have relied on HFS for assistance in reconfiguring our Patient Financial Services group, maintaining our HPSA status, and recruiting a multitalented CNO/COO. The HFS Consultants are seasoned professionals. They not only understand our needs but they truly understand our business and our role in the provision of healthcare in a rural setting."*

**— Charles H. Harrison, Chief Executive Officer**
San Bernardino Mountains Community Hospital District

### CASE STUDIES

Mountains Community Hospital Case Study

Hospital Performance Improvement

Standardization Management and Report Preparation

Emanuel Medical Center

Financial Feasibility Study for New Hospital

Electronic Health Record System Implementation

Hospital Financial Turnaround and Support

Central Neighborhood Health Foundation FQHC Requirements

Plumas District Hospital Executive Search

Sierra Kings Hospital Turnaround

Cost Reduction at Marin General

Medi-Cal Reimbursement

Compliance Audit

North Mississippi Medical Center

Dignity Health

HEADQUARTERS · 505 Fourteenth Street · Fifth Floor · Oakland, CA 94612-1912 · 510.768.0066 · Email HFS · Blog

ABOUT US | MANAGEMENT | SERVICES | EXPERIENCE | INFORMATION | CONTACT US　　　　©2013 HFS Consultants