# EXHIBIT L

MCH - 000050

# Clinton Mikel

| | |
|---|---|
| **From:** | Charles Harrison <charles.harrison@mchcares.com> |
| **Sent:** | Friday, August 1, 2014 12:17 PM |
| **To:** | Clinton Mikel |
| **Subject:** | Fwd: Offer and Settlement |
| **Attachments:** | image01[1].jpg |

FYI

Sent from my iPhone

Begin forwarded message:

From: Frank Adomitis <franka@therevenuecyclenetwork.com<mailto:franka@therevenuecyclenetwork.com>>
Date: August 1, 2014 at 6:46:14 AM PDT
To: HFS Consulants <consultants@hfsconsultants.com<mailto:consultants@hfsconsultants.com>>, <charles.harrison@mchcares.com<mailto:charles.harrison@mchcares.com>>
Subject: Offer and Settlement

Please send to Trahan Whitten


Upon discussion with my attorney and given the large number of other matters on my plate, I have decide to attempt to settle this matter in small claims court.  I will seek only $7500 and believe this to be extremely generous given the damages incurred.
I will file by Wednesday next week and so if we can settle by then, it would be best for all.

Frank Adomitis



[image01]
Frank Adomitis, CPA
909-289-4077
franka@therevenuecyclenetwork.com<mailto:franka@therevenuecyclenetwork.com>
www.therevenuecyclenetwork.com
<www.therevenuecyclenetwork.com>

1