# EXHIBIT N

MCH - 000058

**Clinton Mikel**

| | |
|---|---|
| **From:** | Charles Harrison <charles.harrison@mchcares.com> |
| **Sent:** | Tuesday, February 3, 2015 4:25 PM |
| **To:** | Clinton Mikel |
| **Subject:** | FW: Source of Numbers |

*Charlie*

Charles H. Harrison
Chief Executive Officer
San Bernardino Mountains Community Hospital District
P.O. Box 70
Lake Arrowhead, CA 92352
(909) 436-3200 Phone
(909) 336-4730 FAX
charles.harrison@mchcares.com

---

**From:** Frank Adomitis [mailto:franksc@linkline.com]
**Sent:** Tuesday, February 03, 2015 6:56 AM
**To:** Charles Harrison
**Subject:** Source of Numbers

Charlie,

I was lucky I was made aware of the this article:

http://www.mountain-news.com/mountain_living/article_b396641c-a0fe-11e4-8d9a-8f8b6f7456d8.html

I need to verify the numbers in this article, e.g. how did you get 144 days cash on hand?  The only way you could get such a number is that you included restricted investments and they, even with the hospital's "expert" investment advisors, must have risen since 2008 when the market was plunging.  To make it a fair comparison you need to factor out the restricted investments.

What happened in 2014?  Net income plunged 97%; it was $763K in 2013 and $23K in 2014.  That is a disaster.   These figures are from your annual OSHPD reports.  As for you touting that you have turned the hospital around since 2008, 2008 was bad because of a decade of complete mismanagement (Hoss should have been fired instead of thanked), the net revenue per adjusted patient day is about the same.

2008: (9,936,315/22108) = 449   2014: (14,419,653/32269) = 447.  This looks very bad.

I am still waiting for the new hospital to open on the purchased lot of land.  Do you have a date?

We need to get the truth out about the hospital, so I need to get the source of the numbers published in the article.

P.S. As for the court case, small claims is a tough venue for such a case.  The judge wanted me to show damages and I couldn't.  What was funny was that Don could not explain how he helped place Yvonne when I showed you and her owed a house together in Henderson NV.

Sent from Windows Mail