# EXHIBIT R

MCH - 000584

**From:** Frank Adomitis [mailto:franksc@startmail.com]
**Sent:** Friday, May 01, 2015 8:11 AM
**To:** Charles Harrison
**Subject:** Document Request

Hi Charlie,

I did see Gail's article, and I was not surprised you couldn't show that any of your numbers used in the Mountain News article were right.  I really wanted to see how your came up with the 144 days cash on hand and where were all the extra employees given how the hospital's net took a nose dive.  The "we are finally breaking even" comment was hilarious.  If you saw my budget for 2009, I was nearly going to breakeven.  If I could have gotten Hoss out of the way, I would have done it, and I wouldn't have had to manipulate the financials!

I will be sending you an official request for documents.  I want to see a list in Excel format of all the checks written for all the banks accounts except payroll.  This will be for calendar year 2014 and to date 2015.  Also, I want a copy of the all the bank reconciliations for 6/30/2014 and these need to agree to the OSHPD financials and the bank reconciliations for 12/31/2014 and 3/31/2015.  I will need a copy of the bank statements for these months.  I want a copy of the statements for ALL MCH credit cards used by any employee or board member and this will be for all months 2014 and 2015.

I will send this request tomorrow via certified mail, and I will include blank CDs, an envelop to mail the information back, funds to pay for any copying and postage

Thanks

Frank Adomitis

MCH - 000585