# EXHIBIT S

MCH - 000586

| | |
|---|---|
| **From:** | Clinton Mikel |
| **Sent:** | Monday, May 18, 2015 12:55 PM |
| **To:** | franksc@startmail.com |
| **Cc:** | Phil Toutant |
| **Subject:** | CEASE AND DESIST - FW: Status of Public Records Request |
| **Attachments:** | RecordsRequest.docx; ATT00001.htm; ReturnReceiptMCH.pdf; ATT00002.htm |

**Importance:** High

Hi, Frank,

I represent San Bernardino Mountains Community Hospital ("**MCH**") in its future dealings with you. Note that you sent correspondence in your email below that appears to have been intended for a different health care provider. You may want to resend that to them.

There have been numerous instances recently, and in the past, where you have physically and verbally threatened MCH employees, harassed MCH employees, and demonstrably defamed MCH and its employees. Expect further correspondence and actions related to these issues shortly, as MCH will be pursuing these issues to the full extent it is legally permitted to.

**In the interim, please cease and desist all such activities. If you have any correspondence related to MCH, do not contact any MCH employees or board members**. **All future correspondences from you are to be directed solely towards me.** My contact information is appended below. If you send any further emails to MCH, or direct physical correspondence such as mail to MCH, such correspondence will be unopened/unanswered given your past history.

Further, you are hereby put on notice that you may only visit MCH facilities for the purposes of legitimately seeking medical treatment or other purposes for which you are specifically legally permitted or requested to be on-premises (such as picking up your public records request). Any other visits will be considered trespasses and will be reported to law enforcement personnel.

As to your public records request – I will send you a copy shortly of MCH's records request policy. We will need for you to strictly abide by the policy with respect to any records request.

Best, Clinton



**Clinton R. Mikel, Esq.**
PARTNER
**cmikel@thehlp.com**
---------------------------------
29566 Northwestern Hwy., Ste. 200
Southfield, MI 48034
**Phone** (248) 996-8510
**Cell** (313) 355-0723
**Fax** (248) 996-8525
www.thehlp.com

**DETROIT – NEW YORK – CLEVELAND**

**\*** = The Health Law Partners, P.C. (HLP), is a Michigan professional corporation. The HLP operates additional offices in: (i) New York as "The Greenberg, Dresevic, Iwrey, Kalmowitz & Pendleton Law Group"; and (ii) Ohio as "Dresevic, Gustafson, Iwrey, Kalmowitz and Pendleton Law Group".

*************************************************************
**Confidential**: This electronic message and all contents contain information from the HLP law firm which may be privileged, confidential or otherwise protected from disclosure. Some information, such as health information, may be further protected by state and federal laws, which may impose liability for the recipient's

MCH-000587

improper use or disclosure of the information. The information is intended to be for the addressee only. If you are not the addressee, any disclosure, copy, distribution or use of the contents of this message is prohibited. If you have received this electronic message in error, please notify HLP immediately by calling 248-996-8510, or emailing us at partners@thehlp.com, and destroy the original communication and all copies thereof.

From: Frank Admitis <franksc@startmail.com<mailto:franksc@startmail.com>>
Date: May 14, 2015 at 6:39:47 AM PDT
To: <jennifer.hopkins@mchcares.com<mailto:jennifer.hopkins@mchcares.com>>
Cc: <charles.harrison@mchcares.com<mailto:charles.harrison@mchcares.com>>
Subject: Status of Public Records Request

Hi Jennifer

Attached is a copy of the public records request I sent via certified mail and a copy of the return receipt.  Please let me know if you have received the request and when will it be ready.

Thanks

Frank Admitis

Frank Adomitis
7481 Mountain Laurel Drive
Highland, CA 92346

April 18, 2015

Dr. Colleen Cork
Buena Vista Chiropractic
1227 Buena Vista Street, Suite "D"
Duarte, CA 91010

Dear Dr. Cork:

Please provide copies of the following documents:

1. Copy of your final detail bill.
2. Copy of the all medical records.
3. Copy of all documents, e.g. contracts, admissions forms, etc., that I signed or completed.
4. Copy of all correspondence between you and Farmers Insurance.

I have provided you a check for $15 which is standard for such requests. Please return all copies to this address:

Frank Adomitis
7481 Mountain Laurel Drive
Highland, CA 92346

Very Truly Yours,

Frank Adomitis
909-289-4077

Case 5:17-cv-00002-JGB-KK   Document 49-19   Filed 10/11/18   Page 5 of 7   Page ID #:2502

MCH - 000590

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)    C. Date of Delivery |
| 1. Article Addressed to:<br>Mountains Community Hospital<br>29101 Hospital Road<br>P.O. Box 70<br>Lake Arrowhead<br>CA 92352 | D. Is delivery address different from item 1? ☐ Yes ☐ No<br>If YES, enter delivery address below: |
| | 3. Service Type<br>☐ Certified Mail®   ☐ Priority Mail Express™<br>☐ Registered   ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ Collect on Delivery |
| | 4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7014 3490 0000 2604 4370 |
| PS Form 3811, July 2013 | Domestic Return Receipt |

MCH - 000591

MCH - 000592