Esperanza Cervantes Anderson | SBN 197953
LAW OFFICE OF ESPERANZA CERVANTES ANDERSON
1037 North Allen Avenue
Pasadena, California 91104
Tel.:  (626) 219-6773
Fax:   (626) 389-8911

Attorney for Plaintiff Relator
FRANK ADOMITIS

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. FRANK ADOMITIS, an individual, <br><br> Relator, <br><br> v. <br><br> SAN BERNARDINO MOUNTAINS COMMUNITY HOSPITAL DISTRICT; DOES 1 through 20, inclusive, <br><br> Defendants. | Case No. Case No.: 5:17-cv-00002-JGB-KK <br><br> **STATEMENT OF PARTIES/COUNSEL** |

The following are the names of the parties and counsel for each of the parties in the Action.

| | |
|---|---|
| Frank Adomitis <br> Plaintiff/Relator/Appellant | Esperanza Cervantes Anderson, Esq. <br> California State Bar No. 197953 <br> Law Office of Esperanza Cervantes Anderson <br> 1037 N Allen Avenue <br> Pasadena, California 91104 <br> Tel: (626) 219-6773 <br> Fax: (626) 389-8911 <br> Email: esperanza@andersonlitigation.com |

- 1 -

Statement of Parties/Counsel

| | | |
|---|---|---|
| 1 | United States of America<br>Plaintiff/Appellant | Kent A. Kawakami, Esq.<br>California State Bar No. 149803 |
| 2 | | Assistant United States Attorney |
| 3 | | Room 7516, Federal Building<br>300 N. Los Angeles Street |
| 4 | | Los Angeles, California 90012 |
| 5 | | Tel: (213) 894-4858<br>Fax: (213) 894-7819 |
| 6 | | Email: kent.kawakami@usdoj.gov |
| 7 | San Bernardino Mountains | Clinton Mikel, Esq. |
| 8 | Community Hospital District<br>Defendant/Respondent | California State Bar No. 251319<br>The Health Law Partners, P.C. |
| 9 | | 32000 Northwestern Hwy., Suite 240 |
| 10 | | Farmington Hills, MI 48334<br>Tel: (248) 996-8510 |
| 11 | | Fax: (248) 996-8525 |
| 12 | | cmikel@thehlp.com |

LAW OFFICE OF ESPERANZA CERVANTES ANDERSON
PASADENA, CALIFORNIA

-2-

Statement of Parties/Counsel